UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Rolan Gibson, et al.** )<br> )<br>**Plaintiffs,** )<br> )<br>v. )<br> )<br>**United States of America, et al.** )<br> )<br>**Defendants.** )<br>_____ ) | Civil No. 06-0551 (ESH) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney ERIC J. JANSON as counsel of record for defendant United States of America, in the above-captioned case.

Respectfully submitted,

/s/
_____
Eric J. Janson
Special Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)
Eric.Janson@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 10th day of May 2006, the foregoing Praecipe was sent by ECF and U.S. Mail, postage prepaid, to the following:

>Joel DuBoff, Esq.
>DuBoff & Associates
>8401 Colesville Road, Suite 501
>Silver Spring, MD 20910

_____/s/_____
Eric J. Janson
Special Assistant United States Attorney