IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

ROLAN GIBSON, et al.                *

        Plaintiffs,              *
                                      Case No. 1:06CV00551
v.                                  *   Judge: Ellen Segal Huvelle
                                      Deck Type: Personal Injury/Malpractice
UNITED STATES OF AMERICA            *   Date Stamp: 3/22/06

        and                         *

DISTRICT OF COLUMBIA                *
  GOVERNMENT
                              *
        Defendants.
**************************************

## EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: United States of America
   The Honorable Alberto R. Gonzales
   United States Attorney General
   or designated representative
   Dept of Justice
   950 Pennsylvania Ave NW
   Washington, DC
   20530-0001

2. Article Number (Transfer from service label): 7002 3150 0004 3963 7657

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  MAY 0 4 2006

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540