IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ROLAN GIBSON, et al. * | |
|     Plaintiffs, * | |
| * | Case No. 1:06CV00551 |
| v. * | Judge: Ellen Segal Huvelle |
| * | Deck Type: Personal Injury |
| UNITED STATES OF AMERICA * | Date Stamp: 3/22/06 |
| * | |
|   and * | |
| * | |
| DISTRICT OF COLUMBIA * | |
|   GOVERNMENT * | |
|     Defendants. * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## PROOF OF SERVICE

The undersigned attorney for the Plaintiffs hereby certifies that a copy of the Summons, Complaint, Initial Electronic Case Filing Order and the Notice of Right to Consent to trial Before a United States Magistrate Judge was served on May 1, 2006, to Defendant, United States of America, Kenneth L. Wainstein, US Attorney or designated representative, 555 4th Street, N.W., Washington, D.C. 20001, delivered by **Certified, "Return Receipt Requested"** as evidenced by Exhibit A, of which is attached hereto.

   I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

Respectfully submitted,

By:        /s/       
Joel DuBoff, (Bar# 180356)
Donna Williams Rucker, (Bar #04180)
DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, MD 20910
(301) 495-3131