IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

**ROLAN GIBSON, et al** :

      **Plaintiffs,**
v. : Case No.: 1:06 CV 00551

**UNITED STATES OF AMERICA**
Serve: The Honorable Alberto R. Gonzales :
      United States Attorney General
         or designated representative
      Department of Justice :
      950 Pennsylvania Avenue, NW
      Washington, DC 20530-0001
                                        :

Serve: Kenneth L Wainstein, U.S. Attorney
         or designated representative
      555 4th Street, N.W. :
      Washington, D.C. 20001

**DISTRICT OF COLUMBIA GOVERNMENT** :
Serve: Honorable Anthony Williams,
or serve: Tabatha Braxton, Staff Assistant,
      or Gladys Herrings, Executive Assistant
      1350 Pennsylvania Avenue N.W. :
      Washington, D.C. 20004

Serve: Office of the Attorney General for :
      the District of Columbia
or serve:
      Darlene Fields, Secretary, or :
      Tonia Robinson, Legal Assistant, or
      Gale Rivers, Secretary
         444 4th Street N.W. 6th Floor South :
         Washington, D.C. 20001

      **Defendants.**

## EXHIBIT "A"

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: United States of America
serve: Kenneth L Wainstein
US Attorney
or designated representative
555 4th St NW
Washington, DC
20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
A Lew                            3/1/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 3150 0004 3963 7664

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540