IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| ROLAN GIBSON, et al. | * | |
|     Plaintiffs, | * | |
| | * | Case No. 1:06CV00551 |
| v. | * | Judge: Ellen Segal Huvelle |
| | * | Deck Type: Personal Injury |
| UNITED STATES OF AMERICA | * | Date Stamp: 3/22/06 |
| | * | |
|   and | * | |
| | * | |
| DISTRICT OF COLUMBIA | * | |
|   GOVERNMENT | * | |
|     Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## PROOF OF SERVICE

The undersigned attorney for the Plaintiffs hereby certifies that a copy of the Summons, Complaint, Initial Electronic Case Filing Order and the Notice of Right to Consent to trial Before a United States Magistrate Judge was served May 3, 2006, to Defendant, District of Columbia Government, Office of the Attorney General for District of Columbia, **serve only to**: Darlene Fields, Secretary, Tonia Robinson, Legal Assistant, or Gale Rivers, Secretary, **Certified and RESTRICTED DELIVERY (Extra Fee)**, 444 4th Street, 6th fl South, N.W., Washington, D.C. 20001, "Return Receipt Requested" as evidenced by Exhibit A, of which is attached hereto.

    I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

                                                             Respectfully submitted,

                              By:           /s/_____
                                         Joel DuBoff, (Bar# 180356)
                                         Donna Williams Rucker, (Bar #04180)
                                         DuBoff & Associates, Chartered
                                         8401 Colesville Road, Suite 501
                                         Silver Spring, MD  20910
                                         (301) 495-3131