IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

ROLAN GIBSON, et al.              *

         Plaintiffs,      *

                                                                   Case No. 1:06CV00551

         v.               *              Judge: Ellen Segal Huvelle
                                                    Deck Type: Personal Injury/Malpractice
UNITED STATES OF AMERICA         *              Date Stamp: 3/22/06

      and                          *

DISTRICT OF COLUMBIA              *
  GOVERNMENT
                                     *

         Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EXHIBIT A

[Domestic Return Receipt (PS Form 3811) addressed to: Office of the Atty General for the District of Columbia, serve only to: Darlene Fields, Secretary, or Tonia Robinson, Legal Assistant, or Gale Rivers, Secretary, 444 4th St NW 6th fl South, Washington DC 20001. Article Number: 7002 3150 0004 3963 7688. Certified Mail, Restricted Delivery: Yes. Date of Delivery: 5-2-06.]