IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| ROLAN GIBSON, et al. | * | |
|     Plaintiffs, | * | |
| | * | Case No. 1:06CV00551 |
| v. | * | Judge: Ellen Segal Huvelle |
| | * | Deck Type: Personal Injury |
| UNITED STATES OF AMERICA | * | Date Stamp: 3/22/06 |
| | * | |
|   and | * | |
| | * | |
| DISTRICT OF COLUMBIA | * | |
|  GOVERNMENT | * | |
|     Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## PROOF OF SERVICE

The undersigned attorney for the Plaintiffs hereby certifies that a copy of the Summons, Complaint, Initial Electronic Case Filing Order and the Notice of Right to Consent to trial Before a United States Magistrate Judge was served May 3, 2006, to Defendant, District of Columbia Government, serve, Honorable Anthony Williams or Tabatha Braxton, Staff Assistant, or Gladys Herrings, Executive Assistant **only**, **Certified and RESTRICTED DELIVERY (Extra Fee),** 1350 Pennsylvania Avenue, N.W., Washington, D.C. 20004, "Return Receipt Requested" as evidenced by Exhibit A, of which is attached hereto.

    I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

                                     Respectfully submitted,

              By:         /s/_____
                    Joel DuBoff, (Bar# 180356)
                    Donna Williams Rucker, (Bar #04180)
                    DuBoff & Associates, Chartered
                    8401 Colesville Road, Suite 501
                    Silver Spring, MD 20910
                    (301) 495-3131