IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ROLAN GIBSON, et al.<br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>and<br><br>DISTRICT OF COLUMBIA<br>  GOVERNMENT<br>    Defendants. | *<br>*<br>*   Case No. 1:06CV00551<br>*   Judge: Ellen Segal Huvelle<br>*   Deck Type: Personal Injury<br>*   Date Stamp: 3/22/06<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROOF OF SERVICE

The undersigned attorney for the Plaintiffs hereby certifies that a copy of the Summons, Complaint, Initial Electronic Case Filing Order and the Notice of Right to Consent to trial Before a United States Magistrate Judge was served May 3, 2006, to Defendant, District of Columbia Government, Office of the Attorney General for District of Columbia, **serve only to**: Darlene Fields, Secretary, Tonia Robinson, Legal Assistant, or Gale Rivers, Secretary, **Certified and RESTRICTED DELIVERY (Extra Fee)**, 444 4th Street, 6th fl South, N.W., Washington, D.C. 20001, "Return Receipt Requested" as evidenced by Exhibit A, of which is attached hereto.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

Respectfully submitted,

By: _____/s/_____
Joel DuBoff, (Bar# 180356)
Donna Williams Rucker, (Bar #04180)
DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, MD 20910
(301) 495-3131

Joel DuBoff, (Bar# 180356)
Donna Williams Rucker, (Bar #04180)
DUBOFF & ASSOCIATES, CHARTERED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| ROLAN GIBSON, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 1:06CV00551<br>Judge: Ellen Segal Huvelle<br>Deck Type: Personal Injury/Malpractice<br>Date Stamp: 3/22/06 |
| UNITED STATES OF AMERICA | * | |
| and | * | |
| DISTRICT OF COLUMBIA<br>GOVERNMENT | * | |
| | * | |
| Defendants. | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EXHIBIT A

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Office of the Atty General for the District of Columbia
serve only to:
Darlene Fields, Secretary,
or Tonia Robinson, Legal Assistant
or Gale Rivers, Secretary
444 4th St NW 6th fl South
Washington DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Done Mims
C. Date of Delivery: 5-2-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number (Transfer from service label): 7002 3150 0004 3963 7688

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

20001    4. Restricted Delivery? (Extra Fee)  ☒ Yes
2. Article Number
(Transfer from service label)   7002 3150 0004 3963 7688
PS Form 3811, August 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ROLAN GIBSON, et al.<br>　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA<br><br>　and<br><br>DISTRICT OF COLUMBIA<br>　GOVERNMENT<br>　　　Defendants. | *<br>*<br>*<br>*　Case No. 1:06CV00551<br>*　Judge: Ellen Segal Huvelle<br>*　Deck Type: Personal Injury<br>*　Date Stamp: 3/22/06<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROOF OF SERVICE

The undersigned attorney for the Plaintiffs hereby certifies that a copy of the Summons, Complaint, Initial Electronic Case Filing Order and the Notice of Right to Consent to trial Before a United States Magistrate Judge was served May 3, 2006, to Defendant, District of Columbia Government, serve, Honorable Anthony Williams or Tabatha Braxton, Staff Assistant, or Gladys Herrings, Executive Assistant **only**, **Certified and RESTRICTED DELIVERY (Extra Fee)**, 1350 Pennsylvania Avenue, N.W., Washington, D.C. 20004, "Return Receipt Requested" as evidenced by Exhibit A, of which is attached hereto.

I do solemnly declare and affirm under the penalties of perjury that the contents of the foregoing document are true and correct.

Respectfully submitted,

By:　　　　/s/　　　　
Joel DuBoff, (Bar# 180356)
Donna Williams Rucker, (Bar #04180)
DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, MD 20910
(301) 495-3131

By:　　　　/s/　　　　
Joel DuBoff, (Bar# 180356)
Donna Williams Rucker, (Bar #04180)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ROLAN GIBSON, et al. * | |
| Plaintiffs, * | |
| v. * | Case No. 1:06CV00551<br>Judge: Ellen Segal Huvelle<br>Deck Type: Personal Injury/Malpractice<br>Date Stamp: 3/22/06 |
| UNITED STATES OF AMERICA * | |
| and * | |
| DISTRICT OF COLUMBIA * GOVERNMENT | |
| * | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EXHIBIT A

[Image of USPS PS Form 3811 Domestic Return Receipt, addressed to: District of Columbia Government, Serve to Honorable Anthony Williams or Tabatha Braxton, Staff Asis or Gladys Herrings, Exec only, 1350 Pennsylvania Ave NW, Washington, DC 20004. Article Number: 7002 3150 0004 3963 7671. Certified Mail, Restricted Delivery: Yes.]

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| ROLAN GIBSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 06-0551 |
| ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

AFFIDAVIT OF TABATHA BRAXTON

I, Tabatha Braxton, under penalty of perjury under the laws of the United States of America do declare the following:

1. I am over the age of 18 and competent to render testimony.

2. I am employed as an administrative assistant with the District of Columbia Office of the Secretary.

3. I am authorized to accept service of process on behalf of the Mayor pursuant to Mayor's Order 2004-77.

4. I have reviewed the copy of the Registered Mail Return Receipt, Article No. 7002 3150 004 3963 7671, located beneath the case captioned Rolan Gibson v. United States of America and District of Columbia, 06-CV-00551. I did not sign the return receipt form and do not recognize the signature on that form.

_____
Tabatha Braxton

Sworn and subscribed to before me, a Notary Public, in and for the District of Columbia, this ____ day of June, 2006.

_____ My Commission Expires: _____
Notary Public

TABATHA BRAXTON
Notary Public District of Columbia

## DuBoff & Associates, Chtd.
### ATTORNEYS & COUNSELORS AT LAW

8401 Colesville Road
Suite 501
Silver Spring, MD 20910-3363

Joel DuBoff *▲•
Donna W. Rucker *▼•
Theresa M. Regner ▲
Craig E. Grabo ▲

(301) 495-3131
Fax: (301) 587-1872

1200 G Street, NW, Suite 3
Washington, DC 200(

District of Columbia *
Maryland ▲, Virginia
Pennsylvania ▼, Federal Courts

May 12, 2006

DC Attorney General's office
441 4th Street, NW
Washington, DC 20001
Attn: Ms. Fields

Re: Gibson & Hawkins v. U.S. and D.C.
    Case: 06CA 0551    Judge Huevelle

Dear Ms. Fields:

Thank you very much for taking my call today regarding the above captioned case. As w agreed, the service was to your mail center delivered and signed for on May 3rd but you stated it wa to you today and counsel would not be assigned until Monday, May 15th, 2006. Thank you fo confirming that the District has been served. Whoever is assigned on your staff should give me a cal but should of course know that as you stated the 20 days to answer is coming up. Since you hav acknowledged a good receipt of the pleadings we can accommodate some leave time if necessary. O course an answer would be appreciated.

Yours truly,

Joel DuBoff

GOVERNMENT OF THE DISTRICT OF COLUMBIA
Office of the Attorney General

**Civil Litigation Division**
**Section II**



May 26, 2006

Joel DuBoff, Esq.
DuBoff & Associates, Chtd.                                      **VIA FAX**
8401 Colesville Road
Suite 501
Silver Spring, Maryland 20910-3363

        Re:    Gibson & Hawkins v. D.C./06-CA-0551
                   Your Letter dated May 12, 2006/Received May 25, 2006

Mr. Duboff:

I expressly denied Plaintiffs' request to agree that the District was served once you alerted me that you did not believe service was made on the Mayor's designated representative. I then checked with the Court and saw that Plaintiff had not filed an affidavit of service. I will confirm the details of your conversation with Ms. Fields, but you should be aware that the District will respond to Plaintiffs' complaint when service has been effected and/or an affidavit of service has been filed.

Sincerely

ROBERT J. SPAGNOLETTI
Attorney General

By: *Julie Lee*
JULIE LEE
SENIOR ASSISTANT ATTORNEY GENERAL

By: *Julie Lee*
JULIE LEE