IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **ROLAN GIBSON, et al.** | |
| **Plaintiffs,** | |
| v. | |
| | Case No. 1:06CV00551 |
| **UNITED STATES OF AMERICA** | Judge: Ellen Segal Huvelle |
| and | |
| **DISTRICT OF COLUMBIA GOVERNMENT** | |
| **Defendants.** | |

## ORDER

**UPON CONSIDERATION** of the Plaintiffs' Opposition to Defendant District of Columbia's Motion to Dismiss, the information contained therein and the entire record herein, it is this _____ day of _____, 2006

**ORDERED**, that Defendant District of Columbia's Motion to Dismiss be and hereby is **DENIED**, and it is further;

**ORDERED** that Plaintiff's be awarded sanctions against the Defendant District of Columbia in the amount of $_____, or in the Alternative it is;

**ORDERED** that Plaintiffs be awarded additional time in the amount of _____ days to effect service on the District of Columbia.

_____
Ellen Segal Huvelle, Judge
United States District Court for the District of Columbia