# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of the Secretary of the District of Columbia



**Patricia Elwood**
Interim Secretary of the District of Columbia

## MEMORANDUM

**TO:** Nadine Wilburn
Assistant Deputy Attorney General
Civil Litigation Division
Office of the DC Attorney General

**FROM:** Patricia Elwood *(signed Patricia Elwood)*
Interim Secretary of DC

**DATE:** November 9, 2005

**SUBJECT:** Designation of Staff to Handle/Accept Legal Correspondence (Summons, Subpoenas, Civil Actions)

In accordance with Mayor's Order 2004-77, dated May 14, 2004, this memorandum serves to notify the Office of the Attorney General that the employees named below are, herewith, designated to receive legal correspondence on behalf of the Mayor/Secretary of DC:

- Tabatha Braxton, Staff Assistant, Office of the Secretary
- Gladys Herring, Executive Assistant, Office of the Secretary

I have attached a copy of the Mayor's Order for your information. Should you have any questions, please do not hesitate to contact me. I can be reached at (202) 727-6306.

Attachment

cc:   The Mayor's Correspondence Unit
Len Becker, General Counsel to the Mayor
Lucy Pittman, Assistant Attorney General



PLAINTIFF'S EXHIBIT 2

1350 Pennsylvania Avenue, NW, _____ DC 20004   (202) 727-6306