IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

ROLAN GIBSON, et al.            *

        Plaintiffs,     *
                                  Case No. 1:06CV00551
    v.                       *    Judge: Ellen Segal Huvelle
                                  Deck Type: Personal Injury/Malpractice
UNITED STATES OF AMERICA        *    Date Stamp: 3/22/06

    and                      *

DISTRICT OF COLUMBIA            *
  GOVERNMENT
                                *
        Defendants.
*************************************

## EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): _[illegible]_  C. Date of Delivery: 5-2-0_<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Office of the Atty General for the District of Columbia<br>serve only to:<br>Darlene Fields, Secretary, or Tonia Robinson, Legal Assistant or Gale Rivers, Secretary<br>444 4th St NW 6th fl South<br>Washington DC 20001 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☒ Yes |
| 2. Article Number (Transfer from service label) | 7002 3150 0004 3963 7688 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |