IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| ROLAN GIBSON, et al. | * | |
| Plaintiffs, | * | |
| | | Case No. 1:06CV00551 |
| v. | * | Judge: Ellen Segal Huvelle |
| | | Deck Type: Personal Injury/Malpractice |
| UNITED STATES OF AMERICA | * | Date Stamp: 3/22/06 |
| and | * | |
| DISTRICT OF COLUMBIA GOVERNMENT | * | |
| | * | |
| Defendants. | | |

********************************

## EXHIBIT A

[Image of PS Form 3811 Domestic Return Receipt addressed to District of Columbia Government, Serve to Honorable Anthony Williams or Tabatha Braxton, Staff Assis or Gladys Herrings, Exec Assis only, 1350 Pennsylvania Ave NW, Washington, DC 20004. Article Number: 7002 3150 0004 3963 7671.]