**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Office of the Attorney General

Civil Litigation Division
Section II



May 26, 2006

Joel DuBoff, Esq.
DuBoff & Associates, Chtd.                           **VIA FAX**
8401 Colesville Road
Suite 501
Silver Spring, Maryland 20910-3363

    Re: Gibson & Hawkins v. D.C./06-CA-0551
      Your Letter dated May 12, 2006/Received May 25, 2006

Mr. Duboff:

I expressly denied Plaintiffs' request to agree that the District was served once you alerted me that you did not believe service was made on the Mayor's designated representative. I then checked with the Court and saw that Plaintiff had not filed an affidavit of service. I will confirm the details of your conversation with Ms. Fields, but you should be aware that the District will respond to Plaintiffs' complaint when service has been effected and/or an affidavit of service has been filed.

Sincerely

ROBERT J. SPAGNOLETTI
Attorney General

By: _____
JULIE LEE
SENIOR ASSISTANT ATTORNEY GENERAL

PLAINTIFF'S EXHIBIT 6