UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gibson

Plaintiff,

v.

District of Columbia

Defendant.

FILED
JUL 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 06-0551 (ESH)

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____  3/18/06
Attorney for the Plaintiff.    Date

Eric Janson - USAO   3/18/06
Attorney for the Defendant.   Date

_____  7/18/06

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

Facciola

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

Ellen S. Huvelle          7/18/06
ELLEN SEGAL HUVELLE      Date
United States District Judge