IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLAN GIBSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil No. 06-0551 (JMF) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## PRAECIPE

The clerk of this Court will please enter the appearance of James H. Vricos, Assistant Attorney General, as counsel for defendant District of Columbia.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
HOLLY M. JOHNSON
Section Chief
General Litigation Section III

_____/s/_____
JAMES H. VRICOS
Assistant Attorney General
Bar No. 474026
441 4th Street, N.W., 6S-053
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
James.Vricos@dc.gov