UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rolan Gibson and John Hawkins, Jr., | ) |
|            Plaintiffs, | ) |
| | ) No. 06-0551 (ESH) |
| United State of America, | ) |
| and | ) |
| District of Columbia, | ) |
|            Defendants. | ) |

**ANSWER TO CROSS-CLAIM OF DEFENDANT DISTRICT OF COLUMBIA**

The United States of America, by and through the United States Attorney for the District of Columbia, answers defendant District of Columbia's cross-claim[1] as follows:

1. This paragraph consists of a conclusion of law which requires no response, but to the extent a response is deemed required, it is denied.

2. This paragraph consists of defendant District of Columbia's characterization of plaintiff's complaint which answers are not required; to the extent that the paragraph is deemed to contain allegations of fact as against the federal defendant, they are denied.

3. This paragraph consists of defendant District of Columbia's conclusions of law which requires no response, but to the extent a response is deemed required, it is denied.

4. This paragraph consists of defendant District of Columbia's conclusions of law which requires no response, but to the extent a response is deemed required, it is denied.

---

[1] The cross-claim begins on page 8 of defendant District of Columbia's Answer.

The remainder of the cross-claim contains defendant District of Columbia's prayer for relief, to which no response is required. To the extent the Court deems a response required, federal defendant denies that defendant District of Columbia is entitled to any of his requested relief, or any relief whatsoever.

Federal defendant reserves the right to raise any and all affirmative defenses available under Fed. R. Civ. P. 8(c).


September 18, 2006                    Respectfully submitted,

                                      _____/s/_____
                                      KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                      United States Attorney

                                      _____/s/_____
                                      RUDOLPH CONTRERAS D.C. Bar No. 434122
                                      Assistant United States Attorney

                                      _____/s/_____
                                      ERIC J. JANSON
                                      Special Assistant United States Attorney
                                      555 4th Street, N.W., Rm. E4417
                                      Washington, DC 20530

OF COUNSEL:
Perri S. Rothemich, Attorney-Adviser
U.S. Department of the Solicitor
Office of the Solicitor
Division of General Law
1849 C Street, N.W.
Washington, D.C. 20240