UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Rolan Gibson, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | Civil Action No.: 06-0551 (JMF) |
| | ) | |
| v. | ) | |
| | ) | |
| **United States of America, et al** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

    The Clerk of the Court will please enter the appearance of Michelle N. Johnson, Assistant United States Attorney, as counsel for Defendant the United States of America, in the above-captioned matter and remove the appearance of Special Assistant United States Attorney Eric J. Janson.

                                       /s/
                                    MICHELLE N. JOHNSON
                                    Assistant United States Attorney
                                    555 4th St., N.W. Room E4212
                                    Washington, D.C. 20530
                                    202-514-7139

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Substitution of Counsel was either transmitted via the U.S. District Court's electronic filing notification system, or mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**Joel Duboff**, **Esq.**
DUBOFF & ASSOCIATES CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, MD 20910

**James H. Vricos**
OFFICE OF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLUMBIA
441 Fourth Street, NW
Washington, DC 20001

on this 13th day of October, 2006.

/s/
MICHELLE JOHNSON
Assistant United States Attorney
555 4th St., N.W., Room E4212
Washington, D.C.  20530
202-514-7139