IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **ROLAN GIBSON,** *et al.* * | |
| **Plaintiffs,** * | |
| * | |
| v. * | |
| * | Case No. 1:06CV00551 |
| **UNITED STATES OF AMERICA** * | Magistrate Judge Facciola |
| * | |
| and * | |
| * | |
| **DISTRICT OF COLUMBIA** * | |
| **GOVERNMENT** * | |
| **Defendants.** * | |

* * * * * * * * * * * * * * * * * * * * * * ***

## ORDER

**UPON CONSIDERATION** of the Plaintiff's Motion to Compel Defendant District of Columbia to Produce Discovery, the information contained therein, the opposition thereto, if any, and the record herein, it is this _____ day of _____, 2006,

**ORDERED**, that Plaintiff's Motion is **GRANTED**, and it is hereby further

**ORDERED**, that the Defendant District of Columbia shall provide all responses to the discovery requested on or before _____.

**SO ORDERED**

_____                         _____
Entered                                      Magistrate Judge Facciola


cc:

Joel DuBoff, Esquire
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910

Michelle Johnson, Esquire
Special Assistant United States Attorney
555 4th Street, N.W. Washington, D.C. 20530

James H. Vicros, Esquire
Assistant Attorney General for the District of Columbia
441 4th Street N.W., Washington, D.C. 20001