**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ROLAN GIBSON,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil No.  06-0551 (JMF)** |
| **v.** | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE
PLAINTIFF'S MOTION TO COMPEL DISTRICT OF COLUMBIA TO PRODUCE
DISCOVERY RESPONSES**

Defendant District of Columbia (the "District"), by and through undersigned counsel and

pursuant to Fed. R. Civ. P. Rule 6(b), hereby moves this Court to enlarge the time by which it

must file a pleading in response to the plaintiff's Motion to Compel by an additional eight  (8)

days.

A Memorandum of Points and Authorities in support of this Motion to Enlarge is

attached hereto.

On November 29, 2005, undersigned counsel left a phone message with plaintiff's

counsel, Joel DuBoff, requesting the plaintiff's consent to the relief sought herein.  The

undersigned has not received a response for counsel.

                              Respectfully submitted,

                              EUGENE A. ADAMS
                              Interim Attorney General for the District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General,
                              Civil Litigation Division

        /s/
        PHILLIP A. LATTIMORE, III [422968]
        Chief, General Litigation Sec. III


        /s/
        JAMES H. VRICOS [474026]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        202) 724-6600
        (202) 727-3625 (fax)
        E-mail: James.Vricos@dc.gov


## CERTIFICATE OF SERVICE


I HEREBY CERTIFY on this 30th day of November, 2006, that a copy of the foregoing Motion to Enlarge and its supporting Memorandum of Law was mailed postage prepaid, or delivered via the U.S. District Court's Electronic Notification System to:

Joel DuBoff, Esq.
DuBoff & Associates, Chartered
8401 Colesville Road, Suite 501
Silver Spring, MD 20910


                                
                                James H. Vricos
                                Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROLAN GIBSON,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | )    **Civil No.  06-0551 (JMF)** |
| **v.** | ) |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DISTRICT OF
COLUMBIA'S MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE
TO THE PLAINTIFF'S MOTION TO COMPEL DISTRICT OF COLUMBIA TO
PRODUCE DISCOVERY RESPONSES**

This Court should grant the defendant District of Columbia ("the District") an additional

eight (8) days to answer the plaintiff's complaint, because:

1.  The plaintiff filed his Motion to Compel Defendant District of Columbia to Produce

    Discovery Responses ("Motion to Compel") on November 16, 2006, alleging that the District

    had provided answers to the plaintiff's interrogatories that were incomplete or not responsive.

    Specifically, the plaintiff alleges that the District has failed to fully answer fifteen of the

    plaintiff's interrogatories.

2.  The District was served a copy of the plaintiff's motion on November 16, 2006.  A

    responsive pleading therefore is due on or before November 30, 2006.

3.  Since the filing of the plaintiff's motion to compel, the undersigned has had to attend to

    several previously scheduled depositions, and had to file several dispositve motions in

    unrelated cases.  Consequently the undersigned has had limited time to fully address the

    issues raised in plaintiff's Motion to Compel.

4.  Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to come into compliance with any deadline imposed by other enumerated rules. The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976).  Given the facts discussed in the Motion, the District urges this Court to grant such an extension herein.

5.  The plaintiff will not be prejudiced by the granting of this Motion.  Nor will the granting of this motion impact the Court's calendar.


WHEREFORE, for the reasons stated herein, defendant District of Columbia requests that this Court expand the time to file a responsive pleading by eight (8) days, up to and including December 8, 2006.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

_____/s/_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
202) 724-6600
E-mail: James.Vricos@dc.gov
(202) 727-3625 (fax)

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLAN GIBSON**, *et al*.,        ) | |
| ) | |
| **Plaintiffs,**        ) | |
| ) | **Civil No.  06-0551 (JMF)** |
| **v.**        ) | |
| ) | |
| **DISTRICT OF COLUMBIA**, *et al.,*        ) | |
| ) | |
| **Defendants.**        ) | |
| _____) | |

## O R D E R

Upon consideration of the Defendant's Motion to Enlarge the Time to File a Responsive Pleading to Plaintiff's Motion to Compel Defendant District of Columbia to Produce Discovery Responses, any opposition thereto, and the facts and law considered, it is hereby ORDERED;

The Motion is GRANTED; and it is further ORDERED;

That the District shall have an additional eight (8) days to file it's a responsive pleading to plaintiff's Motion to Compel Defendant District of Columbia to Produce Discovery Responses, which shall be due on or before December 8, 2006.

So ORDERED this _____ day of _____, 2006.

_____
Judge, United States District Court for the District of Columbia

copies to:

James H. Vricos
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001

3

4

Joel DuBoff, Esq.
DuBoff & Associates, Chartered
8401 Colesville Road, Suite 501
Silver Spring, MD 20910