IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLAN GIBSON**, *et al.*,   )<br>                                                   )<br>         **Plaintiffs,**                 )<br>                                                   )<br>              v.                             )<br>                                                   )<br>**DISTRICT OF COLUMBIA**, *et al.*,   )<br>                                                   )<br>         **Defendants.**               )<br>_____)  | Civil No.  06-0551 (JMF) |

**RESPONSE TO THE PLAINTIFF'S MOTION TO COMPEL DISTRICT OF COLUMBIA TO PRODUCE DISCOVERY RESPONSES**

Defendant District of Columbia (the "District"), by and through undersigned counsel, hereby responds to Plaintiff's Motion to Compel District of Columbia to Produce Discovery Responses.  In response, the District states as follows:

On August 17, 2006, the District received the Plaintiff's First Set of Interrogatories.  On September 21, 2006, undersigned counsel spoke with Plaintiffs' counsel to request his consent to allow the District a brief delay in producing its answers to Plaintiff's First Set of Interrogatories, as undersigned was experiencing some difficulty obtaining the information requested by the Plaintiffs.  Plaintiffs consented to a brief delay and requested the District to provide its answers by September 25, 2006.  Undersigned counsel continued his efforts to obtain responsive information, and was able to obtain several reports and policy statements that were responsive to Plaintiffs' interrogatories.   The District mailed its Answers to the Plaintiffs on October 13, 2006.

On October 26, 2006, the District received a letter dated October 19, 2006, from the Plaintiffs detailing their objections to the District's Answers. (See Exhibit No. 1, Plaintiff's

Motion to Compel). Several of Plaintiffs' objections appeared to have merit, and the undersigned attempted to gather additional information so as to supplement the District's answers.

On November 15, 2006, undersigned counsel mailed Plaintiff a copy of the radio run tape provided to the District of Columbia's counsel by Inspector James Crane of the Metropolitan Police Department ("MPD") and the "Events Chronology" report requested in plaintiff's letter.  This tape had a brief description of what was being recorded before the recording of the actual radio transmission.  The date and police district described in this portion of the tape matched the date and district associated with the incident which is the subject of this litigation.  Also, on November 15, 2006, undersigned counsel provided Plaintiffs a copy of the District's responses to Cross-Defendant United States' written discovery requests.

On November 16, 2006, Plaintiffs' filed their Motion to Compel asking that the District be compelled to complete it answers within fifteen (15) days of the Court's order granting the Plaintiffs' motion.  On November 27, 2006, undersigned counsel spoke with Plaintiffs' counsel. During this conversation, Plaintiff's counsel stated that he did not believe the tape provided by the District on November 15, 2006, had been the correct tape as he did not believe it pertained to the incident that is the subject of this litigation.  Out of an abundance of caution, and based on representations that MPD had provided this office with the correct tape, the Undersigned had delivered to Plaintiffs' counsel another copy of the taped radio run that had it had mailed to counsel on November 15, 2006.

In addition, the Undersigned then arranged to have one of the MPD officers who had been in the MPD vehicle involved in the incident on December 8, 2004, listen to the tape that was provided to Plaintiffs to confirm the tapes validity. On November 30, 2006, the District filed

its motion asking that the Court grant an additional eight days to respond to Plaintiffs' motion to compel. The next day the Court granted the District's motion.

On December 6, 2006, MPD Officer Gary Gulich reviewed the audiotape provided this office by MPD with undersigned counsel and concluded that the tape was not a recording of the correct radio transmission. Undersigned counsel has contacted MPD to obtain a recording of the correct radio transmission, if one exists.

The undersigned has carefully considered the objections contained in Plaintiffs' Motion to Compel, and a number of counsel's objections to the District's answers appear to have merit. Although the Undersigned has made and continues to make good faith attempts to obtain and provide responsive answers, additional time is necessary to review, consider and provide full and complete answers to several of Plaintiffs' interrogatories.

Wherefore, in light of the holidays and other pressing matters that the undersigned counsel must attend to, the District respectfully requests that it be given until January 9, 2006, to complete its answers to Plaintiff's First Set of Interrogatories.[1]

        Respectfully submitted,

        EUGENE A. ADAMS
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General,
        Civil Litigation Division

---

[1] Under the current scheduling order, the discovery period is set to close on December 18, 2006. However, undersigned counsel has recently spoken with Counsel for Cross-defendant United States who will be filing a motion to enlarge the scheduling order by forty-five days with the District's consent. If granted, this will be the first such enlargement.

          /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

          /s/
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov


**CERTIFICATE OF SERVICE**


I HEREBY CERTIFY on this 8th day of December, 2006, that a copy of the foregoing Motion to Enlarge and its supporting Memorandum of Law was mailed postage prepaid, or delivered via the U.S. District Court's Electronic Notification System to:

Joel DuBoff, Esq.
DuBoff & Associates, Chartered
8401 Colesville Road, Suite 501
Silver Spring, MD 20910

Michelle N. Johnson
Assistant United States Attorney
555 4th St. N.W. Room E4212
Washington , D.C. 20530

                                                                                                               _____
                                                                                                               James H. Vricos
                                                                                                               Assistant Attorney General