UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLAND GIBSON, et al.,            ) | |
|                                   ) | |
|     Plaintiffs,            ) | |
|                                   ) | Civil Action No. 06-0551 (JMF) |
|                                   ) | |
| v.                                ) | |
|                                   ) | |
| DISTRICT OF COLUMBIA, et al.,     ) | |
|                                   ) | |
|     Defendants.            ) | |
| _____ ) | |

**FEDERAL DEFENDANT'S CONSENT MOTION FOR AN
EXTENSION OF TIME TO CONDUCT DISCOVERY**

The United States of America, through the undersigned counsel, respectfully requests a 45-day extension of the discovery period, with a corresponding extension of the due date for summary judgment motions, in this matter. Good cause exists for the grant of this extension of time. In support of this request, the undersigned counsel states:

1. This is a tort claim brought by Plaintiffs against the United States of America and the District of Columbia for injuries Plaintiffs contend they sustained when a Park Police vehicle and Metropolitan Police Department vehicle collided in an intersection.

2. On July 24, 2006, this matter was referred to this Court for all purposes. A scheduling order was entered on September 1, 2006, scheduling the close of discovery for December 18, 2006, and the time for the filing of dispositive motions for January 18, 2007.

3. The undersigned counsel recently inherited this case from prior counsel. Since that time, the undersigned counsel has attempted to obtain discovery from the Plaintiffs and Defendant District of Columbia. However, in part due to difficulties with receiving mail at her new office, the undersigned counsel has just recently received responses to her discovery

requests. In light of a very substantial caseload, the undersigned counsel will need additional time to review the discovery responses she has received and, if necessary, to voice any objections to these discovery responses. In addition, the undersigned counsel, having now received discovery, would like additional time to depose Plaintiffs as well as the relevant MPD officers in this matter.

    5.    Pursuant to LCvR 7(m), the undersigned counsel contacted counsel for Plaintiffs and the District of Columbia regarding the relief sought herein. Counsel for Plaintiffs and the District of Columbia consent to the relief sought.

Therefore, based on the foregoing, the United States respectfully requests that the close of discovery be extended to and including February 1, 2007, and that the due date for summary judgment motions be extended to and including March 1, 2007.

Respectfully submitted,

   s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139
COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLAND GIBSON, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Civil Action No. 06-0551 (JMF)** |
| ) | |
| **v.** ) | |
| ) | |
| **DISTRICT OF COLUMBIA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of the Federal Defendant's Consent Motion for an Extension of Time to Conduct Discovery, it is this _____ day of _____, 2006,

ORDERED, that Defendant's motion is hereby granted. Discovery in this matter shall be completed by February 1, 2007. It is further

ORDERED that dispositive motions, if any, are to be filed by March 1, 2007, and oppositions and replies thereto are to be filed in the time provided by the Local and Federal Rules of Civil Procedure. It is further

ORDERED that a pretrial conference will be set for the ____ day of _____, 2007, at _____ a.m./p.m.

_____
UNITED STATES DISTRICT JUDGE