IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLAN GIBSON**, *et al.*, )<br>)<br>**Plaintiffs**, )<br>) <br>v.    )<br>)<br>**DISTRICT OF COLUMBIA**, *et al.*, )<br>)<br>**Defendants.**   )<br>_____) | Civil No. 06-0551 (JMF) |

**CONSENT MOTION TO ENLARGE THE DISCOVERY DEADLINE BY FORTY-FIVE DAYS AND TO ENLARGE THE REMAINING DEADLINES IN THE SCHEDULING ORDER BY AN ADDITIONAL NINETY DAYS**

The District of Columbia ("District"), with the consent of the parties, hereby moves this Court to enlarge the discovery deadlines in the above-captioned litigation to March 19, 2007 for the purpose of completing discovery. The District is also requesting that the remaining deadlines in the scheduling order be continued an additional 90 days to accommodate that extension. A Memorandum of Points and Authorities, along with a proposed Order, are attached hereto.

Pursuant to Local Rule 7.1(m), on January 25, 2007, undersigned counsel consulted with counsel for the Plaintiffs and counsel for the United States and obtained their consent to the relief sought herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

    /s/
_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

    /s/
_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLAN GIBSON**, *et al.*, ) | |
| ) | |
|     **Plaintiffs**, ) | |
| ) | Civil No.  06-0551 (JMF) |
|     **v.** ) | |
| ) | |
| **DISTRICT OF COLUMBIA**, *et al.,* ) | |
| ) | |
|     **Defendants.** ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO ENLARGE THE DISCOVERY DEADLINE BY FORTY-FIVE DAYS AND TO ENLARGE THE REMAINING DEADLINES IN THE SCHEDULING ORDER BY AN ADDITIONAL NINETY DAYS**

      The District of Columbia, with the consent of the parties, hereby moves this Court to enlarge the discovery deadline in the above-captioned litigation by forty-five day.  The parties are also requesting that the remaining deadlines in the scheduling order be continued an additional Ninety (90) days to accommodate that extension.  In support of this Motion, the District states as follows:

1.  On March 22, 2006, the plaintiffs filed the Complaint in the instant case.

2.  On September 1, 2006, the Court entered a scheduling order in this matter.

3.  On December 13, 2007, with the consent of the parties, the Court extended the discovery period by forty-five (45) days until February 1, 2006.  None of the other dates in the scheduling order were altered.

4. Undersigned counsel has taken deposition of the Driver of the United States Park Police vehicle involved in the accident that gave rise to this cause of action.

5. Counsel for the United States has deposed the driver of the Metropolitan Police Department ("MPD") vehicle that was also involved in that incident.

6. The undersigned and counsel for the United States have not yet been able to take the depositions of the plaintiffs in this matter. Counsel for the plaintiffs has agreed to make the plaintiffs available for deposition during the month of February.

7. Additionally, after the deposition of the driver of the MPD vehicle on January 25, 2007, plaintiffs' counsel and counsel for the United States informed the undersigned of their intention to depose MPD Sergeant Felicia Wade. Sergeant Wade played a role in the MPD investigation of the incident which gave rise to this cause of action.

8. Counsel for the parties have agreed to confer and designate dates to complete the remaining depositions.

9. Because the first enlargement of the scheduling order only was focused solely on the Discovery deadline, the parties now request that the discovery deadline be enlarged by an additional forty-five (45) days and that the remaining dates contained in the scheduling order be extended by ninety (90) days so as to be more consistent with the scheduling time frame originally described in the scheduling order.

10. All parties consent to the relief requested herein, and no party will be prejudiced by the granting of this motion.

WHEREFORE, for the reasons stated herein, the District requests that this Court enlarge the discovery deadline by forty-five (45) and the remaining deadlines to be enlarged by ninety (90) days to accommodate this change.

        Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

    /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

    /s/
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLAN GIBSON,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil No. 06-0551 (JMF) |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**ORDER**

Upon consideration of the Consent Motion to Enlarge the Discovery Deadlines Until March 19, 2006 for the purpose of completing discovery and to Enlarge the Remaining Deadlines in the Scheduling Order by an Additional Forty-five Days, Memorandum of Points and Authorities, and the facts and law considered, it is hereby

ORDERED: that Motion is HEREBY GRANTED; and it is

FUTHER ORDERED that the discovery deadline is extended by forty-five (45) day; and it is

FURTHER ORDERED that the remaining dates in the Civil Scheduling Order are hereby ENLARGED by an additional ninety (90) days, with the following deadlines:

- Discovery shall be completed by March 19, 2007

- After the Close of Discovery, plaintiffs' counsel shall contact defendants' counsel and chambers to arrange a telephone status conference.

- Any dispositive motions are to be filed by April 18, 2007, oppositions and replies thereto are to be filed in the time provided by the Local and Federal Rules of Civil Procedure.

- A pretrial conference in this matter will be set for _____. Three weeks in advance of the Pretrial Conference, counsel are required to meet and prepare a Joint Pretrial Statement, in accordance with Local Rule 16.4 and the Pretrial Procedures Order, which parties shall receive prior to the Pretrial Conference.  This Order will give explicit direction on preparation of the Joint Pretrial Statement, which is required to be delivered to chambers no less than eleven days prior to the conference.

- The Trial will be set for _____ with an estimated length of three days.

So ORDERED this _____ day of _____, 2007.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE