IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLAN GIBSON**, *et al.*,  ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil No. 06-0551 (JMF) |
| **v.** ) | |
| ) | |
| **DISTRICT OF COLUMBIA**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**SUPPLEMENTAL RESPONSE TO THE PLAINTIFF'S MOTION TO COMPEL
DISTRICT OF COLUMBIA TO PRODUCE DISCOVERY RESPONSES**

Defendant District of Columbia (the "District"), by and through undersigned counsel, hereby responds to Plaintiff's Motion to Compel the District of Columbia to Produce Discovery Responses. In response, the District supplements its response of December 8, 2007, as follows:

On November 16, 2006, Plaintiffs filed their Motion to Compel the District to complete it answers to Plaintiffs' First Set of Interrogatories. On December 1, 2006, the Court gave the District until December 8, 2006, to provide its answers to Plaintiff's interrogatories. (Paperless Order, December 1, 2006)

On December 8, 2006, the District filed its Response to Plaintiffs Motion to Compel, and conceded that more complete answers to plaintiffs' interrogatories may be appropriate. Consequently, the District request that it have until January 9, 2007, to supplement its Interrogatory Responses. After speaking with plaintiffs' counsel prior to January 9, 2007, the undersigned agreed to hand deliver the District's Supplemental Responses to Plaintiff's First Set of Interrogatories by January 12, 2007. On January 12, 2007, undersigned counsel hand delivered the district's Supplemental Responses to Plaintiff's First Set of Interrogatories to

plaintiffs' counsel. On February 22, 2007, the Court enlarged the discovery period until March 19, 2007

The District's Supplemental Responses included supplemental answers to all fifteen of the interrogatory responses plaintiffs had objected to in their motion to compel. Also included were several supplemental attachments not previously provided in the Districts initial Answers to plaintiffs' written discovery requests which contained much of the information plaintiffs sought in their motion to compel. Those attachments included:

1. Declaration of Traci Long Morris. This declaration detailed the Office of Unified Communications efforts to retrieve the 6th District radio run recording relating to the incident which gave rise to this cause of action. Although Ms. Morris had made and detailed in her Declaration diligent efforts to recover this recording, she was unable to retrieve this recording. However, a recording was subsequently discovered in connection to an underlying criminal prosecution that was related to the incident that gave rise to this cause of action. A copy of this tape was provided to the plaintiff on January 25, 2007, by the Office of the United States Attorney.

2. MPD Events Chronology. The Events Chronology was specifically requested by the plaintiffs in their Motion to Compel.

3. Government of the District of Columbia Vehicle Accident Reports.

4. Declaration of Bernie Greene. This declaration detailed MPD's efforts to recover copies of the "PD 775" with regard to the date of the incident and the officers who were operating the MPD vehicle at the time of the accident. After a diligent search, this declaration explains that MPD was unable to locate copies of any such documents.

5. D.C. Fire/EMS Department Incident Chronology Report for Event Number: F040140146. This chronology report pertains to the action of the D.C. Fire/EMS unit that responded to the scene of this incident.

6. D.C. Fire/EMS Patient Care Report for Plaintiff Rolan Gibson.

7. D.C. Fire/EMS Engine 32 Journal entry.

8. MPD Tour of Duty Supervisor's Reports (PD 150) for the date of the date of the incident.

Since the date the District tendered its Supplemental Answers to the plaintiffs' first set of interrogatories, the parties have completed the deposition of the plaintiffs, the Park Police officer who was driving the Park Police vehicle that was involved in the incident, the MPD field Supervisor on duty at the time of this incident, and the driver of the MPD vehicle involve in this incident.

Wherefore, in light of the Districts Supplementation of it Responses to the plaintiffs' first set of Interrogatories to the District, the District respectfully requests that the Court deny the plaintiff's Motion to Compel Defendant District of Columbia to Produce Discovery Responses.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General,
    Civil Litigation Division

      /s/
    PHILLIP A. LATTIMORE, III [422968]
    Chief, General Litigation Sec. III

        /s/
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 14th day of March, 2007, that a copy of the foregoing Supplemental Response to Plaintiffs' Motion to Compel was mailed postage prepaid, or delivered via the U.S. District Court's Electronic Notification System to:

Joel DuBoff, Esq.
DuBoff & Associates, Chartered
8401 Colesville Road, Suite 501
Silver Spring, MD 20910

Michelle N. Johnson
Assistant United States Attorney
555 4th St. N.W. Room E4212
Washington, D.C. 20530

        /s/
James H. Vricos
Assistant Attorney General