**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| | ) |
| ROLAND GIBSON, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
|    v. | )     Civil Action No. 06-0551 (JMF) |
| | ) |
| THE DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
|    Defendants. | ) |
_____ )

**FEDERAL DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE
DISPOSITIVE MOTIONS**

_____Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, through

counsel, respectfully moves this Court for a two-week enlargement of time for the parties to file

dispositive motions in this action.  In support of this motion, Defendant states the following:

1.     Plaintiffs filed their Complaint in this Court on March 22, 2006.  A scheduling

Order was issued by the Court on September 1, 2006.

2.     On December 13, 2006, the Court granted the United States' motion for an

enlargement of the discovery period.  Thereafter, the Court granted Defendant District of

Columbia's motion for a 45-day extension of the discovery period.  Pursuant to this Order, the

parties' deadline for filing dispositive motions is April 18, 2007.

3.     The undersigned counsel has recently learned of the passing of a close relative.

As a result, the undersigned counsel will be out of the office beginning this evening and will not

return until next week.

4.     In light the above circumstances, the undersigned counsel is requesting a two-

week extension of the deadline for the parties to file dispositive motions, making the parties'

new deadline for dispositive motions May 2, 2007.

     5.     Pursuant to LCvR 7(m), counsel for Defendant has conferred with counsel for the District of Columbia, who consents to the relief sought herein.  Despite several attempts, counsel was unable to contact counsel for Plaintiffs to determine whether he will oppose the relief sought herein.

Dated: April 12, 2007

                                                  Respectfully submitted,

                                              /s/ Jeffrey A. Taylor
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

                                            /s/ Rudolph Contreras
                                        RUDOLPH CONTRERAS, D.C. BAR #  434122
                                        Assistant United States Attorney

                                            /s/ Michelle N. Johnson
                                        MICHELLE N. JOHNSON, D.C. BAR # 491910
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Civil Division
                                        555 4th Street, N.W. – Room E4212
                                        Washington, D.C. 20530
                                        (202) 514-7139

                                        COUNSEL FOR DEFENDANT