IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLAND GIBSON, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 06-0551 (JMF) |

**ORDER**

This matter having come before this Court on Defendant's Motion for an Enlargement of Time to File Dispositive Motions, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that the parties' deadline for filing dispositive motions in this case has been extended to and including May 2, 2007.

**SO ORDERED** this ____ day of _____, 200__.

_____
United States Magistrate Judge