# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLAN GIBSON,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil No. 06-0551 (JMF) |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS BY TWENTY DAYS

The District of Columbia ("District"), with the consent of the parties, hereby moves this Court to extend the due date to file dispositive motions in the above-captioned litigation to May 22, 2007. A Memorandum of Points and Authorities, along with a proposed Order, are attached hereto.

Pursuant to Local Rule 7.1(m), on May 1, 2007, undersigned counsel consulted with counsel for the Plaintiffs and counsel for the United States and obtained their consent to the relief sought herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division


_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

        /s/
--------------------------------------
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLAN GIBSON,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil No. 06-0551 (JMF) |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS BY TWENTY DAYS**

The District of Columbia, with the consent of the parties, hereby moves this Court to enlarge the time period by which the parties must file dispositive motions by twenty days. In support of this Motion, the District states as follows:

1. On March 22, 2006, the plaintiffs filed the Complaint in the instant case.

2. On September 1, 2006, the Court entered a scheduling order in this matter.

3. On February 22, 2007, the Court granted the District's consent motion for extension of time to complete discovery. On March 19, 2007, the parties completed discovery.

4. On April 18, 2007, the Court granted the United States' motion for extension of time to file dispositive motions. Pursuant to that order, the current due date for dispositive motions is May 2, 2007.

5. Undersigned counsel has recently had several deadlines having to do with dispositive motions in unrelated cases. As a result, undersigned counsel has experienced considerable time restraints.

6. Additionally, undersigned counsel has been unable to obtain copies of three deposition transcripts which are necessary to complete the District's dispositive motion due to the billing practices of the court reporting company responsible for preparing these transcripts.[1] The undersigned has taken steps to procure funds which will enable the District to obtain these transcripts in accordance with the court reporting services' billing practices. Undersigned counsel anticipates being provided these transcripts in time to comply with the requested deadline.

7. All parties consent to the relief requested herein, and no party will be prejudiced by the granting of this motion.

WHEREFORE, for the reasons stated herein, the District requests that this Court extended the deadline to file dispositive motions by twenty (20) days.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

　　　/s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

---

[1] Free State Reporting Inc., of Annapolis, MD, requires that payment be made prior to the preparation of deposition transcripts. This practice does not comport with the payment procedures of the Office of the Attorney General in that payment is ordinarily rendered upon receipt of a bill from the vendor. These depositions were taken by Defendant United States, and therefore the District played no role in selecting the court reporting service.

          /s/
_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ROLAN GIBSON**, *et al*.,           )
                                       )
    **Plaintiffs,**                    )
                                       )     Civil No. 06-0551 (JMF)
    **v.**                             )
                                       )
**DISTRICT OF COLUMBIA,** *et al.,* )
                                       )
    **Defendants.**                    )
_____)

### ORDER

Upon consideration of the Consent Motion to Extension of Time to File Dipositive Motions by Twenty Days, Memorandum of Points and Authorities, and the facts and law considered, it is hereby

ORDERED: that Motion is HEREBY GRANTED; and it is

FUTHER ORDERED that the deadline for filing dispositive motions is extended by twenty (20) days.

So ORDERED this _____ day of _____, 2007.


                                          _____
                                          JOHN M. FACCIOLA
                                          UNITED STATES MAGISTRATE JUDGE