IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLAN GIBSON,** *et al.***,** )  )  **Plaintiffs,** )  ) **v.** )  ) **DISTRICT OF COLUMBIA,** *et al.***,** )  ) **Defendants.** )  _____) | Civil No. 06-0551 (JMF) |

**PARTIAL CONSENT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS BY THREE DAYS**

The District of Columbia ("District"), with the consent of the United States of America, hereby moves this Court to extend the due date to file dispositive motions in the above-captioned litigation to May 25, 2007. A Memorandum of Points and Authorities, along with a proposed Order, are attached hereto.

Pursuant to Local Rule 7.1(m), on May 21, 2007, undersigned counsel consulted with counsel for the United States and obtained her consent to the relief sought herein. Undersigned counsel left a voice-mail message with Plaintiffs' counsel for the purpose of obtaining Plaintiffs' consent, but has not yet received a return call.

    Respectfully submitted,

    LINDA SINGER
    Acting Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General,
    Civil Litigation Division

        /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

        /s/
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLAN GIBSON**, *et al*., ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil No. 06-0551 (JMF) |
| **v.** ) | |
| ) | |
| **DISTRICT OF COLUMBIA**, *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS BY THREE DAYS**

The District of Columbia, with the consent of the parties, hereby moves this Court to enlarge the time period by which the parties must file dispositive motions by three (3) days. In support of this Motion, the District states as follows:

1. On March 22, 2006, the plaintiffs filed the Complaint in the instant case.

2. On September 1, 2006, the Court entered a scheduling order in this matter.

3. On February 22, 2007, the Court granted the District's consent motion for extension of time to complete discovery. On March 19, 2007, the parties completed discovery.

4. The current due date for the filing of dispositive motions is May 22, 2007.

5. Undersigned counsel has nearly completed the draft of the District's dispositive motion in the above styled matter. However, an additional three days is required to finalized and file this motion.

6. Undersigned counsel has discussed this proposed three-day extension with counsel for the United Sates. Counsel has stated that she too would benefit from such an extension.

7. Undersigned counsel has recently had several mediations and other court dates that have required that he spend time away from the office. As a result, undersigned counsel has experienced considerable time restraints.

8. No party will be prejudiced by the granting of this motion.

WHEREFORE, for the reasons stated herein, the District requests that this Court extended the deadline to file dispositive motions by three (3) days.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_/s/_
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

_/s/_
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

Case 1:06-cv-00551-JMF    Document 33    Filed 05/22/2007    Page 5 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLAN GIBSON,** *et al.*, )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA,** *et al.,* )<br>)<br>**Defendants.** )<br>_____) | Civil No. 06-0551 (JMF) |

**ORDER**

Upon consideration of the Partial Consent Motion to Extension of Time to File Dipositive Motions by Three Days, Memorandum of Points and Authorities, and the facts and law considered, it is hereby

ORDERED: that Motion is HEREBY GRANTED; and it is

FUTHER ORDERED that the deadline for filing dispositive motions is extended by three (3) days.

So ORDERED this \_\_\_\_\_ day of _____, 2007.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE