# Exhibit 2

# UNITED STATES DEPARTMENT OF THE INTERIOR
## National Park Service
### Motor Vehicle Traffic Accident Report

Form 10-413 (10/88)

| PAGE | DSC USE ONLY | STATE | FIRST SHEET -OR- | |
|---|---|---|---|---|
| 01 of 2 | 1 | DC | ☐ Continuation Sheet ☐ Supplemental Report | ☐ Hit and Run ☐ Photos Taken ☒ USPP/NPS veh. inv. ☐ Park Property Damaged (Described on Reverse) |

CASE NUMBER: 0 3 0 S 0

**ACC. DATE (M/D/Y):** 12/08/04   **TIME (Mil):** 1521
**PARK #:** —   **ORGANIZATION (PARK SITE) NAME:** U.S. Park Police
**ROUTE #:** —   **Distance to Node:** —   **Direction to Node:** ☐N ☐E ☐S ☐W   **Node #:** —

**ROAD NAME:** Clay Street
**LOCATION:** @ 61st Street NE Washington D.C.

---

## — VEHICLE & DRIVER DATA —

### UNIT # 01

| YEAR | MAKE & MODEL | # OCCS |
|---|---|---|
| 94 | Ford Crown Victoria | 01 |

**REGISTRATION STATE - PLATE NUMBER AND YEAR:** U.S. Government I152098 NCR #60812   **DIR:** W   **SP LMT:** —
**REGISTERED OWNER (if not driver) Full Name and Address:** United States Park Police, 1100 Ohio Drive SW Washington D.C.   **REPAIR EST.:** N/A
**VEHICLE REMOVED To:** Brentwood Auto Shop   **VEHICLE REMOVED By:** AnA Towing
**DRIVER'S LICENSE NUMBER and STATE:** H-235-149-122-701 MD   **PED?:** Yes
**DRIVER/PED TELEPHONES (Home/Business):** H( ) — B(202) 426-6710   **DATE OF BIRTH:** —
**DRIVER/PED Full Name:** Donald C. Houghton   **SEX:** 01   **Belt:** 01   **Ejct:** 00
**DRIVER/PED Address:** 1100 Ohio Drive SW (Central District) Washington, DC
**INJURED TAKEN To:** G.W. University Hospital   **INJURED TAKEN By:** U.S. Park Police   **Inj:** 03

### UNIT # 02

| YEAR | MAKE & MODEL | # OCCS |
|---|---|---|
| 04 | Ford Crown Victoria | 02 |

**REGISTRATION STATE - PLATE NUMBER AND YEAR:** D.C. D/C 3780   **DIR:** N   **SP LMT:** 00
**REGISTERED OWNER (if not driver) Full Name and Address:** Metropolitan Police Department - 6th District, 100 42nd St. NE Washington D.C.   **REPAIR EST.:** N/A
**VEHICLE REMOVED To:** MPD Tow   **VEHICLE REMOVED By:** MPD Lot
**DRIVER'S LICENSE NUMBER and STATE:** —   **PED?:** Yes
**DRIVER/PED TELEPHONES (Home/Business):** H( ) — B(202) 727-4649   **DATE OF BIRTH:** —
**DRIVER/PED Full Name:** Marvin Watkins   **SEX:** 01   **Belt:** 01   **Ejct:** 00
**DRIVER/PED Address:** 100 42nd St. NE Washington, DC
**INJURED TAKEN To:** Providence Hospital   **INJURED TAKEN By:** MPD/D.C.   **Inj:** 03

---

## — PASSENGER DATA —

**PASSENGER'S Full Name:** Gary Gulich   **SEX:** 01   **BELT:** 01   **UNIT #:** 02
**PASSENGER'S Address:** 100 42nd St. NE WDC (MPD 6-D)   **AGE:** —   **EJCT.:** 00   **SEAT:** 03
**INJURED TAKEN To:** Providence Hospital   **INJURED TAKEN By:** MPD/D.C.   **INJ:** 03

**PASSENGER'S Full Name:** John Hamilton   **SEX:** 01   **BELT:** 01   **UNIT #:** 03
**PASSENGER'S Address:** 9907 Sudan Pl. Upper Marlboro MD   **AGE:** 21   **EJCT.:** 00   **SEAT:** 03
**INJURED TAKEN To:** N/A   **INJURED TAKEN By:** N/A   **INJ:** 00

---

## — WITNESS DATA —

**WITNESS Full Name:** —   **Phone Number:** —
**WITNESS Address:** —

**WITNESS Full Name:** —   **Phone Number:** —
**WITNESS Address:** —

---

**CONTRIBUTING CIRCUMSTANCES** - see back of coding guide (overlay)

| 0 3 8 0 5 0 (Case No.) | | | | | | |
|---|---|---|---|---|---|---|
| Unit # | Violation Charged | Disposition | Violation Charged | Disposition | Violation Charged | Disposition |
| 01 | None | | | | | |
| Unit # | Violation Charged | Disposition | Violation Charged | Disposition | Violation Charged | Disposition |
| 02 | None | | | | | |

USE AREA BELOW FOR DIAGRAM AND ANY NARRATIVE NEEDED TO EXPLAIN WHAT HAPPENED

NORTH (Enter arrow)

SEE TRAFFIC ACCIDENT DIAGRAM ATTACHED

DESCRIPTION OF ACCIDENT: Investigation revealed that vehicle #01 was traveling West on Clay Street NE approaching the intersection with 61st street. Vehicle #01 was being operated with emergency lights and siren activated. The operator of vehicle #01 braked as he approached the intersection and observed vehicle #03 traveling South on 61st street. Vehicle #03 stopped on 61st street prior to entering the intersection with Clay street. Vehicle #02 was traveling North on 61st street with emergency lights and siren activated approaching the intersection with Clay street. Vehicle #01 and vehicle #02 entered the intersection simultaneously. As a result the front end of vehicle #02 struck the left side of vehicle #01. Vehicle #01 was ultimately pushed into the the front of vehicle #03. The rear of vehicle #02 struck the front of vehicle #03.

INSURANCE INFORMATION-UNIT# 01
U.S. Government

INSURANCE INFORMATION-UNIT# 02
D.C. Government

PAGE 2 of 4   Investigated by (ID #, Signature, and Date)
Sgt Michael S. Wilson   #887   12/08/04

Approved by (ID #, Signature and Date)
939, LT Cooden   12-9-04

D-US-00002

# UNITED STATES DEPARTMENT OF THE INTERIOR
## National Park Service
### Motor Vehicle Traffic Accident Report

Form 10-413 (10/88)

| Field | Value |
|---|---|
| PAGE # / Of | 3 / 4 |
| STATE | DC |
| ACC. DATE (M/D/Y) | 12/08/04 |
| TIME | 1521 |
| FIRST SHEET | Continuation Sheet |
| Hit and Run | ☐ |
| Photos Taken | ☒ |
| USPP/NPS veh. inv. | ☒ |
| Park Property Damaged | ☐ |
| CASE NUMBER | 03-380-050 |
| ORGANIZATION (PARK SITE) NAME | U.S. Park Police |
| ROAD NAME | Clay Street |
| LOCATION | @ 61st Street NE Washington D.C. |

### VEHICLE & DRIVER DATA

**UNIT # 03**

| Field | Value |
|---|---|
| YEAR | 92 |
| MAKE & MODEL | Chevrolet Caprice |
| # OCCS | 02 |
| REGISTRATION STATE - PLATE NUMBER AND YEAR | Maryland MXE-337 2006 |
| DIR. | S |
| REGISTERED OWNER | |
| REPAIR EST. | N/A |
| VEHICLE REMOVED To: | Secured on scene |
| VEHICLE REMOVED By: | Per owners request |
| DRIVER'S LICENSE NUMBER and STATE | #1340141 |
| PED? | Yes |
| DRIVER/PED TELEPHONES | H (202) 388-0475  B ( ) |
| DATE OF BIRTH | 04/14/84 |
| DRIVER/PED Full Name | Roland A. Gibson |
| SEX | 01 |
| Belt | 01 |
| Ejct | 00 |
| DRIVER/PED Address | 6021 Clay Street NE, Washington, DC |
| INJURED TAKEN To | G. W. University Hospital |
| INJURED TAKEN By | D.C. Ambulance |
| Inj. | 02 |

**UNIT # 00** — (no data)

### PASSENGER DATA

(no entries)

### WITNESS DATA

(no entries)

### CONTRIBUTING CIRCUMSTANCES - see back of coding guide (overlay)

(blank)

D-US-00003

| 0 3 8 0 5 0 (Case No.) | | | | | | |
|---|---|---|---|---|---|---|
| Unit # | Violation Charged | Disposition | Violation Charged | Disposition | Violation Charged | Disposition |
| 03 | None | | | | | |
| Unit # | Violation Charged | Disposition | Violation Charged | Disposition | Violation Charged | Disposition |

USE AREA BELOW FOR DIAGRAM AND ANY NARRATIVE NEEDED TO EXPLAIN WHAT HAPPENED

NORTH (Enter arrow)

SEE TRAFFIC ACCIDENT DIAGRAM ATTACHED

DESCRIPTION OF ACCIDENT:

SEE DESCRIPTION ON PAGE #2

INSURANCE INFORMATION-UNIT# 03
Unknown

INSURANCE INFORMATION-UNIT# ___

PAGE 4 of 4 | Investigated by (ID #, Signature, and Date) Sgt Michael S. Wilson  #887  12-8-04

Approved by (ID #, Signature and Date) 939, LT CAOsten  12-9-04

D-US-00004

# DATA BEARING UPON SCOPE OF EMPLOYMENT OF MOTOR VEHICLE OPERATOR

This form is to be completed by the operator at the time and at the scene of the accident, insofar as possible, and attached to the completed Standard Form 91, Operator's Report of Motor Vehicle Accident. See the Privacy Act Statement below.

## SECTION I - OPERATOR DATA

**1. NAME:** HOUGHTON, DONALD C.

**2. TITLE AND JOB CLASSIFICATION:** Patrol Officer

**3. AGENCY NAME:** U.S. Park Police

**4. BEGINNING DATE OF DUTY:** 12-08-04

**ESTABLISHED WORKING HOURS:** FROM 0600 a.m. TO 1800 p.m.

**5. IMMEDIATE SUPERVISOR'S NAME:** Sgt. Michael S. Wilson

**6. SUPERVISOR'S TITLE:** Sergeant

## SECTION II - VEHICLE DATA

**7. VEHICLE OWNERSHIP:**
- [X] a. GOVERNMENT OWNED — Vehicle identification number: NCR #60812
- [ ] b. NOT GOVERNMENT OWNED

**8. IF ITEM 7b IS MARKED, IS TITLE OF VEHICLE REGISTERED IN OPERATOR'S NAME:** [ ] YES  [X] NO

If "No," give details as to how the vehicle is titled:
U.S. Government
Dept. of Interior/NPS
U.S. Park Police

**9. VEHICLE WAS ASSIGNED TO OPERATOR BY:**
- [ ] a. GSA MOTOR POOL
- [X] b. OTHER ACTIVITY — Name of activity that assigned vehicle: Sgt. Michael S. Wilson

**10. AUTHORITY FOR OPERATOR'S USE OF VEHICLE WAS GIVEN:** [ ] ORALLY  [X] IN WRITING

Give details:
NCR #60812 1994 Ford Crown Victoria
Written permission as assigned
home to work vehicle per General Orders

## SECTION III - DETAILS OF TRIP DURING WHICH ACCIDENT OCCURRED

**11. ORIGIN:** Patrol Beat Assignment

**12. DESTINATION:** Patrol of District One Assignments

**13. EXACT PURPOSE OF TRIP:** Responding as assisting officer for a stolen vehicle involved in an APO.

**14. TRIP BEGAN:** DATE 12-08-04  TIME 1445 p.m.

**15. ACCIDENT OCCURRED:** DATE 12-08-04  TIME 1521 p.m.

**16. AUTHORITY FOR THE TRIP WAS GIVEN TO THE OPERATOR:** [X] ORALLY  [ ] IN WRITING

**17. WAS THERE ANY DEVIATION FROM DIRECT ROUTE:** [X] NO  [ ] YES

**18. WAS THE TRIP MADE WITHIN ESTABLISHED WORKING HOURS:** [X] YES  [ ] NO

**19. DID THE OPERATOR, WHILE ENROUTE, ENGAGE IN ANY ACTIVITY OTHER THAN THAT FOR WHICH THE TRIP WAS AUTHORIZED:** [X] NO  [ ] YES

**20. GIVE FULL DETAILS OF THE AUTHORITY FOR, NATURE OF, AND CIRCUMSTANCES SURROUNDING THE TRIP, NOT COVERED ABOVE OR ON THE ACCOMPANYING SF 91** (continued on the reverse):

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information requested on this form is authorized by Title 40 U.S.C. Section 491. Disclosure of the information by a federal employee is mandatory, as it is the first step in the Government's investigation of a motor vehicle accident. The principle purposes for which the information is intended to be used are to provide necessary data for use by legal counsel in legal actions resulting from accidents and to provide accident information/statistics for use in analyzing accident causes and developing methods of reducing accidents. Routine use of the information may be by Federal, State or local governments or agencies, when relevant to civil, criminal, or regulatory investigations or prosecution.

The information contained herein is true and correct to the best of my knowledge and belief.

**OPERATOR:** Donald C. Houghton   **DATE:** 12-8-04

**OPERATOR'S SUPERVISOR:** Sgt. Michael S. Wilson   **DATE:** 12-8-04

OPTIONAL FORM 26 (REV. 11-76)

5026-103



FORM NO. 10-344
(Rev. 3-73)

U.S. DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
SUPPLEMENTARY CASE/INCIDENT RECORD

| ORGANIZATION (PARK) NAME | CASE/INCIDENT NUMBER |
|---|---|
| United States Park Police | 0 3 8 0 5 0 |

| LOCATION OF INCIDENT | DATE OF INCIDENT MO DA YR |
|---|---|
| 61st and Clay Street NE Washington D.C. | 1 2 0 8 0 4 |

**NATURE OF INCIDENT**

3 - Car MVA P/I Involving Force Vehicle (APO While Armed)

| COMPLAINANT'S NAME | COMPLAINANT'S ADDRESS |
|---|---|
| Sgt. Michael S. Wilson #887 | USPP/D-1 |

**RESULTS OF INVESTIGATION**

Office Involved: Donald C. Houghton #037

Force Vehicle Involved: NCR #60812 1994 Ford Crown Victoria

Weather Conditions: Clear

Road Conditions: Dry

On Wednesday 12/8/04, while assigned as Car #102, I monitored a lookout broadcast from USPP Communications reference a stolen black Jeep involved in an APO with Laurel Police bearing D.C. registration (BJ1387) traveling South on the Baltimore Washington Parkway. I continued to monitor the transmissions from District Four officers and the USPP dispatcher. The officers ultimately lost sight of the vehicle as it continued to travel South on the B/W Parkway.

Within a minute USPP Officers reported that they had located the vehicle traveling South on I-295 at Pennsylvania Avenue. USPP Officers maneuvered behind the suspect vehicle as it approached I-295 and South Capitol Street. In the event the vehicle was to travel towards the downtown area myself and Officer Houghton responded towards the area from the Central District station in separate vehicles. I continued to monitor the pursuit by USPP and Metropolitan officers. The USPP units involved broadcast that the suspect vehicle had struck a Metropolitan police cruiser during the pursuit.

At approximately 1521 hours I monitored a "Code 60 Shots Fired" transmission over the Force radio from a USPP officer in the area of 60th street and Clay street NE. I next heard the radio broadcast from Officer Houghton that his vehicle had been struck by a Metropolitan police vehicle at the intersection of 61st and Clay street NE. Officer Houghton continued his transmission with a request for medical assistance from an ambulance.

Investigation revealed the following:

Officer Houghton was operating NCR #60812 (1994 Ford Crown Victoria) during the pursuit by the USPP and Metropolitan units. Officer Houghton was monitoring the pursuit as it passed several locations within NE. Officer Houghton was traveling West on Clay street approaching 61st street when he heard the Code 60 Shots Fired transmission from the USPP Officer on the scene in the area of 60th street and Clay street NE.

| SUBMITTED BY (SIGNATURE AND DATE) | APPROVED BY (SIGNATURE AND DATE) |
|---|---|
| Sgt. Michael S. Wilson #887  12/8/04 | LT CA Oxton 939  12-9-04 |

D-US-00007

FORM NO. 10-344
(Rev. 3-73)

U.S. DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
SUPPLEMENTARY CASE/INCIDENT RECORD

| ORGANIZATION (PARK) NAME | CASE/INCIDENT NUMBER |
|---|---|
| United States Park Police | 0 3 8 0 5 0 |

| LOCATION OF INCIDENT | DATE OF INCIDENT MO DA YR |
|---|---|
| 61st and Clay Street NE Washington D.C. | 1 2 0 8 0 4 |

NATURE OF INCIDENT

3 - Car MVA P/I Involving Force Vehicle (APO While Armed)

| COMPLAINANT'S NAME | COMPLAINANT'S ADDRESS |
|---|---|
| Sgt. Michael S. Wilson #887 | USPP/D-1 |

RESULTS OF INVESTIGATION

Continuation:

Officer Houghton proceeded West, with his emergency lights and siren activated, on Clay street towards the scene (area of 60th & Clay street) where the officer reported shots had been fired. As Officer Houghton approached the intersection of Clay street and 61st street he observed a gray vehicle (1992 Chevrolet Caprice bearing Maryland tags MXE-337) traveling South on 61st street approaching Clay. Officer Houghton braked prior to the intersection and next observed that the gray Chevrolet had come to a stop prior to the intersection. After he observed the gray Chevrolet stopping, Officer Houghton started forward entering the intersection. At the same time, Metropolitan Police cruiser #641 was traveling North on 61st street approaching Clay Street. Metropolitan police cruiser #641 was also responding with emergency lights and siren activated to the report of shots fired in the area of 60th and Clay street. Officer Houghton and Metropolitan police cruiser #641 entered the intersection simultaneously. Officer Houghton turned right in an attempt to avoid striking the Metropolitan cruiser. The left passenger side of Officer Houghton's cruiser was struck by the front end of Metropolitan police cruiser #641. Officer Houghton's cruiser was pushed into the front end of the gray Chevrolet which had come to a stop on 61st street. As a result of the collision, Metropolitan police cruiser #641 came to a stop facing South in the intersection. The rear end of Metropolitan police cruiser #641 struck the front end of the gray Chevrolet locking the vehicles together. Officer Houghton's vehicle came to a stop upon the steps/sidewalk/grass area in front of 6020 Clay street.

All three vehicles were disabled due to damage incurred from the collision. Officer Houghton's vehicle was towed to the Brentwood Auto Shop. A Metropolitan police tow truck removed cruiser #641 to their lot. The gray Chevrolet was removed from the intersection and secured at the scene per the request of the owner. Officer Houghton was transported to George Washington University Hospital where he received treatment for a laceration to his left arm and a contusion to his lower extremity (leg). The driver of the gray Chevrolet, Roland A. Gibson, was also transported to G.W. University Hospital where he was treated for an injury to his right hand and subsequently released. I met with MPD Sergeant H.T. W. Ragin at G.W. University Hospital. Sgt. Ragin had taken a written statement from Roland Gibson. I received a copy of the statement from Sgt. Ragin at approximately 1850 hours.

The following Metropolitan Police personnel were involved in the incident:

MPD Cruiser #641 Tag: D/C 3780
MPD Case #167 884 MPD Sgt. F.L. Wade (S-456) MPD 6-D

| SUBMITTED BY (SIGNATURE AND DATE) | APPROVED BY (SIGNATURE AND DATE) |
|---|---|
| Sgt. Michael S. Wilson  #887  12-8-04 | LT Cooten  939, 12-9-04 |

D-US-00008

FORM NO. 10-344
(Rev. 3-73)

U.S. DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
SUPPLEMENTARY CASE/INCIDENT RECORD

| ORGANIZATION (PARK) NAME | CASE/INCIDENT NUMBER |
|---|---|
| U.S. Park Police | 0 3 8 0 5 0 |
| LOCATION OF INCIDENT | DATE OF INCIDENT  MO DA YR |
| 61st St and Clay St NE | 1 2 0 8 0 4 |
| NATURE OF INCIDENT | |
| 10-50 PI Involving APO While Armed | |
| COMPLAINANT'S NAME | COMPLAINANT'S ADDRESS |

**RESULTS OF INVESTIGATION**

On 12/8/04, at approximately 1445 hours, USPP Communications broadcast a lookout for a stolen Black Jeep involved in an APO traveling S/B on the B/W Parkway. I monitored the Force Radio and it was broadcasted that officers had lost sight of the vehicle. Shortly after that broadcast, officers broadcast that they were behind the vehicle in the area of S.Capitol St and I-295 southbound near the D1 area. Operating as Car 140, I had just finished processing a prisoner at D1. Believing the vehicle may enter the downtown D1 area, I left the station with Car 102 and responded to the area in separate vehicles. I was operating a 1994 Ford Crown Victoria unmarked with lights and sirens (blue in color, NCR 60812).

While monitoring updates from the Force Radio on locations, it was broadcast that the stolen vehicle had rammed an MPD cruiser and had attempted to strike Park Police cruisers. As I listened to updates over the Radio, I was approx. 8 to 10 blocks away from the vehicle that was being pursued. At approx. 1520 hours, I heard an officer say that shots were fired over the Force Radio. At this time, I was approx. 2 blocks from the location of the shooting. I was traveling westbound Clay St and approached the intersection at 61st with lights and sirens activated. I observed a gray vehicle coming south on 61St that had stopped and pulled to the right as I began to brake for the intersection. As I saw the vehicle stopping, I let off the brake and observed a marked MPD cruiser entering the intersection from the south as I entered from the west. I began braking and tried to turn in an attempt to avoid the MPD cruiser. I felt the impact on the driver's side door and my vehicle ended up in a yard just west of the intersection. I was pulled out of the driver's side window by an unidentified MPD officer as I attempted to get out. I advised over Force Radio of the 10-50 and requested an ambulance.

| SUBMITTED BY (SIGNATURE AND DATE) | APPROVED BY (SIGNATURE AND DATE) |
|---|---|
| D.C. Houghton  #37  12/8/04 | Sgt Michael S Weber #887 12-8-04 |

D-US-00009