# Exhibit 3

Case 1:06-cv-00551-JMF   Document 34-5   Filed 05/25/2007   Page 1 of 3

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF COLUMBIA
 3
 4  - - - - - - - - - - - - - x
 5  ROLAND GIBSON, et al.       :
 6        Plaintiffs,           :
 7  v.                          : Civil Action No: 06-0551
 8  DISTRICT OF COLUMBIA, et al :
 9        Defendants.           :
10  - - - - - - - - - - - - - x
11                    Washington, D.C.
12                    Thursday, January 25, 2007
13
14
15
16  Whereupon,
17                  MARVIN WATKINS
18  the witness, called for examination by Counsel for the
19  Defendants, pursuant to notice and agreement of counsel as to
20  time and place, at 501 3rd Street, NW, Washington, D.C., where
21  were present on behalf of the parties:
```

Page 2

```
 1  APPEARANCES:
 2        On Behalf of the United States:
 3        MICHELLE JOHNSON
 4        501 3rd Street, NW
 5        Washington, DC
 6        202-XXX-XXXX
 7
 8        On Behalf of the District of Columbia:
 9        JAMES H. VRICOS, Esquire
10        Office of the Attorney General
11        Civil Litigation Division
12        441 4th Street, NW
13        Sixth Floor South
14        Washington, DC 20001
15        202-724-6600
16
17        On Behalf of the Plaintiffs:
18        JOEL DuBOFF, Esquire
19        8401 Colesville Road
20        Suite 501
21        Silver Spring, Maryland 20910
```

Page 3

```
 1  Also present:
 2        PERRI S. ROTHEMICH, Esquire
 3        U.S. Department of the Interior
 4        Office of the Solicitor
 5        1849 C Street, NW
 6        Washington, DC 20240
 7
 8        PETER A. GENTILE
 9        Investigator-Claims Specialist
10        National Park Service
11        National Capitol Region
12        United States Park Police
13        1100 Ohio Drive, SW
14        Washington, DC 20024
15
16        PETER SMITH, Esquire
```

Page 4

```
                    I N D E X
 WITNESS:              EXAMINATION:              PAGE:
 Marvin Watkins        Ms. Johnson - Direct        5
                       Mr. DuBoff - Cross        158
                       Ms. Johnson - Redirect    167
                       Mr. Vricos - Cross        169
                       Ms. Johnson - Redirect    172

                    E X H I B I T S
 EXHIBIT NO.:          DESCRIPTION:              PAGE:
   1            First Set of Interrogatories       38
   2            General Orders                     42
   3            MPD Report of Damage To or Loss    87
   4            Photograph                         97
   5            Photograph                        100
   6            DC Vehicle Accident Report        172
```

## Page 21

1  it's a very busy district.
2  Q  Okay. So do you remember what you did after work on
3  December 7th?
4  A  No, ma'am.
5  Q  No idea?
6  A  No. That was two years ago, ma'am.
7  Q  I know. Well, some of us, if you're boring like me
8  you have a routine, so I go home and make dinner and then
9  probably work another two hours, and I could say I probably
10 did that two years ago. So there was nothing -- there's
11 nothing you can recall that you might have done as a matter of
12 routine on December 7th?
13     MR. VRICOS: I'm going to object. You're asking him
14 to speculate. I don't --
15     BY MS. JOHNSON:
16 Q  I'm asking what you recall, what you recall.
17 A  No.
18 Q  Okay. Do you know what time you went to bed on
19 December 7th?
20 A  No.
21 Q  You have to get up pretty early to get to work by 7
22 a.m. Well, you used to have to get to work by 7 a.m. Is that
23 correct?
24 A  Affirm, yes, ma'am.
25 Q  So what time did you normally have to leave your

## Page 22

1  house to get to work?
2  A  Probably about 5.
3  Q  It takes you two hours to get -- it used to take you
4  two hours to get to work?
5  A  Dealing with my children and day care and things
6  like that.
7  Q  Okay. So you arrived at work on December 8th, 2004
8  at 7 a.m.?
9  A  Yes, ma'am.
10 Q  And what typically happened when you arrived to work
11 when you were on the 7 a.m. to 3:30 p.m. tour of duty? Can
12 you kind of walk me through what your normal day was like?
13 A  Go to roll call and you get your assignment, the
14 individual that you'll be riding with. Once you take your
15 assignment you log on with the dispatcher and the dispatcher
16 will give you runs for services that come onto her screen,
17 whether they're priority or not. Basically you just, you take
18 calls from the dispatcher and you assist other units. It
19 could be traffic stops and a unit needs backup. It just
20 depends on a day-to-day basis.
21 Q  Now on the day of December 8, 2004, do you remember
22 who you were assigned to ride with?
23 A  The training officer. It was Officer Gary Gulich.
24 Q  And I'm sorry. You said you he was a training
25 officer?

## Page 23

1  A  He was a officer -- yes, ma'am. He was the officer
2  that was training me that I was assigned. When you, when you
3  come out -- when you're still in the -- when you come out of
4  the academy you're assigned to a training officer, someone
5  that has the -- that will train you on, you know, teach you
6  about the streets and cause you to learn your area real fast,
7  assist you to take reports.
8  Q  Okay. Since the time you had ended the academy,
9  which was about October 2004, had you been riding with Officer
10 Gary Gulich on every day that you reported to work between
11 October and December?
12 A  Not every day but 85 to 90 percent of the time.
13 Q  And you say that when you typically would go to work
14 you would get your assignment. Is that assigning you an area
15 that you're on -- that you're going to be touring for the day?
16 A  Either that or within your patrol area. You have
17 certain vehicles, certain call signs which you either --
18 number 1 car, the number 2 car or you -- other assignments
19 within your PSA.
20 Q  PSA, tell me what means again.
21 A  Patrol service area.
22 Q  Yeah, I'm really bad with acronyms. PSA, all right.
23 Okay. And so what was Officer Gulich's role when he's riding
24 in the vehicle with you?
25 A  He's a veteran officer and basically I was his

## Page 24

1  responsibility, to make sure that I was trained. The most
2  important thing in being a police officer is knowing where you
3  are at all times, so making sure that the reports are done
4  right, you follow all departmental guidelines because he's a
5  veteran with some time on. That, that's a trust thing.
6  Q  Uh-huh.
7  A  He was just -- I was his responsibility. It was his
8  responsibility to make sure that I followed all guidelines.
9  Q  Do you know if he had in the car these General
10 Orders that you referred to earlier?
11 A  I don't know, ma'am.
12 Q  Did you have your own General Orders in the car that
13 you say you sometimes keep certain ones with you in your, in
14 your vehicle?
15 A  I don't remember what I had at that particular time.
16 I don't know.
17 Q  Now you said that you, when you're assigned to a, to
18 an area, you can be like the number 1 or the number 2 vehicle?
19 A  Yes, ma'am.
20 Q  What's the difference between the number 1 and
21 number 2 vehicles?
22 A  Okay. If you're in PSA 604, patrol service area
23 604, you can be 604-1, means you're the number 1 car, the
24 primary car, and then 604-2 is the secondary car, 604-3, as it
25 goes down the line.