# Exhibit 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------x
ROLAN GIBSON et al.,            :
                                :
         Plaintiffs,            :
                                :
                                :
    v.                          : No. 1:06CV00551
                                :
UNITED STATES                   :
OF AMERICA et al.,              :
                                :
         Defendants.            :
------------------------x

                              Washington, D.C.

                              Wednesday, March 7, 2007

Telephonic deposition of

         JOHN HAWKINS JR.

a witness, called for examination by counsel for

Defendant United States of America pursuant to

notice and agreement of counsel, beginning at

approximately 12:58 p.m. at Beta Court Reporting,

1140 Connecticut Avenue, NW, Washington, D.C.,

before Jonathan Zilinski of Beta Court Reporting,

notary public in and for the District of Columbia,

when were present on behalf of the respective

parties:

6

1  Have you been a plaintiff in a lawsuit, aside
2  from this one?
3      A   No, ma'am.
4      Q   Have you ever been a defendant in a
5  lawsuit?
6      A   No, ma'am.
7      Q   Have you ever given testimony
8  before a court?
9      A   No, ma'am.
10     Q   What did you do to prepare for
11 today's deposition?
12     A   Talked to my lawyer.
13     Q   How long did that talk last?
14     A   I think about an hour or two.
15     Q   Was it just on one day?
16     A   It would have been more than one
17 day.
18     Q   Do you know approximately how long
19 it lasted?  How many days?
20     A   (inaudible) about maybe three days
21 (inaudible).
22     Q   And did you review any documents?

7

1      REPORTER: What was that? I didn't
2  hear that.
3      THE WITNESS: Maybe three days, if
4  that.
5      BY MS. JOHNSON:
6      Q   Since I talk louder, I'll push it a
7  little bit more towards you.  Did you review
8  any documents at that time when you were
9  preparing for your deposition?
10     A   Yes.
11     Q   What documents did you review?
12     A   It was basically my -- I mean,
13 different things, like the days that I was
14 off and how much I was making at the time,
15 the days I had to take off, and that was
16 basically it, the medicine I was taking and
17 stuff, things of that nature.
18     Q   Now, what is the document that your
19 lawyer just handed to you?
20     A   Oh, this is basically saying how
21 much I made at the time that this accident
22 occurred, the days I had to take off, and how

8

1  long I was off.
2      Q   Had you provided that document to
3  your lawyer prior to today?
4      A   Yes.
5      MS. JOHNSON: Joel, we never
6  received a copy of that, so if you'd please
7  produce it.
8      MR. DuBOFF: I'll make a copy today
9  and provide it to you.
10     MS. JOHNSON: Thank you.
11     BY MS. JOHNSON:
12     Q   Did you talk to anyone else aside
13 from your attorney regarding your testimony
14 today?
15     A   No.
16     Q   Have you had any conversations,
17 other than with your attorney, regarding the
18 accident that occurred?
19     A   No.
20     Q   Did you talk to Mr. Gibson about
21 the accident?
22     A   No.

9

1      Q   Do you have any documents, aside
2  from the document I just saw, related to this
3  lawsuit?
4      A   No.
5      Q   As we were talking about with
6  Mr. Gibson, I want you to walk me through
7  what you recall from the date of the accident
8  that occurred on December 8, 2004.  You were
9  sitting in the vehicle with Mr. Gibson on
10 that day?
11     A   Yes, ma'am.
12     Q   At approximately 3:30?
13     A   Yes, ma'am.
14     Q   What do you recall seeing when you
15 came to the intersection of 61st and Clay
16 Street?
17     A   Well, there was a lot of unmarked
18 vehicles riding west, east, north, and south.
19 A few of them had their sirens on, a few of
20 them didn't.  They was running at great
21 speed.
22     Q   Now, is it fair to say that before

Page 10

1  you came to the crosswalk at Clay and 61st
2  Street, you saw these vehicles?
3      A   Correct.
4      Q   And so you came to a stop before
5  seeing them or after seeing them?
6      A   After seeing them.
7      Q   Could you hear them before the time
8  that you came to the intersection, before the
9  vehicle you were in stopped?
10     A   No, I actually heard the helicopter
11 first.
12     Q   Did you look up and visually see a
13 helicopter?
14     A   Yes.
15     Q   And this is before you came to the
16 stop at the crosswalk of 61st and Clay?
17     A   Right.
18     Q   And so after seeing a lot of
19 unmarked vehicles going in all different
20 directions, what happened next?
21     A   Well, we stopped and I just
22 basically looked around to see what was going

Page 11

1  on because I didn't see any cars. I didn't
2  know what was going on. But a little bit
3  after that, I did see a Jeep, I'm not sure of
4  the color, come out of -- off of Bank Street,
5  make a right off of Bank Street, and make a
6  right -- I mean, left into the alley. The
7  next think I knew there were shots.
8      Q   Do you know from what direction the
9  shots you heard were coming from?
10     A   To my right.
11     Q   What did you see after you saw the
12 Jeep?
13     A   What did I see? Police cars,
14 cruisers coming through the light -- I mean,
15 through the four-way intersection. That was
16 it.
17     Q   Did you see these police cars and
18 cruisers coming after you heard the shots?
19     A   Yes.
20     Q   Do you know if they were MPD,
21 Metropolitan Police Department, cruisers?
22     A   I'm not sure, it happened so fast.

Page 12

1      Q   So when you heard the shots, you
2  turned your head to the right?
3      A   I turned my head to the right and
4  that's when I heard the shots, trying to see
5  what was going on, make sure trying to take
6  cover, and I was a little scared myself. I
7  didn't know what was going on.
8      Q   Did you see anything when you
9  turned to the right?
10     A   Actually, I did see the Jeep jump
11 over top of a hill back onto Clay Street.
12 I'm not sure who was following, the P.P. or
13 the D.C. Police officers, but I know he did
14 have his gun drawn.
15     Q   There was a police officer outside
16 of his vehicle?
17     A   Yes, and I know he did have his gun
18 drawn.
19     Q   Did you see where his car was
20 (inaudible)?
21     A   I don't know.
22     Q   Was it at the same intersection

Page 13

1  where you were sitting?
2      A   No, ma'am.
3      Q   Was it to your right or your left?
4      A   My right.
5      Q   And after you turned to the right,
6  at some point you turned back to face the
7  intersection where you were sitting.
8      A   Right.
9      Q   Did you see any vehicles entering
10 that intersection?
11     A   No.
12     Q   What's the next thing you saw?
13     A   The next thing I saw was being
14 wrapped around a pole, and trying to pull my
15 buddy out of the car because I didn't know if
16 he was okay or not.
17     Q   Before the crash hit, you did you
18 see them?
19     A   No.
20     Q   Did you know if it was one or two
21 cars that hit you?
22     A   I'm not sure. I know it was bang,

18

1  A  No, I'm not sure. There were a lot
2  of unmarked cars.
3  Q  And the cars that impacted you, two
4  cars, do you recall whether either of them
5  had on their emergency lights?
6  A  No, I'm not sure.
7  Q  After you pulled Mr. Gibson out of
8  the car, what happened next? I'm sorry,
9  after you pulled him out of the car and a
10 gentleman came and asked how he was doing,
11 what happened after that?
12 A  I believe the ambulance assisted.
13 I mean, I believe they came over to him and
14 put him on a type of board where they
15 strapped him down and put something around
16 his neck and proceeded to take him to the
17 ambulance and to the hospital.
18 Q  And how were you feeling at that
19 time? Physically, how were you feeling?
20 A  I had an excruciating pain in my
21 head. I'm a little -- I'm scared, nervous,
22 didn't know what was going on, just worried

19

1  about my buddy. I didn't know if he was
2  going to make it. I didn't know what was
3  going on.
4  Q  Do you know how long it was in
5  terms of minutes or seconds or hours between
6  when you took your friend out of the car and
7  when the ambulance came and put him on a
8  stretcher?
9  A  I'm not sure.
10 Q  Did it seem like a really long
11 time?
12 A  I wouldn't say it seemed like it a
13 really long time, but I'm not sure how long
14 it took for them to get there.
15 Q  How soon after you took Mr. Gibson
16 out of the car, in terms of seconds or
17 minutes, approximately, did the person come
18 over and ask about how Mr. Gibson was doing?
19 A  I'm not sure of that either.
20 Q  Are you aware whether, after your
21 car was hit, there were more than two cars in
22 the intersection? Well, they weren't in the

20

1  intersection anymore, but whether or not you
2  could see any cars after your car was hit?
3  A  No. Again, I wasn't worried about
4  that. I was focused on my buddy, trying to
5  make sure he was okay, everything was okay.
6  Q  And aside from the person who was
7  either MPD or a Park Police officer, did any
8  civilians come over and ask you any
9  questions?
10 A  There was a few people in the
11 street at the time, but as far as anybody
12 coming over, I'm not sure.
13 Q  When you first pulled up to that
14 intersection of 61st and Clay, before you
15 came to the stop, did you notice that there
16 were people outside on the street?
17 A  (inaudible)
18 REPORTER: I didn't hear that.
19 Could you say your answer again?
20 MR. DuBOFF: "I'm not sure," I
21 think it was.
22 MS. JOHNSON: He said, "I'm not

21

1  sure; I couldn't say."
2  REPORTER: Thank you.
3  BY MS. JOHNSON:
4  Q  And after the ambulance came, what
5  happened next?
6  A  Well, he asked me if was I okay. I
7  told him my head was hurting real bad. And
8  he said --
9  MR. DuBOFF: Hold on. You got to
10 keep your voice up.
11 THE WITNESS: Okay. Well, he asked
12 me was I okay, and I told him that my head
13 was hurting real bad. And he said, well, you
14 want to take a ride along with us inside this
15 ambulance (inaudible) friend? You can get
16 checked, also. I said okay. And that was
17 about it.
18 BY MS. JOHNSON:
19 Q  Who asked you that, the ambulance
20 driver?
21 A  Yeah.
22 Q  And so you rode in the back of the

Page 22

1  ambulance with Mr. Gibson?
2  A  In the front.
3  Q  You rode in the front of the
4  ambulance?
5  A  Yes.
6  Q  Before the time that the ambulance
7  came, was Mr. Gibson able to speak to you at
8  all?
9  A  He wasn't really communicating with
10 me. I was trying to get him to speak, make
11 sure he was okay, but he wasn't really
12 talking back.
13 Q  And once you got in the ambulance,
14 you were riding in the front with the driver?
15 A  Right.
16 Q  So you weren't able to see
17 Mr. Gibson in the back of the ambulance?
18 A  I can hear, but I didn't see him.
19 Q  Did you hear anything?
20 A  I could hear them asking him to
21 stay awake, try not to fall asleep, are you
22 okay, things of that nature.

Page 23

1  Q  Did you hear him responding at all?
2  A  No, ma'am.
3  Q  When your car was hit, you say you
4  hit a telephone pole?
5  A  Right.
6  Q  Was the telephone pole on your
7  side, on the right side?
8  A  On the right-hand side.
9  Q  On the right-hand side. And did it
10 push Mr. Gibson's car into the telephone
11 pole, the collision?
12 A  Yes.
13 Q  So do you remember what part of
14 your car impacted with the telephone pole?
15 Was it the front or the middle?
16 A  I believe it was the fender, the
17 front.
18 Q  The front?
19 A  Yes.
20 Q  So your door, the passenger's side
21 door, was not impacted against the telephone
22 pole?

Page 24

1  A  No.
2  Q  Did either of the cars hit on your
3  side?
4  A  No.
5  Q  It was all on the driver's side?
6  The impact happened on the left-hand side?
7  A  I believe so.
8  Q  Because to your right, was there a
9  street?
10 A  Yes.
11 Q  Okay. And you were able to get out
12 of Mr. Gibson's vehicle?
13 A  Right.
14 Q  Without any problem with the door
15 or anything?
16 A  Right.
17 Q  And so you went to the hospital.
18 Prior to going to the hospital, did you make
19 any statements to any officers?
20 A  It was so long ago I don't even
21 remember.
22 Q  Do you remember any officer from

Page 25

1  the MPD coming to your car before you exited
2  the car and asking questions?
3  A  Oh, no. No.
4  Q  You're sure of that?
5  A  I'm sure of that.
6  Q  And you don't remember an MPD
7  officer coming while you were waiting for the
8  ambulance, aside from the person we're not
9  sure about who asked about Mr. Gibson?
10 A  Right.
11 Q  Do you recall any other officer
12 coming to take a statement from you?
13 A  Right then, no.
14 Q  And so when you got to the
15 hospital, how were you feeling?
16 A  My head was still throbbing, like
17 everything was moving kind of fast. And it
18 was like, as I said, I was afraid and scared
19 because I didn't know what was going on with
20 me or with my partner.
21 Q  Prior to getting into the
22 ambulance, did you see how many cars,

Page 50

1  A  No, ma'am.
2  Q  So do you know why in the response
3  to the interrogatories you indicated that you
4  were a Laborer 2 earning $15 an hour?
5  A  I'm sorry, say that one more time.
6  Q  Sure. Can you explain why in your
7  response to the interrogatories you indicated
8  you were a Laborer 2 earning $15 an hour?
9  A  No, ma'am.
10  Q  Looking at Exhibit No. 3 again,
11  which is the letter that your lawyer has
12  provided to me today, well, you can review it
13  if you need to again.
14      Do you need to read it again?
15  A  No, you can go ahead.
16  Q  For No. 5, where it says, "Dates
17  active due to accident," it indicates that
18  you missed work on December 8, 2004.
19  A  Right.
20  Q  Were you scheduled to work that
21  day?
22  A  Yes.

Page 51

1  Q  What time would you have reported
2  to work?
3  A  What time do I normally report to
4  work?
5  Q  Yes.
6  A  7:30.
7  Q  7:30 p.m. or a.m.?
8  A  That's a.m.
9  Q  And the time of the accident was in
10  the afternoon; correct?
11  A  Yes.
12  Q  So why is it that -- you had you
13  reported to work that day?
14  A  No, ma'am.
15  Q  Why is it that you had not reported
16  to work that day?
17  A  It might have been one of my
18  vacation times.
19  Q  So you may have been on vacation on
20  December 8, 2004?
21  A  Yes, ma'am.
22  Q  But you're not sure?

Page 52

1  A  I'm not sure.
2  Q  And Kimberly Summers, the personnel
3  analyst, do you know if she's -- well, let me
4  ask you this first. Are you still employed
5  with P.G. County's government?
6  A  Yes, ma'am.
7  Q  And where are you working now?
8  A  Well, I run a Jet-Vac right now.
9  Q  You run a Jet-Vac?
10  A  Jet-Vac.
11  Q  What is a Jet-Vac?
12  A  What does it do?
13  Q  Yes.
14  A  Lays basically sewer lines
15  (inaudible) do it.
16  Q  Is it manual work?
17  A  Yes.
18  Q  You're operating a machine?
19  A  Yes.
20  Q  And it's still with the Department
21  of Public Works and Transportation?
22  A  Yes.

Page 53

1  Q  Yes. Do you know if Kimberly
2  Summers is still a personnel analyst there?
3  A  No, ma'am, I'm not sure.
4  Q  What was your typical shift at that
5  time when you were working in 2004 at P.G.
6  County Government? Like what were your
7  typical hours Monday through Friday?
8  A  Usually 7:30 to 4:00.
9  Q  And you said sometimes you had to
10  work on Saturdays. What were the hours you
11  had to work on Saturdays?
12  A  Saturdays is usually 10 hours, so
13  it was like 7:30 -- or 7:00 to 5:00.
14  Q  How frequently did you have to work
15  on Saturdays? For example --
16  A  Only when something needs to be
17  done.
18  Q  And out of a given month, how many
19  Saturdays might you work as an example?
20  A  Now not too many, but then --
21  Q  Back then.
22  A  Then, I was -- every Saturday.

Page 54

1  Q  Almost every Saturday?
2  A  Every Saturday.
3  Q  And as a result of the accident,
4  and I can count these -- but do you recall
5  how long you were out of work after the
6  accident?
7  A  No, ma'am.
8  Q  Why is it that you did not -- well,
9  let me ask you this: did your doctor tell you
10 that you could not report to work?
11 A  I believe he might have gave me,
12 like, a day off.
13 Q  Looking at Exhibit 3, it appears
14 you were off for several days, some in 2004
15 and some in 2005.
16    Were these days that you took off
17 as a result of the accident?
18 A  Yes.
19 Q  What were the causes?
20 A  Doctor's appointments.
21 Q  Doctor's appointments?
22 A  Yes.

Page 55

1  Q  How long did those doctor's
2  appointments last, roughly?
3  A  I couldn't say.
4  Q  Did they last all day?
5  A  Oh, you're asking how long did it
6  last when I got there?
7  Q  Yes, like in terms of how long it
8  took you to actually see the doctor once you
9  went to see them.
10 A  You mean average treatment?
11 Q  Duration of treatment.
12 A  About an hour and a half.
13 Q  Were you still having headaches at
14 the end of 2004, in December 2004, after the
15 accident?
16 A  You said was I still having
17 headaches?
18 Q  Yes.
19 A  Off and on.
20 Q  What about in 2005?
21 A  I believe I don't know (inaudible)
22 so far back.

Page 56

1  Q  Did there come a time -- well, let
2  me ask you this first.  Were you still taking
3  pills that your doctor prescribed during the
4  end of 2004?
5  A  Yes.
6  Q  What about 2005?
7  A  Well, they rolled over to 2005.
8  Q  Do you recall approximately when
9  you stopped taking pills?
10 A  No, ma'am.
11 Q  Are you still taking pills now?
12 A  No, ma'am.
13 Q  Do you know if it was a year ago
14 that you stopped taking pills, more than a
15 year ago?
16 A  I couldn't tell you.
17 Q  And the doctor that you were
18 seeing -- well, mentioned in Exhibit 3, was
19 that the same doctor?  Was the doctor at
20 Kaiser Permanente?
21 A  Yes.
22 Q  Did you see any other doctors

Page 57

1  during this period after the accident?
2  A  Just the one that was at GW.
3  Q  Aside from the medical bills from
4  your doctors and the days that you missed at
5  work, are there any other losses you've
6  experienced as a result of this accident?
7  A  Can you repeat that one more time?
8  Q  Sure.  What other losses do you
9  have as a result of this accident, aside from
10 the medical bills that you've incurred and
11 the missed days that you had from work, the
12 days you had to miss off from work?
13 A  Traveling back and forth to the
14 doctor's and gas.
15 Q  How far is the doctor from where
16 you live?
17 A  Roughly say about maybe 25 minutes.
18 Q  And would you have to drive
19 yourself to your doctor's appointments
20 generally?
21 A  Yes.
22 Q  And this was in 2004/2005 that you

58

1  were having to drive to the doctor's office?
2  A  You said 2004?
3  Q  Yes.
4  A  Yes.
5  Q  What other losses?
6  A  That's about it.
7  Q  What kind of vehicle did you own at
8  the time you were driving back and forth to
9  the doctor's office?
10  A  I'm not sure what kind.
11  Q  Was it a Jeep?
12  A  Oh, no, no.
13  Q  You know, how (inaudible) that can
14  be --
15  A  I don't have someone (inaudible).
16  It might have been my Buick Roadmaster.
17  (inaudible), yeah.
18       MS. JOHNSON: Let's just take five
19  minutes, and I think I'm almost through.
20       (Recess)
21       MS. JOHNSON: I have no further
22  questions.

59

1       MR. VRICOS: None from the District
2  either.
3       MR. DuBOFF: We'll not waive, we'll
4  read.
5       (Whereupon, at approximately 1:50
6       p.m., the deposition of JOHN
7       HAWKINS JR., was adjourned.)
8          * * * * *
9
10
11
12
13
14
15
16
17
18
19
20
21
22