# Exhibit 9

Case 1:06-cv-00551-JMF   Document 34-11   Filed 05/25/2007   Page 1 of 4

SUBJECT: EMERGENCY OPERATION OF FORCE VEHICLES   NUMBER: 3701




**GENERAL ORDER**

.01 POLICY
.02 DEFINITION OF EMERGENCY VEHICLES
.03 VEHICLE OPERATION PROCEDURES
.04 RESPONSIBILITIES
.05 CONCLUSION

3701.01 POLICY

An officer shall use emergency vehicle operation procedures that are consistent with the safety and welfare of the public and other officers. In pursuit situations, an officer shall abide by the provisions of General Order 2205 "Pursuit."

3701.02 DEFINITION OF EMERGENCY VEHICLES

As used in this General Order, the term "emergency vehicle" shall apply to the following vehicles when their emergency warning devices are activated.

A. A Force vehicle equipped with emergency audible warning devices and either a permanently affixed emergency roof light or a portable emergency roof light affixed to the roof or the dashboard for maximum visibility

B. A Force motorcycle equipped with emergency audible warning devices and emergency lights

3701.03 VEHICLE OPERATION PROCEDURES

A. Expediting emergency vehicles shall be operated with the headlights on and all emergency warning devices activated. This applies to both daytime and nighttime operation. Note: Emergency audible warning devices may be silenced momentarily during radio transmission or as circumstances (e.g., crimes in progress) dictate when safe operation of the emergency vehicle can be maintained.

3/15/88

Page 1 of 3
3701

    B. Examples of situations that require emergency responses include, but are not limited to:

        1. Officer-in-trouble

        2. Robbery-in-progress

        3. Auto accident with personal injury

        4. Burglary-in-progress

    C. Federal and State laws permit a police officer engaged in a vehicle pursuit to disregard traffic laws; however, these laws do not protect officers from the consequences of their reckless disregard for the safety of others. All officers are responsible for their actions and are charged with a duty and responsibility to drive with due regard for the safety of others.

    D. A unit carrying civilians or prisoners shall not be operated as an emergency vehicle unless the officer receives authorization from an immediate supervisor.

    E. Expediting emergency vehicles shall be operated with the driver's window down (excluding motorcycles).

    F. When approaching a controlled intersection, an officer operating an emergency vehicle shall <u>stop</u> or <u>reduce speed</u>, as circumstances dictate, <u>before entering the intersection</u> and then proceed <u>through with caution</u>. An officer should bear in mind that the use of emergency warning devices <u>does not</u> guarantee the right-of-way.

3701.04   **RESPONSIBILITIES**

    A. An officer shall have his/her seat belt fastened while operating Force vehicles, and, when expediting, the vehicle shall be operated in a reasonable and prudent manner consistent with existing weather, road, and traffic conditions.

    B. An officer who responds to an emergency situation shall advise the dispatcher if he/she is expediting, and the location from which expediting.

        C.    The responsibility for countermanding the response is with the expediting officer's immediate supervisor; however, if that supervisor is out-of-service, the Shift/Field Commander (or the Communications supervisor if the Shift/Field Commander is out-of-service) shall take the responsibility.

3701.05    **CONCLUSION**

Expediting situations pose a potential threat to the welfare of the public and the officer, and place maximum stress on an officer's judgment. <u>Each situation should be constantly evaluated by the officer involved and any supervisor responsible for countermanding the response, to determine whether the seriousness of a violation or assignment reasonably warrants operating a Force vehicle in an emergency status.</u>