IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLAND GIBSON, et al.,** | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-0551 (JMF) |
| **THE UNITED STATES OF AMERICA,** et al., | ) |
| Defendants. | ) |

**ORDER**

This matter having come before the Court on Defendant, the United States of America's, Motion for Summary Judgment, it is hereby

**ORDERED** that the United States' Motion for Summary Judgment is **GRANTED**. And it is further

**ORDERED** that plaintiffs' complaint is dismissed with prejudice. And it is further

**ORDERED** that the District of Columbia's cross-claims are dismissed with prejudice.

**SO ORDERED** on this _____ day of _____, 2007.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE