# Exhibit A

51

1       Q       Okay.  And so then what happens?

2       A       I entered the intersection.  There's a -- we had a -

3  - actually there was Park Police there --

4       Q       And that, you know, that's the important part of

5  today so --

6       A       Right.

7       Q       -- I would like to go --

8               MS. JOHNSON:  Guys, excuse me.

9               UNIDENTIFIED SPEAKER:  Sorry.

10              MS. JOHNSON:  Could you guys keep it down a little?

11  Thank you.

12              BY MS. JOHNSON:

13      Q       So you came to a complete stop at 61st Street at

14  that stop sign?

15      A       Yes, ma'am.

16      Q       And where were you intending to go next?

17      A       I was intending to go to the left.

18      Q       Why were you making a left?

19      A       Because that's -- I don't remember -- what I do

20  remember, that's where I believe the Park Police had the bail

21  out and when we were on 61st Street, before we got to the stop

22  sign, they had a bail out and I do remember there was a

23  transmission across the radio, shots fired, so it was, it was

24  time to go.

25      Q       Time to go, what does that mean?

52

1       A       Where we need to help at.

2       Q       Need to help out?

3       A       Yes, ma'am.

4       Q       Did your dispatcher tell you that?

5       A       It was broadcast across the radio.

6       Q       Okay.  And do you remember what the broadcast said?

7       A       Not exactly word for word, no.

8       Q       Do you remember what the general gist of the

9    broadcast was?

10      A       Shots fired.

11      Q       And that was it?  That's all that you remember?

12      A       Yes, ma'am.

13      Q       Okay.  And so shots fired, is that like an emergency

14   situation?

15      A       Yes, ma'am, because -- not, I'm not saying that -- I

16   have to say this carefully.  I'm not saying that people that

17   are not in uniform don't matter but you have officers out

18   there now.

19      Q       Yeah.

20      A       It's time to assist.  Even with civilians, you have

21   to assist.  You don't want anybody dying but we had to get out

22   there.

23      Q       Yeah.  So you really needed to get out there.  Were

24   you still observing the speed limit at that time when the

25   shots fired was made?

80

1    Q    How did you know to make a left on Clay Street?

2    A    That's the best of my knowledge.  You're talking

3  about over two years ago.  But at that time, that's -- I don't

4  remember where they were, ma'am.  Not now.

5    Q    Okay.  But the -- I mean, you would have been -- you

6  were still assisting Park police at the time you were making

7  that left turn --

8    A    Yes, ma'am.

9    Q    -- on Clay Street?  Okay.  You still had your

10 emergency lights and siren activated?

11   A    Yes, ma'am.

12   Q    Okay.  And so, after you left the hospital, do you

13 remember where you went next?  Did you go back to the scene?

14   A    No, ma'am, no.

15   Q    Did you go to the Sixth District precinct?

16   A    I don't recall where I went, ma'am.  I don't know.

17   Q    Okay.  And there came a time after this accident

18 occurred when you completed an accident report?

19   A    Yes, ma'am.

20   Q    Do you remember when you completed that report?

21   A    I didn't, I didn't do the report, ma'am.

22   Q    You didn't?

23   A    No.

24   Q    Did you sign the report?

25   A    I can't sign if it I didn't do it.

1  communication whether or not Sergeant Wade said that MPD units

2  should monitor only?

3      A    She said both, ma'am, to monitor, monitor the chase,

4  assist the units where the vehicle was going.

5      Q    Okay.  And just to be clear, assist would be to --

6  how would you assist in the chase -- in the Park Police

7  pursuit?

8          MR. VRICOS:  I'm going to renew my objection to that

9  and I understand the point that you're trying to get at, but

10 he's testified repeatedly that he did not assist in a pursuit.

11

12         MS. JOHNSON:  Okay.

13         MR. VRICOS:  Okay.

14         BY MS. JOHNSON:

15     Q    You were assisting Park Police, correct?

16     A    That's correct.

17     Q    What were Park Police involved in?

18     A    They were involved in a possible APO, which is an

19 assault on a police officer, and there was a vehicular

20 pursuit.

21     Q    Now, since you've now listened to that dispatch

22 tape, do you recall there being any announcement that the

23 suspects in the black Jeep were armed?

24     A    I didn't hear that on the tape.

25     Q    Okay.  So if in fact that was not a dispatched