# Exhibit B

PD 10 Rev. 7/86 Prescribing Directive G.O 401.3

# TRAFFIC ACCIDENT REPORT

Metropolitan Police Department, Washington, D. C.

1. Date of Accident: 12-8-04
2. Time (Use Military): 1530
3. Day of Week: Wednesday
4. Date of This Report: 12-8-04
5. Type of Accident (Check all that apply, except for property damage): 01 ☐ Fatality 02 ■ Injury 03 ■ Prop. Damage Only 04 ■ D.C. Property 07 ☐ Non-Collision 08 ☐ Hit and Run 09 ☐ Pedestrian
6. Complaint Number: 167884
7. Accident Occurred on (Street, Direction, Distance from Mile Post, Ramp): Intersection 61st Street NE and Clay St NE
8. District: 6D
9. P.S.A:
10. No. Vehicles Invol.: 3
11. No. Injured Persons: 4
12. No. of Occupants (Including Driver): Veh. 1 1  2 2  3 2  4 ___
13. Enter the no. of feet in whatever direction, from the nearest inter. or block, on freeway or exit ramp, access ramp or bridge. Circle the city quadrant. ___ Feet N S E W; NW SW NE SE
14. Is this a construction zone: ☐ Yes ■ No
15. On Street: 01 ■ At intersection 02 ☐ Within 100' of inter. 03 ☐ Not at intersection
16. Off Street: 01 ■ Public space 02 ☐ Private property
17. Report taken on scene?: ☐ Yes ☐ No
18. Photos taken: ☐ Yes ☐ No If yes, number

## STRIKING OBJECT

**1.** ■ Driver ☐ Pedestrian ☐ Fixed Object

19. Name of Driver/Pedestrian (Last, First, Middle): Houghton, Donald
20. Sex: ■ 01 M ☐ 02 F
21. Birthdate: Adult male
22. Address: 100 Ohio Drive SW Washington DC 20242 (District One)
23. Home Phone:
24. Permit Number and State:
25. Bus. Phone: 202-466-6710

**Owner**

26. Model: Crown Victoria
27. Make: Ford
28. Year: 2004
29. Body: 4D
30. Color: Blue
31. Tag No. State/Year: US Gov I152098
32. Veh. ID No. (VIN): 2FALP71W5[illegible]X192653
33. Name of Owner: United States Government
34. Phone No.: 202-426-6710
35. Address:
37. Owner Notified?: ■ Yes ☐ No

**2.** ■ Driver ☐ Pedestrian ☐ Fixed Object

19. Name of Driver/Pedestrian: Watkins Marvin
20. Sex: ■ 01 M ☐ 02 F
21. Birthdate: Adult male
22. Address: [redacted]
23. Home Phone: [redacted]
24. Permit Number and State:
25. Bus. Phone: 202-727-4649

**Owner**

26. Model: Crown Victoria
27. Make: Ford
28. Year: 2004
29. Body: 4DR
30. Color: White Blue (ac)
31. Tag No. State/Year: DC-3790
32. Veh. ID No. (VIN): 2FAFP91W74X178339
33. Name of Owner: District Government
34. Phone No.:
35. Address: 2195 West Virginia Ave NE, Wash DC 2002
36. Owner Notified?: ■ Yes ☐ No

**3.** ■ Driver ☐ Pedestrian ☐ Fixed Object

19. Name of Driver/Pedestrian: Gibson, Roland A.
20. Sex: ■ 01 M ☐ 02 F
21. Birthdate: 4-14-84
22. Address: 6021 Clay Street NE, Washington, DC
23. Home Phone: 202-388-0475
24. Permit Number and State: 134014 - DC (Exp 4-14-09)
25. Bus. Phone:

**Owner**

26. Model: Cutlass Ciera
27. Make: Olds
28. Year: 92
29. Body: 4DR
30. Color: Gry
31. Tag No. State/Year: MD-MVB337 8/06
32. Veh. ID No. (VIN): 1G3BJ5376NR148817
33. Name of Owner: Riggin, Karl James
34. Phone No.:
35. Address: 2803 Oxon Park St Capitol Heights MD 20743
36. Owner Notified?: ☐ Yes ☐ No

**4.** ☐ Driver ☐ Pedestrian ☐ Fixed Object

19. Name of Driver/Pedestrian:
20. Sex: ☐ 01 M ☐ 02 F
21. Birthdate:
22. Address:
23. Home Phone:
24. Permit Number and State:
25. Bus. Phone:

**Owner**

26. Model: 27. Make: 28. Year: 29. Body: 30. Color: 31. Tag No. State/Year: 32. Veh. ID No. (VIN):
33. Name of Owner:
34. Phone No.:
35. Address:
36. Owner Notified?: ☐ Yes ☐ No

## Non-Involved Witnesses

37. Name / Address / Phone Number: Hawkins, John Jr., 9907 Sudan Pl, Upper Marlboro, MD 301-868-2891 (Passenger in V3)

## Codes

38. Seat Location Code: 01 02 03 / 04 05 06; 07 Station wagon rear; 08 Motorcycle/moped pass.; 09 Occupant - bus; 10 Pedestrian; 11 Bicycle rider; 12 Other: skateboard, tricycle, etc.

39. Injury Code: 00 Unknown; 01 Fatal; 02 Disabling; 03 Non-disabling; 04 None; 05 Complaint of pain but no visible injury

40. Seat Belt/Bag Code: 00 Use unknown; 01 Not installed; 02 Not fastened; 03 Fastened; 04 Air bag install...; 05 Belt/bag failed; 06 Air bag deployed; 07 Child restraint

41. Ejection Code (Thrown from veh.): 00 Unknown; 01 No; 02 Partial; 03 Total

## Persons Involved

42. Name/Address/Phone No. (Include all operators, passengers and pedestrians involved even if not injured)

| Name/Address/Phone No. | Age | Sex | Pass. in Veh. No. | Code 38 | Code 39 | Belt 40 | Bag 40 | Code 41 | Employed by D.C. Govt.? | Transported to Hospital? |
|---|---|---|---|---|---|---|---|---|---|---|
| Houghton, Donald, 100 Ohio Drive SW Washington, DC 202-426-6710 | | M | 01 | 01 | 05 | 00 | 00 | 01 | ☐ Yes ■ No | ■ Yes ☐ No |
| Watkins, Marvin, 100 42nd St NE, 202-727-4649 | | M | 02 | 01 | 05 | 00 | 06 | 01 | ■ Yes ☐ No | ■ Yes ☐ No |
| Gulich, Gary, 100 42nd St NE, 202-727-4649 | | M | 02 | 03 | 05 | 00 | 06 | 01 | ■ Yes ☐ No | ■ Yes ☐ No |
| Gibson, Roland, 6021 Clay Street NE, Washington, DC 202-388-0475 | | M | 03 | 01 | 06 | 00 | 00 | 00 | ☐ Yes ■ No | ■ Yes ☐ No |
| Hawkins, John Jr., 9907 Sudan Pl, Upper Marlboro MD, 301-868-2891 | | M | 03 | 03 | 06 | 00 | 00 | 00 | ☐ Yes ■ No | ■ Yes ☐ No |
| | | | | | | | | | ☐ Yes ☐ No | ☐ Yes ☐ No |
| | | | | | | | | | ☐ Yes ☐ No | ☐ Yes ☐ No |

**INJURED TO HOSPITAL**

| 43. Name of Injured Person | Where Taken (Hospital) | By Whom | Status | TEB Notified (Name) | Teletype Notified (Name) | Relative Notified (Name) |
|---|---|---|---|---|---|---|
| Houghton, Donald | George Washington Hosp. | | 01 Admitted 02 ■ Released | | | |
| Watkins, Marvin | Washington Hosp. Ctr. | Medic 30 | 01 Admitted 02 ■ Released | | | Mrs. Watkins |
| Gulich, Gary | Washington Hosp. Ctr. | Medic 30 | 01 Admitted 02 ■ Released | | | Kellie Gulich |
| Gibson, Ronald | George Washington Hosp | AB-32 | 01 Admitted 02 ■ Released | | | |
| Hawkins, John Jr. | George Washington Hosp | AB-32 | 01 Admitted 02 ■ Released | | | |
| | | | 01 Admitted 02 Released | | | |
| | | | 01 Admitted 02 Released | | | |

**VEHICLE NO. 1**

44. DIRECTION OF TRAVEL AND STREET (MUST BE SAME AS IN NARRATIVE/DIAGRAM): 6100 Blk Clay St NE West Bound

46. VEHICLE WAS: 01 ☐ LEFT ON SCENE 02 ■ TOWED BY 03 ☐ DRIVEN AWAY BY

NAME: A&A Towing

47. LOCATION TOWED TO

45. CIRCLE ALL NUMBERS WHERE THERE IS DAMAGE: 1 2 3 4 5 6 7 8 9 10 11 12 — 13 Hood, 14 Roof, 15 Trunk, 16 Undercarriage, 17 Overturned, 18 Other (Explain in Narrative)

48. SKID MARKS: TO IMPACT Ø AFTER IMPACT Ø

**VEHICLE NO. 2**

44. DIRECTION OF TRAVEL AND STREET (MUST BE SAME AS IN NARRATIVE/DIAGRAM): 61st & Clay st NE North Bound

46. VEHICLE WAS: 01 ☐ LEFT ON SCENE 02 ■ TOWED BY 03 ☐ DRIVEN AWAY BY

NAME: MPD Crane 3

47. LOCATION TOWED TO

45. CIRCLE ALL NUMBERS WHERE THERE IS DAMAGE: 1 2 3 4 5 6 7 8 9 10 11 12 — 13 Hood, 14 Roof, 15 Trunk, 16 Undercarriage, 17 Overturned, 18 Other (Explain in Narrative)

48. SKID MARKS: TO IMPACT Ø AFTER IMPACT 4'

**VEHICLE NO. 3**

44. DIRECTION OF TRAVEL AND STREET (MUST BE SAME AS IN NARRATIVE/DIAGRAM): South Bound

46. VEHICLE WAS: 01 ■ LEFT ON SCENE 02 ☐ TOWED BY 03 ☐ DRIVEN AWAY BY

NAME:

47. LOCATION TOWED TO

45. CIRCLE ALL NUMBERS WHERE THERE IS DAMAGE: 1 2 3 4 5 6 7 8 9 10 11 12 — 13 Hood, 14 Roof, 15 Trunk, 16 Undercarriage, 17 Overturned, 18 Other (Explain in Narrative)

48. SKID MARKS: TO IMPACT Ø AFTER IMPACT Ø

**VEHICLE NO. 4**

44. DIRECTION OF TRAVEL AND STREET (MUST BE SAME AS IN NARRATIVE/DIAGRAM):

46. VEHICLE WAS: 01 ☐ LEFT ON SCENE 02 ☐ TOWED BY 03 ☐ DRIVEN AWAY BY

NAME:

47. LOCATION TOWED TO

45. CIRCLE ALL NUMBERS WHERE THERE IS DAMAGE: 1 2 3 4 5 6 7 8 9 10 11 12 — 13 Hood, 14 Roof, 15 Trunk, 16 Undercarriage, 17 Overturned, 18 Other (Explain in Narrative)

48. SKID MARKS: TO IMPACT ____ AFTER IMPACT ____

49. DIAGRAM: THE PREDETERMINED NORTH IN THE TOP RIGHT HAND CORNER OF THIS SECTION SHALL NOT BE CHANGED BY THE REPORTING OFFICER. THE DIAGRAM MUST CORRESPOND TO ITEM NO. 44, AND THE NARRATIVE. IF THE REPORT IS BEING TAKEN BY AN OFFICER AFTER THE FACT, THE DIAGRAM SHALL BE COMPLETED TO SHOW THE GENERAL AREA IN WHICH THE ACCIDENT OCCURRED. FREEWAY ACCESS RAMPS, EXIT RAMPS, AND BRIDGES SHALL BE INDICATED.

NORTH

61st St
CLAY ST. NE
CLAY ST. NE
STOP
STOP
STOP
STOP
61st St.
MPH=25

PEDESTRIAN ○ BIKE/MOTORCYCLE ○—○ VEHICLE

— INDICATE TYPE OF FIXED OBJECT
— INDICATE DIRECTION →
— INDICATE POSTED SPEED
— INDICATE VEHICLES BY NO.

NOTE: This report is used for statistical analysis of vehicular accidents and the prevention thereof. The data given represents the opinion and conclusions of the reporting officer based on his/her judgement after considering all of the facts disclosed through his/her investigation of this accident.

Complaint No. 167-884

98-0047

Page ___ of ___ Pages

Complaint No. 161-884

| Police Action | Dr./Ped. | Arrest/NOI Number | Charge (Report must support the charge.) | DA/SUPERIOR COURT - HEARING DATE | DPW 40-1 Issued? | What Traffic Signs Pres |
|---|---|---|---|---|---|---|
| | No. ___ | Under Investigation | | | | |
| | No. ___ | | | | | |

Darken the appropriate block in each category.

**51. TYPE OF COLLISION**
00 UNKNOWN; 01 [x] RIGHT ANGLE; 02 LEFT TURN HIT VEH.; 03 RIGHT TURN HIT VEH.; 04 REAR END; 05 SIDE SWIPED; 06 HEAD ON; 07 PARKED VEHICLE; 08 FIXED OBJECT; 09 RAN OFF ROADWAY; 10 LEFT TURN HIT PED.; 11 RIGHT TURN HIT PED.; 12 STRAIGHT HIT PED.; 13 BACKING HIT MOVING VEH.; 14 BACKING HIT PARKED VEH.; 15 BACKING HIT STOPPED VEH.; 16 BACKING HIT PEDESTRIAN; 17 NON-COLLISION ACCIDENT; 99 OTHER

**52. ROAD SURFACE**
01 CONCRETE; 02 [x] ASPHALT; 03 BRICK; 04 GRAVEL; 05 DIRT; 99 OTHER

**53. ROAD TYPE**
01 [x] STRAIGHT; 02 CURVE; 03 LEVEL; 04 GRADE; 05 CREST; 06 UNDERPASS; 07 RAMP; 08 BRIDGE; 99 OTHER

**54. PEDESTRIAN ACTION**
00 UNKNOWN; 01 WITH SIGNAL IN CROSSWALK; 02 AGAINST SIGNAL IN CROSSWALK; 03 IN CROSSWALK - NO SIGNAL; 04 FROM BETWEEN PARKED CARS; 05 NOT IN CROSSWALK; 06 IN UNMARKED CROSSWALK; 99 OTHER

**55. TRAFFIC CON[TROL]**
00 UNKNOWN; 01 FLASHIN[G]; 02 YIELD; 03 [x] STOP SIG[N]; 04 SIGNAL; 05 NONE; 06 OFFICER; 07 TURN RESTRIC[TED]; 99 OTHER

**56. ROAD CONDITION**
00 UNKNOWN; 01 REPAIRING; 02 [x] DRY; 03 WET; 04 ICE/SNOW

**57. STREET LIGHTING**
00 UNKNOWN; 01 DEFECTIVE; 02 [x] NONE; 03 STREET LIGHTS ON; 04 STREET LIGHTS OFF

**58. LIGHT CONDITION**
00 UNKNOWN; 01 DAWN/DUSK; 02 DARK; 03 [x] DAYLIGHT

**59. TRAFFIC CONDITION**
00 UNKNOWN; 01 HEAVY; 02 MEDIUM; 03 [x] LIGHT; 99 OTHER

**60. WEATHER**
00 UNKNOWN; 01 FOG/MIST; 02 [x] CLEAR; 03 RAIN; 04 SNOW; 05 SLEET

**61. PEDESTRIAN CLOTHING**
01 UNKNOWN; 02 WEARING DARK CLOTHING; 03 WEARING LIGHT CLOTHING

**62. DRIVER/PEDESTRIAN CONDITION** (1 2 3 4)
00 UNKNOWN; 01 FATIGUED; 02 ILL; 03 PHYSICAL DEFECT; 04 APPARENTLY ASLEEP; 05 [x][x][x] APPARENTLY NORMAL; 99 OTHER

**63. CONTRIBUTING CIRCUMSTANCES** - DARKEN THE PRIMARY FACTOR FOR ALL VEHICLES AND "X" ALL SECONDARY FACTORS (1 2 3 4)
01 [x] SPEED; 02 DEFECTIVE BRAKES; 03 FOLLOWING TOO CLOSE; 04 AUTO RIGHT-OF-WAY; 05 PED. RIGHT-OF-WAY; 06 IMPROPER TURN; 07 YIELD SIGN; 08 [x] STOP/GO LIGHT; 09 FLASHING LIGHT; 10 DIRECTIONAL LIGHT; 11 STOP SIGN; 12 ALCOHOL INFLUENCE; 13 IMPROPER PASSING; 14 WRONG WAY-ONE WAY ST.; 15 WRONG SIDE OF STREET; 16 IMPROPER STARTING; 17 OTHER DEFECTS; 18 PEDESTRIAN VIOLATION; 19 [x][x] NO VIOLATION; 20 DRIVER INATTENTION; 21 CHANGING LANES W/O CAUT.; 22 FAIL TO SET PARKING BRAKE; 23 OPEN DOOR TO TRAFFIC; 24 DRUG INFLUENCE; 25 IMPROPER BACKING; 26 DEFECTIVE LIGHTS; 27 PEDESTRIAN DRUNK; 28 ROAD DEFECTS; 29 DRIVER VISION OBSTRUCTED; 30 RIGHT TURN ON RED; 99 OTHER

**64. VEHICLE TYPE** (1 2 3 4)
00 UNKNOWN; 01 [x][x] PASSENGER AUTO; 02 TAXI CAB; 03 BUS; 04 MOTORCYCLE; 05 TRUCK/TRACTOR; NO. OF TRAILERS; NO. OF WHEELS; 06 BICYCLE; 07 POLICE PATROL WAGON; 08 POLICE MOTORCYCLE; 09 POLICE SCOOTER; 10 POLICE SCOUT CAR - ONE MAN; 11 [x] POLICE SCOUT CAR - TWO MAN; 12 POLICE CRUISER - MARKED; 13 [x] POLICE CRUISER - UNMARKED; 14 POLICE-OTHER; 15 FIRE ENGINE; 16 AMBULANCE; 17 PEDESTRIAN - ON FOO[T]; 18 FIXED OBJECT; 19 NON-COLLISION; 20 MOPED; 99 OTHER (EXPLAIN IN NARRATIVE, INCLUDE SKATEBOARDS, TRICYC[LES], PLAY VEHICLES, ETC.)

**65. SOBRIETY** (1 2 3 4)
01 [x][x][x] HAD NOT BEEN DRINKING; HAD BEEN DRINKING AND: 02 OBVIOUSLY DRUNK; 03 ABILITY IMPAIRED; 04 NOT IMPAIRED; 05 IMPAIRMENT UNKN.; 99 OTHER

**66. BLOOD ALCOHOL CONTENT**
Dr./Ped. 1 ______ Dr./Ped. 3 ______
Dr./Ped. 2 ______ Dr./Ped. 4 ______

**67. DRIVER ACTIONS** (1 2 3 4)
00 [x][x][x] UNKNOWN; 01 BACKING; 02 TURNING RIGHT; 03 TURNING LEFT; 04 STOPPED/STANDING-TRAFFIC LANE; 05 PARKED; 06 ENTERING/LEAVING PARKED POSITION; 07 MAKING "U" TURN; 08 MERGING; 09 RAN OFF ROAD; 10 CHANGING LANES; 11 GOING STRAIGHT; 12 OVERTAKING; 13 SLOWING/STOP[PING]; 14 AVOIDING; 99 OTHER

**68. NARRATIVE:** Give a concise statement, in your own words, of the facts that are not covered in this report, or to clarify any items that are not satisfactorily explained. Use Continuation Sheet of report for additional space. If statements are taken, use PD 118 (Def./Suspect Statement), or PD 119 (Compl./Witness Statement). If accident occurred in a construction zone, describe type of constructio[n]

V1 WAS Traveling WEST Bound in the 6100 Block Clay Street NE, When it Struck V2 As it WAS entering the intersection North Bound At 61ST Street and Clay Street NE. When V1 Struck V2, V2 Spun around and Struck V3 as it WAS Stopped At the Stop Sign at the intersection of 61st and Clay Street South Bound. V3 Came To Rest on the steps in Front of 6020 A Clay Street NE.

| 69. SIGNATURE OF REPORTING OFFICER | BADGE NO. | UNIT | 70. SIGNATURE OF REVIEWING OFFICIAL | BADGE NO. | UNIT | 71. REVIEWER | 72. DISTRIBUTION |
|---|---|---|---|---|---|---|---|
| [signature] | 8484 | 6D | Lt [signature] | L-384 | 6D | | |