# Exhibit C

1    before?

2        A    Yes.

3        Q    Do you know if it went out on any other

4    transmission?

5        A    I have no idea.

6        Q    And are you aware of whether Park Police,

7    you or other officers, were monitoring any other

8    channels at the time?

9            MS. JOHNSON:  Objection.  Calls for

10   speculation.

11   BY MR. VRICOS:

12       Q    You can answer the question.  I'm just

13   asking if you're aware of it.

14       A    I'm not aware.  I know it's possible, but

15   I'm not aware.

16       Q    After the call for shots fired went out,

17   what did you do?

18       A    At that point I was on Clay Street

19   westbound.  I could actually see the black Jeep ahead

20   of me.

21       Q    When did you establish visual contact with

22   the black Jeep?

20

1       A    On Clay Street prior to 60th.

2       Q    So let me just ask you if this is correct.

3  You were on 60th and then you got on Clay Street?

4       A    I'm not sure about that.

5       Q    You were on a numbered street and then you

6  got on Clay Street?

7       A    I knew I was in the area because I was in

8  like the 59 or 5800 block of the area, and then -- I

9  may have already been on Clay Street, but I saw the

10  black Jeep prior to 60th.  It was right in front of me

11  and I was heading westbound.

12      Q    What was the black Jeep doing when you first

13  made contact with it?

14      A    It was just in the middle of the road.  It

15  was stopped.  I didn't see brake lights.

16      Q    Where was it stopped?

17      A    Right in the middle.

18      Q    It was just sitting there?  Was it stopped

19  at a stop light or a stop sign or something like that?

20      A    I didn't get that far up.  It was past 61st

21  Street just in the middle.

22      Q    Then what did you do?

29

1    reached the intersection?

2        A    Not that I observed.

3        Q    Now, you say that as you were approaching

4    the intersection you applied your brakes?

5        A    Yes.

6        Q    And when did you let up on your brakes?

7        A    After I saw that the Caprice was not going

8    to interfere with the intersection.

9        Q    You said you were traveling, before you

10   applied your brakes, somewhere between 30 and 50 miles

11   an hour?

12       A    Yes.

13       Q    How much did you decrease your speed because

14   of the application of your brakes?

15       A    I was probably going about 50, and as I

16   applied my brakes I came down to 30.

17       Q    So that's the slowest speed that you recall

18   reaching during the entire time where you were

19   approaching or in the intersection?

20       A    That's my estimate.

21       Q    Now, when you turned right or when you --

22   you said that you began to turn right.  Were you able

30

1    to turn right at all prior to the collision?

2         A    I mean, I moved over a little bit in the

3    lane.  I mean, I wasn't turning right, I was -- I

4    mean, I'm turning -- I'm going straight and I just

5    instinct kind of went to the right because I saw the

6    cruiser coming right for me.  So I just tried to get

7    over as much as possible, but I couldn't turn the car

8    right.

9         Q    At this point did you have your lights and

10   sirens on?

11        A    Yes.

12        Q    Did you observe the MPD cruiser to have its

13   lights and a siren on?

14        A    I assumed it did.

15        Q    Do you remember if it had its lights and

16   sirens on?

17        A    I don't remember at this point in time.

18        Q    One second.  Now, you say that the MPD

19   cruiser struck your car?

20        A    Yes.

21        Q    And what happened after it struck your car?

22        A    After it struck my car, I just remember kind

31

1   of gliding along a little bit and then up in someone's

2   lawn on like some steps.

3       Q    Did your car impact any other objects?

4           MS. JOHNSON:  Objection to form.

5           MR. VRICOS:  You can answer the question if

6   you understand it.

7           THE WITNESS:  I later learned it did.

8   BY MR. VRICOS:

9       Q    Do you have a recollection of that?

10      A    I mean, I knew there was an impact.  I just

11  didn't know where it came from.  I mean, I knew the

12  MPD cruiser hit me.  I've seen the damage to my

13  vehicle.  I know where the other damage came from, but

14  at the time I didn't know what I'd hit.

15      Q    Where did the other damage come from?

16      A    From the right-hand side.  I guess from the

17  other car, the Caprice.  I assume it's a Caprice.

18  I'll just say Chevrolet from here on out.

19      Q    Officer, I'm going to hand you a diagram.

20          MS. JOHNSON:  Are you going to mark this as

21  an exhibit?

22          MR. VRICOS:  If I put it in, I will.

DEPOSITION OF OFFICER DONALD C. HOUGHTON
CONDUCTED ON MONDAY, JANUARY 22, 2007

35

1     A    It was very fast.  I don't know how fast he

2    was going, but it was a high rate.

3     Q    Can you approximate?  And I'll understand it

4    as such, as an approximation.

5     A    I'd say approximately 45 miles an hour.

6     Q    Do you know if they slowed down at all for

7    the stop sign?

8       MS. JOHNSON:  Objection.  Calls for

9    speculation.

10       THE WITNESS:  I have no idea.

11       MR. VRICOS:  Did you observe them slowing

12    down?

13       THE WITNESS:  I did not observe them slowing

14    down.

15   BY MR. VRICOS:

16     Q    Do you know if the MPD cruiser was engaged

17    in a chase with regard to the same incident that you

18    were involved in?

19       MR. DuBOFF:  Objection.

20       MS. JOHNSON:  Objection.

21       MR. VRICOS:  I'm asking if he knows.

22       THE WITNESS:  I don't know.

Case 1:06-cv-00551-JMF   Document 35-4   Filed 05/25/2007   Page 8 of 8
DEPOSITION OF OFFICER DONALD C. HOUGHTON
CONDUCTED ON MONDAY, JANUARY 22, 2007

60

1      A     I never saw the chase, so to speak.  I mean,

2  I'm trying to get there.  There's other units trying

3  to get there.  But I didn't see like five or six

4  cruisers following this black Jeep.  I never saw

5  anything like that.

6      Q     When did you know, if you did, that there

7  was some call for shots fired?  Do you remember the

8  time frame of when that was?

9      A     That went out over our radio.  I was about

10  two blocks away from where the accident occurred.

11     Q     And how long after that went out did the

12  crashes occur?

13     A     I'll approximate 10 to 30 seconds, within a

14  minute.

15     Q     If you were two blocks away, I assume you

16  were still going in some kind of reasonable pursuit?

17     A     Yes.

18     Q     So did you speed up or did you slow down

19  after you heard shots were fired?

20     A     I was doing the same.

21     Q     So you were doing the 30 to 50 approximately

22  at that point?