# Exhibit D

1  Branch Park area. It's the actual park that's located there.
2  Because to the best of my recollection, the transmissions --
3  this vehicle was basically going in a circle. I could be
4  wrong, but I thought it was.
5      Q.   The Jeep was going --
6      A.   Yes. Thus believing that the individuals were going
7  to bail out of this vehicle. We had stopped on 62nd Street.
8  That's basically 62nd and Banks, which is the cross street.
9  Pursuit continued on. To the best of my recollection, it went
10 down 61st Street, which is a dead end. And there is a path
11 that runs from basically right by this park, Watts Park, or
12 Watts Branch Park, from 62nd to 61st Street. We stopped and
13 waited right there, expecting -- since this pursuit is about
14 ready to end, in my opinion, because it is going into a dead
15 end street, with numerous vehicles -- or numerous officers in
16 tow. So I don't believe that there's much more places to go.
17     Q.   And so what happened next when you stopped and
18 parked there?
19     A.   We stopped and waited there, waiting for a
20 description of anybody bailing out or any direction of flight.
21 Then I believe it was the K-9 cruiser advised that shots had
22 been fired, that a Park Police officer had shot -- or well,
23 shots fired, at which point myself and Officer Watkins, of
24 course, went Code 1, lights and sirens.
25     Q.   Well, you were already Code 1, correct?

```
 1      A.   I'm going to say that's going to be like maybe the
 2 400 block of 62nd Street.  No, 61st.  I think that's the 400
 3 block of 61st Street.
 4      Q.   Okay.  So you're going Code 1.  And what happened
 5 next?
 6      A.   I'm going Code 1.  I believe that's 62nd and Clay is
 7 where the accident happened.  That's Clay Street, to the best
 8 of my recollection.  There's a stop sign at that -- that's a
 9 controlled intersection.  To the best of my recollection, it's
10 a four-way controlled intersection.  With our lights and
11 sirens, we entered the intersection and was struck on the
12 passenger side, my side of the vehicle, our scout car, of
13 course, by a blue -- I'm going to say a Crown Vic, to the best
14 of my recollection -- Chevy -- or Ford Crown Victoria, which
15 caused our scout car to spin around.  And the rear of our
16 scout car struck a civilian's vehicle that was stopped at the
17 stop sign at the intersection.
18      Q.   Do you remember when you were responding to the
19 shots fired location, were you driving on 62nd or were you
20 driving on Clay Street?
21      A.   62nd.
22      Q.   Do you recall what the speed that the car was going
23 was at that time when you were responding to the shots fired?
24      A.   Our vehicle?
25      Q.   Um-hum.
```

1    A.    Seven to ten miles an hour entering the
2    intersection, if that.
3    Q.    So very slow.
4    A.    We just started entering the intersection.  Yes.
5    The intersection of 62nd and Banks is approximately I want to
6    say a half a block -- probably a little less than half a block
7    from the intersection of Clay and 62nd Street.  So where our
8    vehicle is, it's less than a half a block from that
9    intersection, and we were stopped right at that -- basically,
10   that corner.
11   Q.    And so when you were approaching the intersection of
12   62nd and Clay, did Officer Watkins come to a stop at the stop
13   sign?
14   A.    I can't recall if we stopped or not.
15   Q.    And he was making a left turn at that point?
16   A.    Yes.
17   Q.    And did you see the blue Crown Victoria prior to the
18   time it impacted with your car?
19   A.    No.  I -- no, I never saw the vehicle at all until
20   -- obviously until it impacted us.
21   Q.    And did you -- after it impacted you -- well, stop.
22   Let me go back.  Prior to the time that the blue car impacted
23   you, did you see any other vehicle at that intersection of
24   62nd and Clay?
25   A.    Yeah.  I saw the civilian's vehicle.  We would be

```
 1  prior to?  Immediately prior or --
 2             BY MS. JOHNSON:
 3       Q.    Immediately prior to entering the intersection, you
 4  were -- you came up, and the stop sign was on your right-hand
 5  side; is that correct?
 6       A.    Yeah.
 7       Q.    Okay.  And prior to entering the intersection, do
 8  you recall where the other vehicle, the civilian vehicle was?
 9       A.    Yes.
10       Q.    Could you mark that with a rectangle or a square?
11       A.    All right.  To the best of my knowledge, the
12  civilian vehicle was over here.
13       Q.    And so you were coming up 61st Street, and you were
14  going to make a left onto Clay Street?
15       A.    Yes.
16       Q.    Why were you making a left onto Clay Street?  Do you
17  recall?
18       A.    Yeah, of course.  To assist the officer that just
19  discharged his weapon on 60th Street.  So yeah, we were
20  responding one block over, not knowing if the officer is
21  involved in a gun battle or whatever.  I don't know what he
22  was involved in, or she was involved in.
23       Q.    And can you put a PP for the location where you
24  first saw the blue Crown Victoria?  And that would be the
25  first time you saw that vehicle.
```