# Exhibit E

1   on because I didn't see any cars. I didn't

2   know what was going on. But a little bit

3   after that, I did see a Jeep, I'm not sure of

4   the color, come out of -- off of Bank Street,

5   make a right off of Bank Street, and make a

6   right -- I mean, left into the alley. The

7   next think I knew there were shots.

8        Q    Do you know from what direction the

9   shots you heard were coming from?

10       A    To my right.

11       Q    What did you see after you saw the

12  Jeep?

13       A    What did I see? Police cars,

14  cruisers coming through the light -- I mean,

15  through the four-way intersection. That was

16  it.

17       Q    Did you see these police cars and

18  cruisers coming after you heard the shots?

19       A    Yes.

20       Q    Do you know if they were MPD,

21  Metropolitan Police Department, cruisers?

22       A    I'm not sure, it happened so fast.

```
1      Q    So when you heard the shots, you
2  turned your head to the right?
3      A    I turned my head to the right and
4  that's when I heard the shots, trying to see
5  what was going on, make sure trying to take
6  cover, and I was a little scared myself.  I
7  didn't know what was going on.
8      Q    Did you see anything when you
9  turned to the right?
10     A    Actually, I did see the Jeep jump
11 over top of a hill back onto Clay Street.
12 I'm not sure who was following, the P.P. or
13 the D.C. Police officers, but I know he did
14 have his gun drawn.
15     Q    There was a police officer outside
16 of his vehicle?
17     A    Yes, and I know he did have his gun
18 drawn.
19     Q    Did you see where his car was
20 (inaudible)?
21     A    I don't know.
22     Q    Was it at the same intersection
```