# Exhibit F

```
1       Q    Was that still minutes before the
2  gunshots?
3       A    No.
4       Q    Was it after the gunshots -- you
5  had heard the gunshots?
6       A    Yes.
7       Q    You saw the Park Police vehicle
8  come after the gunshots?
9       A    Yes.
10      Q    And when did you see the MPD
11 cruiser that collided with your car?  Was it
12 before you heard the gunshots?
13      A    No.
14      Q    Was it after you heard the
15 gunshots?
16      A    Yes.
17      Q    Do you know whether you saw the MPD
18 cruiser before you saw the Park Police
19 cruiser?
20      A    No, it was at -- I saw both of the
21 cars at the same time.
22      Q    So how long after the gunshots did
```

1   you see the two cruisers?

2       A    A few seconds.

3       Q    And you can't tell which one came

4   to the intersection first?  You don't

5   remember.

6       A    No, ma'am.

7       Q    And you were still sitting in your

8   car.  You said you looked to your right,

9   which was in the direction of where you had

10  heard the gunshots?

11      A    Yes.

12      Q    And you looked back.  When you

13  turned to look back, what happened next?

14      A    That's when both of the cars

15  crashed into me.

16      Q    And you didn't see -- do you know

17  which car hit you first?

18      A    No.

19      Q    No?

20      A    No.

21      Q    They both hit you.  Where did the

22  MPD cruiser hit you?

```
 1   recall.

 2       Q   Did the D.C. cruiser have its

 3   emergency lights on when you saw it in the

 4   intersection before it hit your car?

 5       A   No.

 6       Q   It did not?

 7       A   No.

 8       Q   Did the Park Police vehicle have

 9   any emergency lights activated before it hit

10   you?

11       A   No.

12       Q   Were you wearing your seatbelt at

13   the time that you were parked at the

14   crosswalk?

15       A   Yes, ma'am.

16           MR. DuBOFF:  Objection as to

17   relevance.

18           You can answer, which he has.

19           BY MS. JOHNSON:

20       Q   So after the impact, you were

21   unconscious.  What's the next thing that you

22   remember?
```