IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **ROLAN GIBSON, et al.** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | *   Case No. 06 – 0551 (JMF) |
| **UNITED STATES OF AMERICA** | * |
| | * |
| and | * |
| | * |
| **DISTRICT OF COLUMBIA** | * |
| **GOVERNMENT** | * |
| | * |
| **Defendants.** | * |

* * * * * * * * * * * * * * * * * *

**JOINT CONSENT MOTION FOR EXTENSION OF TIME FOR ALL PARTIES TO FILE OPPOSITION AND/OR RESPONSES TO DEFENDANT DISTRICT OF COLUMBIA'S AND DEFENDANT U.S.A.'S MOTIONS FOR JUDGMENT ON THE PLEADINGS AND/OR FOR SUMMARY JUDGMENT**

**NOW COMES**, the Parties, by and through their respective counsel, and hereby submits, this Motion for an Extension of Time for all Parties to File Opposition and/or Responses to Defendant District of Columbia's and Defendant U.S.A.'s Motion for Judgment on the Pleadings and/or for Summary Judgment, and in support thereof, states as follows:

1. Plaintiff's Opposition to Defendant District of Columbia's Motion for Judgment on the Pleadings or for Summary Judgment is now due.

2. Plaintiff's counsel is currently faced with the drafting and filing of two separate Appellate Briefs in Opposition to appeals filed in the case of Amadu Dumbuya v. Prince George's County, et al. under case number 02018 in the Court of Special Appeals of Maryland.

3. The Parties by and through counsel hereby requests until Thursday, June 28, 2007 to file any Oppositions and/or Responses to the Motions filed by Defendant District of Columbia

and/or Defendant U.S.A.

    4.    Prior to filing this motion, Plaintiffs' sought and received the consent of the counsel for Defendant District of Columbia for an extension until June 28, 2007.

    5.    Prior to filing this motion, Plaintiffs' sought and received the consent of the counsel for Defendant United States of America for an extension until June 28, 2007.

    6.    No parties will be prejudiced if this brief extension is granted.

**WHEREFORE**, the Parties respectfully request an extension of time within which to file their Opposition and/or Responses to Defendant District of Columbia's and Defendant USA's Motion for Judgment on the Pleadings and/or for Summary Judgment, and for such other and further relief, as this Honorable Court deems just and appropriate.

    Respectfully submitted,

By:   *Joel DuBoff*

Joel DuBoff, Esquire
DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131    Office
(301) 587-1872    Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June 2007 a copy of Joint Consent Motion for Extension of Time for all Parties to File Opposition and/or Response to Defendant District of Columbia's and/or Defendant U.S.A.'s Motion for Judgment on the Pleadings and/or for Summary Judgment, was delivered via this Courts Electronic Filing System to:

| | |
|---|---|
| Michelle N. Johnson, Esquire | James H. Vricos, Esquire |
| Assistant United States Attorney | Assistant Attorney General |
| 555 4th St. N.W. Room E4212 | 441 Fourth Street, N.W. – Sixth Floor South |
| Washington, D.C. 20530 | Washington, D.C. 20001 |

    *Joel DuBoff*
    Joel DuBoff, Esquire