**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | | |
|---|---|---|
| **ROLAN GIBSON, et al.** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | |
| | * | **Case No. 06 – 0551 (JMF)** |
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **and** | * | |
| | * | |
| **DISTRICT OF COLUMBIA** | * | |
| **GOVERNMENT** | * | |
| | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**ORDER**</u>

**UPON CONSIDERATION** of the Joint Consent Motion for Extension of Time for all

Parties to File an Opposition and/or Response to Defendant District of Columbia's and

Defendant U.S.A.'s Motion for Judgment on the Pleadings and/or for Summary Judgment, the

information contained therein, and the record herein and for good cause shown, it is this _____

day of _____, 2007,

**ORDERED** that the Parties have until June 28, 2007 to file any Opposition and/or

Response to the Defendants' Dispositive Motions.

**SO ORDERED.**

_____
Magistrate Judge Facciola

Copies to

Joel DuBoff, Esquire - via Electronic Delivery

Michelle N. Johnson, Esquire – via Electronic Delivery

James H. Vricos, Esquire - via Electronic Delivery