**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| **ROLAN GIBSON** : <br> 6021 Clay Street, NE : <br> Washington, D.C. 20019 : <br>  : <br> and : <br>  : <br> **JOHN HAWKINS, JR** : <br> 9907 Sudan Place : <br> Upper Marlboro, Maryland 20772 : <br>  : <br>     Plaintiffs, : <br>  : <br> v. : <br>  : <br> **UNITED STATES OF AMERICA, ET AL.** : <br>  : <br>     Defendants. : | Case No.: 06-0551(JMF) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

**COMES NOW**, Plaintiff, Roland Gibson and John Hawkins, by and through counsel, DuBoff & Associates, Chartered, and Joel DuBoff, and moves this Honorable Court for leave to file an Amended Complaint, and in support therefor, states as follows:

1.  Plaintiffs seek leave to file an amended complaint to clearly identify the fact that plaintiffs' believe that defendants were grossly negligent in their actions in this case.

2.  In paragraph 14 of plaintiff's Complaint, plaintiffs clearly state "Vehicle 2 approached and entered the intersection at 61st Street and Clay Street, NE, in Washington, D.C. with excessive speed and reckless disregard for the vehicles around and/or in this intersection." Vehicle 2 is identified in the Complaint as a District of Columbia MPD patrol vehicle.

3.  Plaintiffs' request to amend the Complaint to clearly indicate what is alleged in the Complaint already at paragraph 14, and incorporated by reference throughout, will not cause

prejudice to any party in this matter at this stage of the litigation.

    4.    Plaintiffs' realized that the title "Gross Negligence" did not follow "Negligence" in the Complaint after receiving defendant's summary judgment motion.  The statement in paragraph 14 of the facts section states that the defendant entered the intersection with a "reckless disregard…"  This language clearly shows that plaintiffs believed that the defendant was behaving in a grossly negligent manner.

    5.    Plaintiffs have attached as Exhibit "A" a redlined copy of the proposed Amended Complaint which does not make any material changes to the Complaint.

    6.    Prior to filing this motion, plaintiffs sought but, at the time of filing this Motion, have not received defendants' consent.

    7.    No parties will be prejudiced if plaintiffs are granted leave to file an amended Complaint.

**WHEREFORE**, based upon the foregoing, plaintiffs respectfully requests leave to file an amended complaint, and such other and further relief as deemed just and proper.

    Respectfully Submitted,
DuBOFF & ASSOCIATES, CHARTERED

Joel DuBoff /s/_____
Joel DuBoff, Esquire
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131

## CERTIFICATE OF SERVICE

    **I HEREBYCERTIFY** that a copy of the foregoing Motion for Leave to File Amended Complaint was served on defendant's counsel via the Court's ECF system, this 25th day of June 2007.

Joel DuBoff  /s/_____
Joel DuBoff