**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| **ROLAN GIBSON** <br> 6021 Clay Street, NE <br> Washington, D.C. 20019 <br><br> and <br><br> **JOHN HAWKINS, JR** <br> 9907 Sudan Place <br> Upper Marlboro, Maryland 20772 <br><br>     Plaintiffs, <br><br> v. <br><br> **UNITED STATES OF AMERICA, ET AL.** <br><br>     Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> :    Case No.: 06-0551(JMF) <br> : <br> : <br> : <br> : |

**ORDER GRANTING PLAINTIFFS LEAVE TO FILE AN AMENDED COMPLAINT**

    Upon Consideration of the foregoing Plaintiff's Motion for Leave to File an Amended Complaint, the information contained therein, and the record herein, it is this ___ day of June 2007:

    **ORDERED**, that plaintiffs are granted leave to file an Amended Complaint.

                                          _____
                                          J U D G E
                                          United States District Court for the District of Columbia

cc:

Joel DuBoff, Esquire – via Electronic Delivery

Phillip A. Lattimore, III Esquire – via Electronic Delivery

Michelle N. Johnson, Esquire - via Electronic Delivery