IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **ROLAN GIBSON,** *et al.* : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Case No.: 06-0551(JMF) |
| : | |
| **UNITED STATES OF AMERICA,** *et al.* : | |
| : | |
| Defendants. : | |

**ERRATA TO**
**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

**COMES NOW**, Plaintiffs, Roland Gibson and John Hawkins, by and through counsel, DuBoff & Associates, Chartered, and Joel DuBoff, Esquire and submits an additional attachment to Plaintiffs' Motion for Leave to File an Amended Complaint as follows:

1. Plaintiff hereby attaches Plaintiffs Amended Complaint to their previously filed Motion for Leave to File an Amended Complaint.

Respectfully Submitted,

By: ___*Joel DuBoff*/s/___
Joel DuBoff, (Bar Number 108356)
DUBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131   Office
(301) 587-1872   Facsimile

**CERTIFICATE OF SERVICE**

**I HEREBYCERTIFY** that a copy of the foregoing Errata to Plaintiff's Motion for Leave to File Amended Complaint was served on defendant's counsel via the Court's ECF system, this 26th day of June 2007.

___*Joel DuBoff* /s/___
Joel DuBoff (Bar Number 180356)