IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLAND GIBSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-0551 (JMF) |
| ) | |
| THE DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |

**FEDERAL DEFENDANT'S NOTICE TO THE COURT REGARDING PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

On June 25, 2007, plaintiffs filed their "Motion for Leave to File an Amended Complaint." Docket Entry No. 38. There, plaintiffs assert that "[p]rior to filing this motion, plaintiffs sought but, at the time of filing this Motion, have not received defendants' consent." However, the undersigned counsel told counsel for the plaintiffs that she would provide the federal defendant's position on the motion no later than today, June 26, 2007. Nonetheless, plaintiffs filed their motion before the undersigned counsel could provide their counsel with the federal defendant's position.

Therefore, the federal defendant is filing this notice to inform the Court that the federal defendant takes no position on plaintiffs' motion for leave to file an amended complaint and will not be filing a response in opposition to the motion.

Dated: June 26, 2007

Respectfully submitted,

   /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

    /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT