IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **ROLAN GIBSON, et al.** * | |
| * | |
| Plaintiffs, * | |
| * | |
| v. * | |
| * | **Case No. 1:06CV00551** |
| **UNITED STATES OF AMERICA** * | **Magistrate Judge: John M. Facciola** |
| * | |
| and * | |
| * | |
| **DISTRICT OF COLUMBIA** * | |
| GOVERNMENT * | |
| * | |
| Defendants. * | |

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

**UPON CONSIDERATION** of the Plaintiffs' Opposition to Defendant United States of America's Motion for Summary Judgment, the information contained therein and the entire record herein, it is this _____ day of _____, 2007

**ORDERED**, that Defendant United States of America's Motion for Summary Judgment be and hereby is **DENIED,**

   **SO ORDERED.**

_____
John M. Facciola, Magistrate Judge
United States District Court for the District of Columbia

Copies to

Joel DuBoff, Esquire – via Electronic Delivery

James Vricos, Esquire – via Electronic Delivery

Michelle N. Johnson, Esquire  - via Electronic Delivery