# Plaintiffs' Exhibit Number

# 1

# MPD Report

# Traffic Accident Report

Metropolitan Police Department, Washington, D.C.
PD 10 Rev. 7/96 — Prescribing Directive G.O 401.3

**1. Date of Accident:** 12-8-04  
**2. Time (Military):** 1536  
**3. Day of Week:** Wednesday  
**4. Date of This Report:** 12-8-04  
**5. Accident Occurred on:** Intersection 61st Street NE and Clay St NE

## Vehicle 1 — Driver
- Name: Houghton, Donald
- Address: 100 Otto Drive SW, Washington DC
- Year/Make: 2004 4D Blue
- Tag No: 152098 (VA)
- VIN/Permit: DL-3790
- DOB: 2-3-406-6700

## Vehicle 2 — Driver
- Name: Watkins, Martin
- Employer: United States Government
- Year/Make: 2004 4D White
- Tag No: DL-3780
- Phone: 202-787-4649

## Vehicle 3 — Driver
- Name: Gibson, Roland Jr.
- Address: 6021 Clay Street NE, Washington DC
- Year/Make: 2000 4D
- Tag: BM9352 (DC)
- DOB: 4-14-84

## Vehicle 4 / Owner
- Address: 2303 Oxon Run Dr, Capitol Heights MD

### Non-Involved Witnesses
- Hawkins, Marvin, 100 42nd St NE, 202-787-4649
- Passenger in V3

### Persons Involved
1. Houghton, Donald — 100 Otto Drive SW, Washington DC, 202-396-0900
2. Watkins, Martin — 100 42nd St NE, 202-787-4649
3. Gibson, Roland Jr. — 6021 Clay Street NE, Washington DC, 202-388-0425
4. Hawkins, John Jr. — 9907 Sueden Pl, Upper Marlboro MD, 301-868-2891

| Name | Age | Sex | Seat | Inj | Code |
|---|---|---|---|---|---|
| Houghton | | M | 01 | 05 | 00 |
| Watkins | | M | 01 | 05 | 00 |
| Gibson | | M | 02 | 05 | 00 06 01 |
| Hawkins | | M | 03 | 06 | 00 |

Complaint Number: 167884

| Name of Injured Person | Where Taken (Hospital) | By Whom | Status | TEB Notified (Name) | Teletype Notified (Name) | Relative Notified (Name) |
|---|---|---|---|---|---|---|
| Houghton Donald | George Washington Hosp. | | Admitted / Released | | | Mrs. Houghton |
| Watkins Marvin | Washington Hosp Ctr | Medic 10 | Admitted / Released | | | |
| Gibson Sean | Washington Hosp Ctr | Medic 10 | Admitted / Released | | | |
| Hawkins John Jr. | George Washington Hosp | AB-32 | Admitted / Released | | | Kellis Watkins |
| | George Washington Hosp | AB-32 | Admitted / Released | | | |

**VEHICLE NO. 1**
- Name: Houghton Donald
- Location towed to: ATA Towing
- Direction of travel: West Bound
- Circle all numbers where there is damage: (circled around front)
- Skid marks: 0
- To Impact: 0  After Impact: 0

**VEHICLE NO. 2**
- Name: Gibson
- Location towed to: MPH Towing
- Direction of travel: West Bound
- Skid marks: 4'
- To Impact: 0  After Impact: 0

**VEHICLE NO. 3**
- Name: Watkins
- Location towed to: MPH Towing
- Direction of travel: South Bound
- Skid marks: 0
- To Impact: 0  After Impact: 0

**VEHICLE NO. 4**
- Name: Hawkins
- Location towed to: ATA Towing
- Direction of travel: West Bound
- Vehicle was: 6100 Block Clay St NE

Diagram: Clay St. NE / 61st St NE intersection. MPH = 25. Complaint No. 7C9-884

NOTE: This report is used for statistical analysis of vehicular accidents and the prevention thereof. The data given represents the opinion and conclusions of the reporting officer based on his/her judgement after considering all of the facts disclosed through his/her investigation of this accident.

**NARRATIVE:**

V1 was traveling West Bound in the 600 Block Clay Street NE when it struck V2, V2 Speed coming out Clay Street NE. As it was entering the intersection North Bound at 601 Street and Clay Street NE. When V1 intersection of 601 and Clay Street South Bound. V2 came to rest on the steps in front of 602 A Clay Street NE.