# Plaintiffs' Exhibit Number

# 2

# Deposition of Officer Houghton

```
 1        IN THE UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF COLUMBIA
 3   ------------------------------X
 4   ROLAN GIBSON, et al.,         :
 5          Plaintiffs,            :
 6     v.                          : Civil No. 06-0551 (JMF)
 7   DISTRICT OF COLUMBIA, et al., :
 8          Defendants.            :
 9   ------------------------------X
10
11      Deposition of OFFICER DONALD C. HOUGHTON
12                 Washington, D.C.
13              Monday, January 22, 2007
14                    11:47 a.m.
15
16
17
18   Job No.: 1-94257
19   Pages 1 - 81
20   Reported by: STEPHANY L. JEROME, RPR
21
22
```

**Page 9**

1  that I and, in this case, the other parties can learn
2  everything that you know about the case and it can be
3  taken by a court reporter. But because it's being
4  taken down by the court reporter, it's important for
5  you to articulate all your responses like you've been
6  doing up to this point, no head nods or shoulder
7  shrugs. It's important for you to listen to my
8  question fully because if you answer my question, I'm
9  going to assume that you understood my question. Is
10 that okay?
11    A   Yes.
12    Q   If you need a break, say as much, and I'll
13 be happy to take a brief break for whatever reason, if
14 you want to consult with counsel or you need to use
15 the bathroom or something.
16      Let me know if you don't remember something.
17 I'm not asking you to speculate about what may or may
18 not happen. If you don't recall, say as much.
19      Again, please, let me finish my questions.
20 It makes it a lot easier for the court reporter to
21 take down our responses if we're not talking over one
22 another.

**Page 10**

1      If during the deposition you realize that
2  perhaps one of your previous answers to one of my
3  other questions was incorrect or not full, let me
4  know, and you can go back and revisit it on the record
5  and correct your answer, okay?
6    A   Yes. I understand.
7    Q   First off, I'm going to ask you a question
8  that I ask all deponents. It's not meant to single
9  you out or anything like that, but have you ever been
10 arrested?
11   A   No.
12   Q   In your private capacity have you ever
13 received a speeding ticket?
14   A   Yes.
15   Q   And when was that?
16   A   Prior to being a police officer. I was
17 probably, let me say, 19 or 20.
18   Q   And how many speeding tickets have you
19 received?
20   A   One. I believe that's only one I recall.
21   Q   And do you recall if it was in a residential
22 area or on a highway?

**Page 11**

1    A   A highway.
2    Q   I want to ask you about the incident that
3  we're here because of today. That occurred on
4  December 8th, 2004. Were you working that day?
5    A   Yes.
6    Q   And what time did you begin to work that
7  day?
8    A   It was either at six a.m. or 11 a.m., is
9  generally when I'm working.
10   Q   And is that because of the shift assignment
11 that you have?
12   A   I usually work plain clothes, and that
13 usually starts at 11 a.m. If I'm in uniform, it's at
14 six a.m. I go back and forth depending on coverage.
15 I generally work 11 to 7 — 11 a.m. to 7 p.m.
16   Q   Were you in police clothes or uniform that
17 day?
18   A   I believe I was in uniform that day. I
19 detailed to a uniform beat, which was 140 at the World
20 War II Memorial. Now, sometimes I wear a uniform;
21 sometimes I wear plain clothes. I actually don't
22 remember exactly what I was wearing, but I was in

**Page 12**

1  police gear. I can say that.
2    Q   At some point during that day, you ended up
3  at the intersection of Clay Street and 61st Street in
4  Washington, D.C.; is that correct?
5    A   Yes.
6    Q   Please describe to me from the very
7  beginning the events from the earliest point that
8  began you towards that intersection?
9    A   I was at the station processing an arrest.
10   Q   And what station was that?
11   A   U.S. Park Police District I in Haines Point.
12 Finished up. We had a call for this black Jeep that
13 was traveling down the B.W. Parkway.
14   Q   Now, I just asked you for basically a very
15 narrative question. And that's fine to sort of —
16 we'll set the scene so you can tell me how things
17 went. If I interrupt you, I'm not doing that to be
18 rude; I'm just trying to identify certain points,
19 okay?
20   A   Okay.
21   Q   You said we got a call?
22   A   From dispatch. Our Police Department.

Page 13

1  MR. VRICOS: Let the record reflect that
2  Mr. DuBoff just entered the deposition. We were just
3  getting started with our questioning, went through
4  some of the background information of Officer
5  Houghton, and we were just asking questions about
6  where he was when this event first began to transpire.
7  BY MR. VRICOS:
8    Q  Okay. You said went we received a call when
9  you were at the Park Police station, correct?
10   A  Yes.
11   Q  Where were you when you received the call?
12   A  At the station.
13   Q  In the actual station house?
14   A  Yes.
15   Q  What did you do after you received the call?
16   A  I got in my police cruiser, my unmarked
17  police cruiser, and the call stated that they were
18  coming in around South Capitol Street in the Howard
19  Road area, which can lead into our district, so that's
20  the direction I headed to in my cruiser.
21   Q  Were you alone in the car?
22   A  Yes.

Page 14

1    Q  When you said you received a call, who did
2  you receive the call from?
3    A  The dispatcher.
4    Q  And what channel was that?
5    A  Channel 2.
6    Q  After you got into your cruiser, what did
7  you do after that?
8    A  I just turned on my lights and sirens,
9  headed over toward South Capitol Street. As the chase
10 continued, they headed toward the Southeast section of
11 D.C.
12   Q  Did you at any point establish visual
13 contact with the jeep that you mentioned?
14   A  Not until the very end.
15   Q  And at the point when you joined into this
16 pursuit, how many Park Police units were dispatched.
17   A  I don't know the answer to that. It wasn't
18 really -- there was a couple units that were in it,
19 and then basically there's other Park Police units
20 that are going to that area, which is where I was at.
21   Q  When you say a couple, do you mean two or
22 more than one?

Page 15

1    A  I couldn't give you a number. More than
2  two.
3    Q  And what happened next?
4    A  I'm just listening to locations, updates
5  from our radio.
6    Q  And the dispatcher is what you were
7  listening to?
8    A  Yes.
9    Q  Was it Channel 2 still?
10   A  Yes.
11   Q  Did you monitor any other channels during
12 this entire transaction?
13   A  No.
14   Q  Channel 2, is that exclusively a Park Police
15 channel?
16   A  Yes.
17   Q  I'm sorry, your last comment, what road were
18 you on?
19   A  I took the South Capitol Street Bridge over
20 towards southeast D.C. Want me to continue?
21   Q  Yes, please.
22   A  Basically I'm just listening to locations

Page 16

1  trying to find my way where they're at. I'm looking
2  for the Eagle, the helicopter up in the air, because
3  usually I can see that and that kind of guides me to
4  the direction where I'm headed to.
5    Q  And the entire time you were looking for the
6  helicopter. At some point did you see the helicopter?
7    A  Yes.
8    Q  And when was that?
9    A  I don't know. Three-quarters of the way
10 through the chase.
11   Q  So after you got to this South Capitol
12 Street Bridge, what did you do then?
13   A  I was driving all through Southeast on a few
14 roads. I know I was on Alabama Avenue at some point.
15 I think I was on Martin Luther King Avenue. That's
16 not my district so I'm not, you know, too straight on
17 as far as what roads I'm exactly on or the route I
18 take. I was driving, listening for the helicopter,
19 just heading in that direction. I wasn't like in the
20 pursuit. I was just trying to get there.
21   Q  During this portion of the chase, what was
22 your speed?

17

1  A  During this portion?
2  Q  Yes.
3  A  On city streets I'm anywhere between 30 and
4  60 miles per hour, depending on the traffic and, you
5  know, what was going on.
6  Q  At any point during this chase prior to
7  getting on Clay Street and 61st, did you see any other
8  Park Police vehicles?
9  A  Yes.
10 Q  And when did you first see another Park
11 Police vehicle?
12 A  I recall seeing one in a telephone pole
13 somewhere. I'm not exactly sure. I think it might
14 have been on Alabama Avenue at some point.
15 Q  Are you referring to an accident?
16 A  Yes.
17 Q  Was that the only other Park Police vehicle
18 that you saw?
19 A  I don't recall.
20 Q  Did you see any other law enforcement
21 vehicles of any agency?
22 A  Yes.

18

1  Q  And what did you see?
2  A  I remember seeing a tinted out station wagon
3  like a -- it wasn't a police car. I know it was a law
4  enforcement vehicle because we had stopped and talked
5  about locations at some point. He was just trying to
6  get to the same area too. I don't even know who he
7  worked for.
8  Q  And where did you stop and speak with this
9  other officer?
10 A  That was a few blocks before I was on Clay
11 Street. It was shortly before the shots fired went
12 out.
13 Q  And where were you when you say the shots
14 fired went out?
15 A  I was a couple blocks -- I think I was on
16 61st Street -- no, that's not true. I was on a
17 numbered Street near 60th because I believe the shots
18 fired went off like around 60th and Clay, was the
19 location he gave. Like the high 50s. I was in the
20 area. I just didn't know exactly where I was at.
21 Q  And the call for shots fired went out over
22 the Channel 2 transmission that you referred to

19

1  before?
2  A  Yes.
3  Q  Do you know if it went out on any other
4  transmission?
5  A  I have no idea.
6  Q  And are you aware of whether Park Police,
7  you or other officers, were monitoring any other
8  channels at the time?
9     MS. JOHNSON: Objection. Calls for
10 speculation.
11 BY MR. VRICOS:
12 Q  You can answer the question. I'm just
13 asking if you're aware of it.
14 A  I'm not aware. I know it's possible, but
15 I'm not aware.
16 Q  After the call for shots fired went out,
17 what did you do?
18 A  At that point I was on Clay Street
19 westbound. I could actually see the black Jeep ahead
20 of me.
21 Q  When did you establish visual contact with
22 the black Jeep?

20

1  A  On Clay Street prior to 60th.
2  Q  So let me just ask you if this is correct.
3  You were on 60th and then you got on Clay Street?
4  A  I'm not sure about that.
5  Q  You were on a numbered street and then you
6  got on Clay Street?
7  A  I knew I was in the area because I was in
8  like the 59 or 5800 block of the area, and then -- I
9  may have already been on Clay Street, but I saw the
10 black Jeep prior to 60th. It was right in front of me
11 and I was heading westbound.
12 Q  What was the black Jeep doing when you first
13 made contact with it?
14 A  It was just in the middle of the road. It
15 was stopped. I didn't see brake lights.
16 Q  Where was it stopped?
17 A  Right in the middle.
18 Q  It was just sitting there? Was it stopped
19 at a stop light or a stop sign or something like that?
20 A  I didn't get that far up. It was past 61st
21 Street just in the middle.
22 Q  Then what did you do?

**21**

1  A  I proceeded to westbound Clay at 61st.
2  There was a stop sign there. I looked to my left. I
3  didn't see anything. I looked to my right -- I was
4  braking. I looked to my right and I saw the silver --
5  it's like a metallic color Chevy Caprice coming real
6  slow almost stopping. He was basically pulled to the
7  right. I let off my brake, looked back to my left and
8  I saw the MPD cruiser coming right at me, and then I
9  pulled to the right to try to avoid the accident.
10  Q  I'm going to ask you some more questions
11  about what happened at the intersection of Clay and
12  61st, but just give me one moment here.
13      Now, when you approached the intersection of
14  61st as it intersected with Clay, were you maintaining
15  visual contact with the black Jeep during this time
16  period?
17  A  Maintaining? Well, I mean, I saw it and I
18  was looking all around because I had to get through
19  the intersection. So I mean, whenever I wasn't
20  looking here or there, I would see it. I mean, I was
21  watching everything.
22  Q  You said earlier that the black Jeep had

**22**

1  just been stopped in the road for whatever reason. At
2  the point when you got to 61st and Clay, was the black
3  Jeep moving at that time?
4  A  It didn't appear to be.
5  Q  So it had stopped moving?
6  A  That's what I thought.
7  Q  Did you have an opportunity after the entire
8  incident to see the black Jeep?
9  A  No.
10  Q  Now, as you're approaching 61st and Clay,
11  what is the posted speed limit?
12  A  I assume it's 25.
13  Q  You don't know?
14  A  Well, it's 25 unless otherwise posted in a
15  residential area. I'm sure it's 25.
16  Q  Okay. How fast were you traveling?
17  A  Anywhere between probably 30 and 50 miles an
18  hour, depending as I was accelerating and then braking
19  towards the intersection and then letting off the
20  brake and going through.
21  Q  Now, you say that you stopped or you used
22  your brakes, you applied your brakes, when you were

**23**

1  approaching?
2  A  Yes.
3  Q  At what point did you apply your brakes?
4  Was it after you entered the intersection, right as
5  you were entering the intersection or prior to it?
6  A  It was prior to it.
7  Q  Okay. How far behind the intersection were
8  you when you applied your brakes?
9  A  I would say approximately 20 yards. I was
10  braking to slow down so I can see what's going on, so
11  before I -- you know, I don't want to blow the
12  intersection so I've got to slow down.
13  Q  Is there any terminology -- let me ask you
14  this. Is there any procedures that you're aware of
15  that you've been trained on as to how to proceed with
16  regard to a stop sign intersection when you're engaged
17  in a chase?
18  A  I mean, there's procedures, you know, when
19  you're driving with your lights and sirens on. You're
20  trained basically it's safe -- it's just you have to
21  do it safely. I mean, it depends on what kind of
22  intersection you're entering.

**24**

1  Q  How about a four-way stop?
2  A  A four-way stop you're going to slow down
3  slow enough to see that the intersection is safe and
4  then to go through it.
5  Q  I've heard the term used clear an
6  intersection. Have you heard that?
7  A  I've heard that.
8  Q  I'm wondering if that's a reference to a
9  specific type of term that police officers use, if
10  it's a term of art or if it's just the typical
11  language that you use?
12  A  It's probably just jargon. I don't know if
13  it's technical.
14  Q  You've never heard that word used in
15  connection with any kind of training or any kind of
16  regulations having to do with how to proceed in a high
17  speed chase?
18      MS. JOHNSON: Objection to form.
19  BY MR. VRICOS:
20  Q  Do you understand the question?
21  A  I understand the question. I've heard the
22  term, you know, quite a bit. I've probably used it.

**Page 25**

1  I don't know if that's technical.
2  Q  What's your understanding of the term clear
3  an intersection?
4  A  My understanding, to clear an intersection
5  would be to make sure no cars are coming through, and
6  then it's clear and you go through it.
7  Q  You say that you saw an MPD cruiser entering
8  the intersection going north on 61st?
9  A  Yes, that would have been north.
10  Q  When did you first see this cruiser?
11  A  I first saw it as it was a little bit before
12  the intersection coming at me.
13  Q  As it was approaching the intersection, were
14  you already in the intersection when you observed it
15  for the first time?
16  A  Yes.
17  Q  And when you observed it for the first time,
18  it had not yet entered the intersection?
19  A  I believe it was just prior before it or
20  near it.
21  Q  That's a four-way stop at that intersection,
22  correct?

**Page 26**

1  A  Yes.
2  Q  Had it crossed over its stop sign portion
3  when you first saw it or was it still before the stop
4  sign?
5  A  I think it was just a little bit before it.
6  Q  And you were in the intersection at this
7  point?
8  A  Yes.
9  Q  What did you do -- you said, when you were
10  going through your description of the events a minute
11  ago, that you turned when you noticed the other police
12  car. When did you begin that turn?
13  A  Well, I just turned my wheel. I couldn't
14  turn too much because I would have -- I mean, there
15  was a telephone pole here. There wasn't really
16  anywhere for me to go because I was already on the
17  right-hand side of the roadway. I mean, I just turned
18  the wheel just to avoid as much as I could. What was
19  your question again?
20  Q  Where did you begin your turn?
21  A  Probably about midway through the
22  intersection.

**Page 27**

1  Q  And you only began your turn after you had
2  seen the MPD cruiser?
3  A  Right.
4  Q  So prior to that you were traveling in a
5  straight direction?
6  A  Yes.
7  Q  You said that you had noticed the other
8  car -- I guess it would have been going south on
9  61st -- prior to noticing the MPD car, correct?
10  A  Yes.
11  Q  Now, where was the other car when you
12  entered the intersection?
13  A  The silver Caprice?
14  Q  Yes.
15  A  That was probably about, I don't know, 20 or
16  30 feet behind the intersection -- behind the stop
17  sign, kind of close to the curb.
18  Q  So it was rolling up to the stop sign when
19  you --
20  MR. DuBOUF: Objection. He didn't say it
21  was rolling. He said it was moving. It hadn't come
22  to a stop.

**Page 28**

1  BY MR. VRICOS:
2  Q  Where was the car when you approached the
3  intersection, the Caprice? Just for clarity's sake,
4  when you first noticed it, where were you, where was
5  it?
6  A  Where was the Caprice?
7  Q  Yes.
8  A  It was about 20 or so feet behind the
9  intersection.
10  Q  Okay. Was it moving or was it stopped?
11  A  It was moving very slowly. Almost as if it
12  was going to come to a stop, even before the stop
13  sign.
14  Q  By the time you reached the intersection and
15  by the time you entered the intersection, do you know
16  where the Caprice was?
17  A  I knew that it was back far enough where --
18  that I was free to go through the intersection.
19  Q  Had it reached the stop sign?
20  A  No.
21  Q  At any point before the accident, before the
22  MPD cruiser and your cruiser collided, had the Caprice

**29**

1 reached the intersection?
2  A  Not that I observed.
3  Q  Now, you say that as you were approaching
4 the intersection you applied your brakes?
5  A  Yes.
6  Q  And when did you let up on your brakes?
7  A  After I saw that the Caprice was not going
8 to interfere with the intersection.
9  Q  You said you were traveling, before you
10 applied your brakes, somewhere between 30 and 50 miles
11 an hour?
12  A  Yes.
13  Q  How much did you decrease your speed because
14 of the application of your brakes?
15  A  I was probably going about 50, and as I
16 applied my brakes I came down to 30.
17  Q  So that's the slowest speed that you recall
18 reaching during the entire time where you were
19 approaching or in the intersection?
20  A  That's my estimate.
21  Q  Now, when you turned right or when you --
22 you said that you began to turn right. Were you able

**30**

1 to turn right at all prior to the collision?
2  A  I mean, I moved over a little bit in the
3 lane. I mean, I wasn't turning right, I was -- I
4 mean, I'm turning -- I'm going straight and I just
5 instinct kind of went to the right because I saw the
6 cruiser coming right for me. So I just tried to get
7 over as much as possible, but I couldn't turn the car
8 right.
9  Q  At this point did you have your lights and
10 sirens on?
11  A  Yes.
12  Q  Did you observe the MPD cruiser to have its
13 lights and a siren on?
14  A  I assumed it did.
15  Q  Do you remember if it had its lights and
16 sirens on?
17  A  I don't remember at this point in time.
18  Q  One second. Now, you say that the MPD
19 cruiser struck your car?
20  A  Yes.
21  Q  And what happened after it struck your car?
22  A  After it struck my car, I just remember kind

**31**

1 of gliding along a little bit and then up in someone's
2 lawn on like some steps.
3  Q  Did your car impact any other objects?
4     MS. JOHNSON: Objection to form.
5     MR. VRICOS: You can answer the question if
6 you understand it.
7     THE WITNESS: I later learned it did.
8 BY MR. VRICOS:
9  Q  Do you have a recollection of that?
10  A  I mean, I knew there was an impact. I just
11 didn't know where it came from. I mean, I knew the
12 MPD cruiser hit me. I've seen the damage to my
13 vehicle. I know where the other damage came from, but
14 at the time I didn't know what I'd hit.
15  Q  Where did the other damage come from?
16  A  From the right-hand side. I guess from the
17 other car, the Caprice. I assume it's a Caprice.
18 I'll just say Chevrolet from here on out.
19  Q  Officer, I'm going to hand you a diagram.
20     MS. JOHNSON: Are you going to mark this as
21 an exhibit?
22     MR. VRICOS: If I put it in, I will.

**32**

1     It's not to scale, and I'm not asking you to
2 treat it as if it were, but in your best approximation
3 I'm going to ask you to mark on this. You can use
4 this blue pen that I have.
5     MS. JOHNSON: I would feel more comfortable
6 if we enter this as an exhibit if he's going to be
7 marking anything on it.
8     MR. VRICOS: I will. I will enter it.
9 That's fine. Can I mark that as Defendant's 1,
10 please?
11     (Houghton Deposition Exhibit Number 1 was
12 marked for identification and attached to the
13 transcript.)
14 BY MR. VRICOS:
15  Q  Officer Houghton, please just put an X where
16 you were when you applied your brakes.
17  A  This way is Clay Street here?
18  Q  This is Clay, yes. And here's 61st.
19  A  And over here is going to be 62nd?
20  Q  This is north.
21  A  So I'm heading this way, correct? Is this
22 62nd over here?

**Page 33**

Q Well, I think you said that you were heading west on Clay Street.

A All right. Is this going to be 60th, back here?

Q Well, I'll be frank with you, I'm not sure where -- if you were heading west on 61st when you approached the intersection of 61st and Clay, then I guess you'd be heading this way (indicating).

A So 62nd's over there. I'm hitting my brakes way back here. Even maybe, depending on the scale, but I'm hitting them way before I'm coming to the stop.

MR. DuBOFF: Would you put your initials there.

THE WITNESS: (Indicating.)

MR. DuBOFF: And you did a star.

THE WITNESS: Yes. You told me an "X" but I felt like a star today.

MS. JOHNSON: Mr. Vricos, can you just represent where this diagram is from?

MR. VRICOS: It's a modified version of the one that I took off the PD 10, which is the MPD

**Page 34**

statement. I've blotted out all of the other diagrams of cars and directions that were there. And that was just to simplify things a little bit.

BY MR. VRICOS:

Q Please put a circle where you were or, I'm sorry, where the Caprice was when you first noticed it.

A (Indicating.)

Q Please put a square where you were when you first noticed the MPD cruiser.

A (Indicating.)

Q Okay. Please put an X where the MPD cruiser was when you first noticed it.

A (Indicating.)

Q And if it's in the same spot, that's fine, but please put another X or put a triangle where you were when you began to pull, as much as you could, to the right.

A As soon as I saw the cruiser, is when I knew he was coming right at me. (Indicating.)

Q Did you notice the rate of speed that the MPD cruiser was traveling at?

**Page 35**

A It was very fast. I don't know how fast he was going, but it was a high rate.

Q Can you approximate? And I'll understand it as such, as an approximation.

A I'd say approximately 45 miles an hour.

Q Do you know if they slowed down at all for the stop sign?

MS. JOHNSON: Objection. Calls for speculation.

THE WITNESS: I have no idea.

MR. VRICOS: Did you observe them slowing down?

THE WITNESS: I did not observe them slowing down.

BY MR. VRICOS:

Q Do you know if the MPD cruiser was engaged in a chase with regard to the same incident that you were involved in?

MR. DuBOFF: Objection.

MS. JOHNSON: Objection.

MR. VRICOS: I'm asking if he knows.

THE WITNESS: I don't know.

**Page 36**

MR. DuBOFF: Continuing objection.

BY MR. VRICOS:

Q Have you received any training with regard to operating unmarked police vehicles?

A I received training in operating emergency vehicles, which an unmarked and a marked is considered an emergency vehicle. There's no difference in training.

Q Is there any difference, that you're aware of, with regard to how marked vehicles and unmarked vehicles are allowed to act in a chase?

MS. JOHNSON: Objection to form.

THE WITNESS: Yes. I am aware.

BY MR. VRICOS:

Q And what are those?

A According to our general orders, in a chase the lead vehicle should not be an unmarked police vehicle. It should be a fully marked cruiser. That's basically the only difference.

Q How many vehicles did you know of at the time that were engaged in the chase when you got to Clay Street and 61st?

**Page 57**

1  A  I would have had the strobes.
2  Q  When you say strobes --
3  A  The flashing white lights. Those are on
4  each corner next to the headlights like under the
5  parking light area. On the front it had the red and
6  blue strobes -- in the rear windows and in the front.
7  I believe in that vehicle it was like on the top like
8  in the center underneath the front windshield red and
9  blue lights.
10  Q  What type of sirens?
11  A  Standard sirens all our cruisers have.
12  Q  Okay. And when did you turn those on?
13  A  When I left the station.
14  Q  Did you have an opportunity to observe the
15  accident scene after the incident?
16  A  No.
17  Q  Where did you go immediately after you got
18  out of the car?
19  A  I was like leaning on my car, and I think I
20  sat down and then I was transported by another
21  cruiser -- Park Police unit took us up to -- I believe
22  it was G.W. Hospital.

**Page 58**

1  Q  Had you ever previously been at the
2  intersection -- were you in the vicinity where this
3  accident occurred?
4  A  No.
5  Q  Had you ever been there at all for --
6  A  No.
7  Q  Where are you originally from?
8  A  Glen Burnie, Maryland.
9      MR. VRICOS: Okay. That's all I have.
10     EXAMINATION BY COUNSEL FOR THE PLAINTIFF
11  BY MR. DuBOFF:
12  Q  Officer Houghton, Joel DuBoff. Nice to meet
13  you.
14  A  You too.
15  Q  How long you been a Park policeman?
16  A  Eight years now. Since January of 1999.
17  Q  The day in question, was this daytime when
18  the motor vehicle crash occurred or crashes?
19  A  Yes.
20  Q  I believe you said that you were assigned or
21  you heard a run along with your Sergeant just in the
22  end of finishing a booking?

**Page 59**

1  A  Yes.
2  Q  How did that work, the Sergeant told you
3  okay, let's both go look or check it out or monitor or
4  what?
5  A  Well, we were just in the office finishing
6  up, and generally you hear a call like that, it's not
7  one you get all the time, you start heading out of the
8  office. And we walked out together or more or less
9  jogging out together.
10  Q  I'm assuming you are going along with what
11  he was going to do because it was logical what he was
12  going to do and it's logical for you to do.
13  A  Yes.
14  Q  So he didn't direct you to do that?
15  A  It's just something you do.
16  Q  You knew what you do. Is this something
17  you're trained in the academy or the equivalent of
18  what you were trained in the academy in that kind of
19  situation?
20  A  Yes.
21  Q  Did you see any MPD or D.C. motor vehicles
22  in the chase before the crashes?

**Page 60**

1  A  I never saw the chase, so to speak. I mean,
2  I'm trying to get there. There's other units trying
3  to get there. But I didn't see like five or six
4  cruisers following this black Jeep. I never saw
5  anything like that.
6  Q  When did you know, if you did, that there
7  was some call for shots fired? Do you remember the
8  time frame of when that was?
9  A  That went out over our radio. I was about
10  two blocks away from where the accident occurred.
11  Q  And how long after that went out did the
12  crashes occur?
13  A  I'll approximate 10 to 30 seconds, within a
14  minute.
15  Q  If you were two blocks away, I assume you
16  were still going in some kind of reasonable pursuit?
17  A  Yes.
18  Q  So did you speed up or did you slow down
19  after you heard shots were fired?
20  A  I was doing the same.
21  Q  So you were doing the 30 to 50 approximately
22  at that point?

**Page 61**

1  A  To trying to get there. Kind of.
2  Q  Where did they hear the shots were coming
3  from? Did they give you a location or an address?
4  A  My recollection is 60th and Clay. The shots
5  fired stands out more than the location with it. I
6  don't remember exactly. I think 60th and Clay may
7  have been what went over the radio.
8  Q  Does a police sergeant have different
9  emergency equipment on his vehicle than you would have
10 on yours?
11 A  It just depends what kind of car you're
12 driving. Everybody has different cars.
13 Q  Were most of the officers using Crown
14 Victorias at that time?
15 A  In our department we have Chevy Impalas now
16 that are generally for the city. The Ford Crown Vics
17 are for the highway units. The unmarked are usually
18 for plainclothes ranking officials. I mean, there's
19 probably all types of different vehicles involved in
20 that one since it started on the highway and came into
21 the city.
22 Q  You didn't have a lot of time, but you did

**Page 62**

1  have a moment to be able to see this vehicle that was
2  coming at some high rate of speed, you say, at 45
3  miles per hour?
4  A  The cruiser -- at MPD cruiser?
5  Q  Yes. And that was marked. And when you saw
6  that car, did you see what part of the car was coming
7  at you?
8  A  I saw the front end, and I remember seeing
9  the MPD emblem as I was trying to avoid it.
10 Q  You didn't hear any horns honking or any
11 flashing lights; would that be fair to say?
12 A  I don't recall.
13 Q  What do you mean by you don't recall?
14 A  At this point I don't recall what I remember
15 as far as I just remember seeing that car barreling
16 down on us.
17 Q  Did you ever write it down with more details
18 than you now recall?
19 A  I think in the reports I put that the
20 cruiser had his lights and sirens on.
21 Q  In terms of your preparation for today,
22 what, if anything, did you look at to prepare for

**Page 63**

1  today's deposition?
2  A  I looked at the reports that my Sergeant
3  have wrote, that I had written. I met a few times,
4  you know, with the attorneys.
5  Q  Both attorneys?
6  A  Perri Rothemich, I met with her the other
7  day.
8  Q  Okay. I don't want you to tell us what you
9  said to them. You said that you were interviewed by
10 members of the Park Police force; is that fair to say?
11 A  Yes.
12 Q  Approximately how many people interviewed
13 you or how many times were you interviewed?
14 A  Just Sergeant Wilson.
15 Q  And when was that?
16 A  The day of the accident.
17 Q  And where was that?
18 A  Probably our office or at the hospital
19 before I left that day.
20 Q  Was Sergeant Wilson on the scene before you
21 were evacuated -- were taken away from the scene?
22 A  I don't remember.

**Page 64**

1  Q  You had been asked a question in regard to
2  other than written statements. Did you give someone a
3  verbal statement as to what had occurred? Would that
4  be something you did at the hospital, at George
5  Washington?
6  A  I don't know if it was a statement. More or
7  less you tell people what had happened -- you know,
8  what happened.
9  Q  What did you say?
10 A  I was in that chase or whatever and I got
11 T-boned by MPD.
12 Q  Have you ever driven 140 again since this
13 motor vehicle traffic?
14 A  That car is totaled. The beat is 140 or
15 142, but that vehicle was done.
16 Q  Did you get a chance to see the Chevy
17 Caprice that my clients were in in terms of the damage
18 and how far it was to you?
19 A  Yes.
20 Q  I guess it never got anywhere past the
21 telephone pole?
22 A  Repeat.