# Plaintiffs' Exhibit Number

# 4

# Complainant/Witness Statement of Hawkins

| METROPOLITAN POLICE DEPARTMENT Washington, D.C. COMPLAINANT/WITNESS STATEMENT | P.D. 119 REV. 10/89 |
|---|---|
| | 1. COMPLAINT NO. 167-984 |
| 2. NATURE OF INVESTIGATION  MPA Scout Car Accident | 3. UNIT FILE NO. |
| 4. STATEMENT OF: (Last, First, Middle)  Hawkins Jr John S | 5. DOB 10-3-83 | 6. SEX M |
| 7. HOME ADDRESS  9907 Sunan Pl Upper Marlboro MD 20772 | 8. HOME PHONE 301 868-2891 |
| 9. EMPLOYMENT (Occupation and Location)  DPW+T | 10. BUSINESS PHONE |
| 11. LOCATION STATEMENT TAKEN  G.W Hospital | |
| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature)  S/t Howard Rogin | 13. DATE/TIME STARTED 12-8-04 1835 |

14. STATEMENT

Well me and my friend was sitting on the corner clay st. NE when alot of police vehicles was chasing a Jeep. so we stop and did not move. Next thing I no we was hit.
I was the passenger of the car and cannot recall what direction we was in.

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

16. DATE/TIME ENDED  12/8/04  6:40

17. Page 1 of 1 Pages

Signature of Person Giving Statement

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:  (Name and Signature)

19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:  (Name and Signature)

95-0818