# Plaintiffs' Exhibit Number

# 7

# Deposition of Gibson

```
            UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA

------------------------x
ROLAN GIBSON et al.,    :
                        :
        Plaintiffs,     :
                        :
                        :
        v.              : No. 1:06CV00551
                        :
UNITED STATES           :
OF AMERICA et al.,      :
                        :
        Defendants.     :
------------------------x
```

Washington, D.C.

Wednesday, March 7, 2007

Telephonic deposition of

ROLAN GIBSON

Plaintiff, called for examination by counsel for Defendant United States of America pursuant to notice and agreement of counsel, beginning at approximately 10:56 a.m. at Beta Court Reporting, 1140 Connecticut Avenue, NW, Washington, D.C., before Jonathan Zilinski of Beta Court Reporting, notary public in and for the District of Columbia, when were present on behalf of the respective parties:

Page 30

```
 1  recall.
 2    Q  Did the D.C. cruiser have its
 3  emergency lights on when you saw it in the
 4  intersection before it hit your car?
 5    A  No.
 6    Q  It did not?
 7    A  No.
 8    Q  Did the Park Police vehicle have
 9  any emergency lights activated before it hit
10  you?
11    A  No.
12    Q  Were you wearing your seatbelt at
13  the time that you were parked at the
14  crosswalk?
15    A  Yes, ma'am.
16       MR. DuBOFF: Objection as to
17  relevance.
18       You can answer, which he has.
19       BY MS. JOHNSON:
20    Q  So after the impact, you were
21  unconscious. What's the next thing that you
22  remember?
```

Page 31

```
 1    A  The next thing I remember is
 2  Mr. Hawkins shaking me -- I guess trying to
 3  wake me back up.
 4    Q  Were you still in your vehicle?
 5    A  Yes.
 6    Q  Did you wake up at that time?
 7    A  No, I didn't -- I wasn't fully
 8  coherent with what was going on.
 9    Q  And then what happened?
10    A  And he reached in and -- making
11  sure I was okay and he pulled me from the
12  passenger's side, pulled me across the car
13  out of the car.
14    Q  When he pulled you out of the car,
15  were you aware whether there was an ambulance
16  that had come to the scene?
17    A  No.
18    Q  Before he pulled you out of the
19  car, did any MPD officers come and ask you
20  any questions?
21    A  No.
22    Q  So he pulled you out of the car,
```

Page 32

```
 1  and were you just lying on the sidewalk?
 2    A  Yes, I seem to remember laying in
 3  the grass there (inaudible).
 4    Q  What do you remember happening
 5  then?
 6       REPORTER: I didn't hear his last
 7  answer.
 8       BY MS. JOHNSON:
 9    Q  Sorry. Could you repeat your last
10  answer, Mr. Gibson.
11    A  What was the last question?
12    Q  I said after he pulled you out of
13  the car, you were just lying on the ground?
14    A  Yes.
15    Q  I believe you said you were lying
16  on the grass.
17    A  Yes. In the grass, on the ground,
18  yes.
19    Q  Thank you.
20       What do you remember happening
21  next?
22    A  After that, Mr. Hawkins stayed
```

Page 33

```
 1  there with me. I guess to see how badly I was
 2  hurt. And an MPD officer had come over and
 3  he asked me not to move, and he was checking
 4  to see how badly I was injured.
 5       I remember him calling -- actually
 6  I don't know if he called or someone called
 7  an emergency vehicle to come pick me up or
 8  check me, make sure I was okay, or how badly
 9  I was hurt.
10    Q  The MPD officer was a male?
11    A  If I can remember correctly, yes.
12    Q  Do you remember a female MPD
13  officer coming to you before you got out of
14  the car and asking any questions?
15    A  No.
16    Q  So the MPD officer asked if you
17  were okay. Were you able to answer him?
18    A  No.
19    Q  Do you know if Mr. Hawkins answered
20  for you?
21    A  No, I don't know.
22    Q  But you were aware that the MPD
```

### Page 102

1  A  No.
2  Q  Just give me one minute.
3     We've been provided by Mr. DuBoff
4  with a picture of your hand when it was in a
5  splint, as you described afterwards.
6     Was that a soft splint or was it
7  hard material?
8  A  It was hard material under the
9  bandage, so it was kind of stiff, yes.
10 Q  Could you get it wet?
11 A  No.
12 Q  Could you take it off if you wanted
13 to?
14 A  Yes.
15 Q  You could take it off?
16 A  Yes.
17 Q  How would you take it off?
18 A  I guess unwrap the bandage. I was
19 told not to take it off.
20 Q  It didn't have a zipper on the
21 underside or anything like that?
22 A  No.

### Page 103

1  Q  No, okay.
2     MR. DuBOFF: While you're
3  thinking --
4     MR. VRICOS: Off the record for one
5  second.
6     (Recess)
7     BY MR. VRICOS:
8  Q  You said you saw an unmarked
9  vehicle at some point?
10 A  Yes.
11 Q  When you were sitting at the
12 intersection?
13 A  Yes.
14 Q  What was the color of that?
15 A  When I was sitting there, actually,
16 I saw a lot of unmarked vehicles.
17 Q  You saw one that was in an
18 accident, though; correct?
19 A  Yeah.
20 Q  What color was that?
21 A  Like a dark blue, navy blue.
22 Q  Can you approximate how quickly

### Page 104

1  that car was traveling when it entered the
2  intersection?
3  A  More than -- estimate, maybe like
4  anywhere from 60 to 75 miles an hour.
5  Q  And did you notice whether it had
6  its lights and sirens on?
7  A  No, didn't notice that it did.
8  Q  Is it possible that you don't
9  recall?
10 A  Yes.
11 Q  And you said that there was another
12 car involved in the accident; correct?
13 A  Yeah.
14 Q  And that was the MPD cruiser?
15 A  Yeah.
16 Q  And can you approximate how fast
17 that was traveling?
18 A  It had to be around the same speed.
19 Around the same speed.
20 Q  How long did you have to observe
21 these two cars when they entered? You said
22 earlier in your testimony that you looked

### Page 105

1  right after you heard shots fired; is that
2  correct?
3  A  Yes.
4  Q  And then you looked toward the
5  intersection again and saw what happened.
6  A  Yes, everything just happened so
7  fast, it was like I looked to my right and
8  when I turned my head back around, it was
9  just -- that's when everything happened. I
10 just -- cars, I saw cars spinning around, and
11 after that, it was just -- I don't know. I
12 don't recall.
13    MR. DuBOFF: I don't think he
14 answered the question. I think it was just
15 how long.
16    THE WITNESS: Right.
17    BY MR. VRICOS:
18 Q  So how long did you have an
19 opportunity to observe, would you say?
20 A  Like two to three seconds.
21 Q  And in that time, you were able to
22 sort of estimate how quickly the cars were