# Plaintiffs' Exhibit Number

# 8

# Deposition of Hawkins

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------x
ROLAN GIBSON et al.,     :
                         :
           Plaintiffs,   :
                         :
                         :
     v.                  :  No. 1:06CV00551
                         :
UNITED STATES            :
OF AMERICA et al.,       :
                         :
           Defendants.   :
------------------------x
```

                              Washington, D.C.

                        Wednesday, March 7, 2007

Telephonic deposition of

        JOHN HAWKINS JR.

a witness, called for examination by counsel for Defendant United States of America pursuant to notice and agreement of counsel, beginning at approximately 12:58 p.m. at Beta Court Reporting, 1140 Connecticut Avenue, NW, Washington, D.C., before Jonathan Zilinski of Beta Court Reporting, notary public in and for the District of Columbia, when were present on behalf of the respective parties:

Page 22

1  ambulance with Mr. Gibson?
2     A   In the front.
3     Q   You rode in the front of the
4  ambulance?
5     A   Yes.
6     Q   Before the time that the ambulance
7  came, was Mr. Gibson able to speak to you at
8  all?
9     A   He wasn't really communicating with
10 me. I was trying to get him to speak, make
11 sure he was okay, but he wasn't really
12 talking back.
13    Q   And once you got in the ambulance,
14 you were riding in the front with the driver?
15    A   Right.
16    Q   So you weren't able to see
17 Mr. Gibson in the back of the ambulance?
18    A   I can hear, but I didn't see him.
19    Q   Did you hear anything?
20    A   I could hear them asking him to
21 stay awake, try not to fall asleep, are you
22 okay, things of that nature.

Page 23

1     Q   Did you hear him responding at all?
2     A   No, ma'am.
3     Q   When your car was hit, you say you
4  hit a telephone pole?
5     A   Right.
6     Q   Was the telephone pole on your
7  side, on the right side?
8     A   On the right-hand side.
9     Q   On the right-hand side. And did it
10 push Mr. Gibson's car into the telephone
11 pole, the collision?
12    A   Yes.
13    Q   So do you remember what part of
14 your car impacted with the telephone pole?
15 Was it the front or the middle?
16    A   I believe it was the fender, the
17 front.
18    Q   The front?
19    A   Yes.
20    Q   So your door, the passenger's side
21 door, was not impacted against the telephone
22 pole?

Page 24

1     A   No.
2     Q   Did either of the cars hit on your
3  side?
4     A   No.
5     Q   It was all on the driver's side?
6  The impact happened on the left-hand side?
7     A   I believe so.
8     Q   Because to your right, was there a
9  street?
10    A   Yes.
11    Q   Okay. And you were able to get out
12 of Mr. Gibson's vehicle?
13    A   Right.
14    Q   Without any problem with the door
15 or anything?
16    A   Right.
17    Q   And so you went to the hospital.
18 Prior to going to the hospital, did you make
19 any statements to any officers?
20    A   It was so long ago I don't even
21 remember.
22    Q   Do you remember any officer from

Page 25

1  the MPD coming to your car before you exited
2  the car and asking questions?
3     A   Oh, no. No.
4     Q   You're sure of that?
5     A   I'm sure of that.
6     Q   And you don't remember an MPD
7  officer coming while you were waiting for the
8  ambulance, aside from the person we're not
9  sure about who asked about Mr. Gibson?
10    A   Right.
11    Q   Do you recall any other officer
12 coming to take a statement from you?
13    A   Right then, no.
14    Q   And so when you got to the
15 hospital, how were you feeling?
16    A   My head was still throbbing, like
17 everything was moving kind of fast. And it
18 was like, as I said, I was afraid and scared
19 because I didn't know what was going on with
20 me or with my partner.
21    Q   Prior to getting into the
22 ambulance, did you see how many cars,