# Plaintiffs' Exhibit Number

# 9E

# Photo

