# Plaintiffs' Exhibit Number

# 9F

# Photo

Case 1:06-cv-00551-JMF     Document 41-16     Filed 06/28/2007     Page 1 of 2

