IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

**ROLAN GIBSON, et al.**         \*
                                 \*
      **Plaintiffs,**    \*
                                 \*
      v.                \*
                                 \*   Case No. 1:06CV00551
**UNITED STATES OF AMERICA**     \*   Magistrate Judge: John M. Facciola
                                 \*
      and               \*
                                 \*
**DISTRICT OF COLUMBIA**         \*
  **GOVERNMENT**              \*
                                 \*
      **Defendants.**    \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**UPON CONSIDERATION** of the Plaintiffs' Opposition to Defendant District of Columbia's Motion for Judgment on the Pleadings or for Summary Judgment, the information contained therein and the entire record herein, it is this _____ day of _____, 2007

**ORDERED**, that Defendant District of Columbia's Motion for Judgment on the Pleadings or for Summary Judgment be and hereby is **DENIED,**

    **SO ORDERED.**

_____
John M. Facciola, Magistrate Judge
United States District Court for the District of Columbia

Copies to

Joel DuBoff, Esquire – via Electronic Delivery

James Vricos, Esquire – via Electronic Delivery

Michelle N. Johnson, Esquire  - via Electronic Delivery