# Plaintiffs' Exhibit Number

# 1

# MPD Report

*[Page contains a rotated handwritten Metropolitan Police Department Traffic Accident Report (PD 10 Rev. 7/96, Prescribing Directive G.O 401.3). Key legible details:]*

**TRAFFIC ACCIDENT REPORT** — Metropolitan Police Department, Washington, D.C.

- Date of Accident: 12-8-04
- Time (Military): 1536
- Day of Week: Wednesday
- Date of Report: 12-8-04
- Location: Intersection 61st Street NE and Clay St NE

**Driver 1:** Houghton, Donald — 100 Otto Drive SW, Washington, District of Columbia — Phone 202-406-6960 — Birthdate: Adult Male
- Vehicle: 2004 Ford, 4D, Blue, Tag VA 1520418, VIN redacted — United States Government owner — Permit DL-3780

**Driver 2:** Watkins, Marvin — (address redacted) — Phone 202-787-4849 — Adult Male
- Vehicle: 2004 Dodge, 4D, White, Tag DC DA-3780 — District Government owner

**Driver 3:** Gibson, Roland Jr. — 6021 Clay Street NE, Washington DC — Birthdate 4-14-84
- Vehicle: 2003 Chevy, 4D, Red, Tag 134014J-DC (exp 4-14-04) — Roland Jr. Gibson owner — 6021 Clay St NE Washington DC

**Persons Involved / Non-involved Witnesses:**
- Houghton, Donald — 100 Otto Drive SW, Washington DC — M / 01 / 05 / 00 / 01
- Watkins, Marvin — 100 42nd St NE, 202-787-4849 (passenger in V3) — M / 02 / 01 / 06 / 01
- Gibson, Anthony — 100 42nd St NE — M / 02 / 05 / 00 / 06 / 01
- Gibson, Roland Jr. — 6021 Clay Street NE, Washington DC, 202-787-4849 — M / 03 / 01 / 00 / 06 / 01
- Hawkins, John Jr. — 9807 Sweden Pl, Upper Marlboro MD, 301-568-2891 — M / 03 / 06 / 00 / 01

**Non-involved Witness:** Hawkins, John Jr. — 9807 Sweden Pl, Upper Marlboro MD (passenger in V3)

Complaint number: 167884

**INJURED TO HOSPITAL**

| 43. Name of Injured Person | Where Taken (Hospital) | By Whom | Status | TEB Notified (Name) | Teletype Notified (Name) | Relative Notified (Name) |
|---|---|---|---|---|---|---|
| Houghton, Donald | George Washington Hosp. | | 01 ☐ Admitted 02 ☒ Released | | | |
| Watkins, Marvin | Washington Hosp. Ctr. | Medic 30 | 01 ☐ Admitted 02 ☒ Released | | | Mrs. Watkins |
| Gulich, Gary | Washington Hosp. Ctr. | Medic 30 | 01 ☐ Admitted 02 ☒ Released | | | Kellie Gulich |
| Gibson, Ronald | George Washington Hosp | AB-32 | 01 ☐ Admitted 02 ☒ Released | | | |
| Hawkins, John Jr. | George Washington Hosp | AB-32 | 01 ☐ Admitted 02 ☒ Released | | | |
| | | | 01 ☐ Admitted 02 ☐ Released | | | |
| | | | 01 ☐ Admitted 02 ☐ Released | | | |

**VEHICLE NO. 1**

44. DIRECTION OF TRAVEL AND STREET (MUST BE SAME AS IN NARRATIVE/DIAGRAM): 6100 Blk Clay St NE West Bound

46. VEHICLE WAS: 01 ☐ LEFT ON SCENE 02 ☒ TOWED BY 03 ☐ DRIVEN AWAY BY

NAME: A+A Towing

47. LOCATION TOWED TO:

45. CIRCLE ALL NUMBERS WHERE THERE IS DAMAGE: 1 2 3 4 5 6 7 8 9 10 11 12 13 Hood 14 Roof 15 Trunk 16 Undercarriage 17 Overturned 18 Other (Explain in Narrative)

48. SKID MARKS: TO IMPACT Ø AFTER IMPACT Ø

**VEHICLE NO. 2**

44. DIRECTION OF TRAVEL AND STREET (MUST BE SAME AS IN NARRATIVE/DIAGRAM): 61st & Clay St NE North Bound

46. VEHICLE WAS: 01 ☐ LEFT ON SCENE 02 ☒ TOWED BY 03 ☐ DRIVEN AWAY BY

NAME: MPM Crane 3

47. LOCATION TOWED TO:

45. CIRCLE ALL NUMBERS WHERE THERE IS DAMAGE: 1 2 3 4 5 6 7 8 9 10 11 12 13 Hood 14 Roof 15 Trunk 16 Undercarriage 17 Overturned 18 Other (Explain in Narrative)

48. SKID MARKS: TO IMPACT Ø AFTER IMPACT 4'

**VEHICLE NO. 3**

44. DIRECTION OF TRAVEL AND STREET (MUST BE SAME AS IN NARRATIVE/DIAGRAM): South Bound

46. VEHICLE WAS: 01 ☒ LEFT ON SCENE 02 ☐ TOWED BY 03 ☐ DRIVEN AWAY BY

NAME:

47. LOCATION TOWED TO:

45. CIRCLE ALL NUMBERS WHERE THERE IS DAMAGE: 1 2 3 4 5 6 7 8 9 10 11 12 13 Hood 14 Roof 15 Trunk 16 Undercarriage 17 Overturned 18 Other (Explain in Narrative)

48. SKID MARKS: TO IMPACT Ø AFTER IMPACT Ø

**VEHICLE NO. 4**

44. DIRECTION OF TRAVEL AND STREET (MUST BE SAME AS IN NARRATIVE/DIAGRAM):

46. VEHICLE WAS: 01 ☐ LEFT ON SCENE 02 ☐ TOWED BY 03 ☐ DRIVEN AWAY BY

NAME:

47. LOCATION TOWED TO:

45. CIRCLE ALL NUMBERS WHERE THERE IS DAMAGE: 1 2 3 4 5 6 7 8 9 10 11 12 13 Hood 14 Roof 15 Trunk 16 Undercarriage 17 Overturned 18 Other (Explain in Narrative)

48. SKID MARKS: TO IMPACT ______ AFTER IMPACT ______

49. DIAGRAM: THE PREDETERMINED NORTH IN THE TOP RIGHT HAND CORNER OF THIS SECTION SHALL NOT BE CHANGED BY THE REPORTING OFFICER. THE DIAGRAM MUST CORRESPOND TO ITEM NO. 44, AND THE NARRATIVE. IF THE REPORT IS BEING TAKEN BY AN OFFICER AFTER THE FACT, THE DIAGRAM SHALL BE COMPLETED TO SHOW THE GENERAL AREA IN WHICH THE ACCIDENT OCCURRED. FREEWAY ACCESS RAMPS, EXIT RAMPS, AND BRIDGES SHALL BE INDICATED.

NORTH

PEDESTRIAN ○ BIKE/MOTORCYCLE ○—○ VEHICLE

— INDICATE TYPE OF FIXED OBJECT
— INDICATE DIRECTION
— INDICATE POSTED SPEED
— INDICATE VEHICLE BY NO.

NOTE: This report is used for statistical analysis of vehicular accidents and the prevention thereof. The data given represents the opinion and conclusions of the reporting officer based on his/her judgement after considering all of the facts disclosed through his/her investigation of this accident.

Complaint No. 161-884

96-0047

Page ___ of ___ Pages

Police Action — Dr./Ped. No. ___ No. ___ Arrest/NOI Number: Under Investigation — Charge (Report must support the charge.) — SA/Superior Court Hearing Date — Complaint No. 167-884 — DPW 40-1 Issued? — What Traffic Signs Present

Darken the appropriate block in each category.

31. TYPE OF COLLISION: 00 Unknown; 01 ■ Right angle; 02 Left turn hit veh.; 03 Right turn hit veh.; 04 Rear end; 05 Side swiped; 06 Head on; 07 Parked vehicle; 08 Fixed object; 09 Ran off roadway; 10 Left turn hit ped.; 11 Right turn hit ped.; 12 Straight hit ped.; 13 Backing hit moving veh.; 14 Backing hit parked veh.; 15 Backing hit stopped veh.; 16 Backing hit pedestrian; 17 Non-collision accident; 99 Other

32. ROAD SURFACE: 01 Concrete; 02 ■ Asphalt; 03 Brick; 04 Gravel; 05 Dirt; 99 Other

33. ROAD TYPE: 01 ■ Straight; 02 Curve; 03 Level; 04 Grade; 05 Crest; 06 Underpass; 07 Ramp; 08 Bridge; 09 Other

34. PEDESTRIAN ACTION: 00 Unknown; 01 With signal in crosswalk; 02 Against signal in crosswalk; 03 In crosswalk - no signal; 04 From between parked cars; 05 Not in crosswalk; 06 In unmarked crosswalk; 99 Other

35. TRAFFIC CON[TROL]: 00 Unknown; 01 Flashin[g]; 02 Yield; 03 ■ Stop si[gn]; 04 Signal; 05 None; 06 Officer; 07 Turn restric[tion]; 99 Other

36. ROAD CONDITION: 00 Unknown; 01 Repairing; 02 ■ Dry; 03 Wet; 04 Ice/snow

37. STREET LIGHTING: 00 Unknown; 01 Defective; 02 ■ None; 03 Street lights on; 04 Street lights off

38. LIGHT CONDITION: 00 Unknown; 01 Dawn/dusk; 02 Dark; 03 ■ Daylight

39. TRAFFIC CONDITION: 00 Unknown; 01 Heavy; 02 Medium; 03 ■ Light; 99 Other

40. WEATHER: 00 Unknown; 01 Fog/mist; 02 ■ Clear; 03 Rain; 04 Snow; 05 Sleet

41. PEDESTRIAN CLOTHING: 01 Unknown; 02 Wearing dark clothing; 03 Wearing light clothing

42. DRIVER/PEDESTRIAN CONDITION (1 2 3 4): 00 Unknown; 01 Fatigued; 02 Ill; 03 Physical defect; 04 Apparently asleep; 05 ■ ■ ■ Apparently normal; 99 Other

43. SOBRIETY (1 2 3 4): 01 ■ ■ ■ Had not been drinking; Had been drinking and: 02 Obviously drunk; 03 Ability impaired; 04 Not impaired; 05 Impairment unkn.; 99 Other

44. BLOOD ALCOHOL CONTENT: Dr./Ped. 1 ___ Dr./Ped. 2 ___ Dr./Ped. 3 ___ Dr./Ped. 4 ___

45. CONTRIBUTING CIRCUMSTANCES - Darken the primary factor for all vehicles and "2" all secondary factors (1 2 3 4): 01 ■ Speed; 02 Defective brakes; 03 Following too close; 04 Auto right-of-way; 05 Ped. right-of-way; 06 Improper turn; 07 Yield sign; 08 ☒ Stop/go light; 09 Flashing light; 10 Directional light; 11 Stop sign; 12 Alcohol influence; 13 Improper passing; 14 Wrong way-one way st.; 15 Wrong side of street; 16 Improper starting; 17 Other defects; 18 Pedestrian violation; 19 ■ ■ No violation; 20 Driver inattention; 21 Changing lanes w/o caut.; 22 Fail to set parking brake; 23 Open door to traffic; 24 Drug influence; 25 Improper backing; 26 Defective lights; 27 Pedestrian drunk; 28 Road defects; 29 Driver vision obstructed; 30 Right turn on red; 99 Other

46. VEHICLE TYPE (1 2 3 4): 00 Unknown; 01 ■ Passenger auto; 02 Taxi cab; 03 Bus; 04 Motorcycle; 05 Truck/tractor; No. of trailers; No. of wheels; 06 Bicycle; 07 Police patrol wagon; 08 Police motorcycle; 09 Police scooter; 10 Police scout car - one man; 11 ■ Police scout car - two man; 12 Police cruiser - marked; 13 ■ Police cruiser - unmarked; 14 Police-other; 15 Fire engine; 16 Ambulance; 17 Pedestrian - on foot; 18 Fixed object; 19 Non-collision; 20 Moped; 99 Other (explain in narrative, including skateboards, tricycles, play vehicles, etc.)

47. DRIVER ACTIONS (1 2 3 4): 00 ■ ■ ■ Unknown; 01 Backing; 02 Turning right; 03 Turning left; 04 Stopped/standing-traffic lane; 05 Parked; 06 Entering/leaving parked position; 07 Making "U" turn; 08 Merging; 09 Ran off road; 10 Changing lanes; 11 Going straight; 12 Overtaking; 13 Slowing/stop; 14 Avoiding; 99 Other

48. NARRATIVE: Give a concise statement, in your own words, of the facts that are not covered in this report, or to clarify any items that are not satisfactorily explained. Use Continuation Sheet of report for additional space. If statements are taken, use PD 118 (Def./Suspect Statement), or PD 119 (Compl./Witness Statement). If accident occurred in a construction zone, describe type of construction

V1 was Traveling West Bound in the 6100 Block Clay Street NE, when it As it was entering the intersection North Bound at 61st Street and Clay Street NE, when it Struck V2. Struck V2, V2 Spun around and Struck V3 as it was stopped at the Stop Sign at the intersection of 61st and Clay Street South Bound. V3 Came To Rest on the Steps in Front of 6020 A Clay Street NE.

Signature of Reporting Officer: [signature] — Badge No. 8464 — Unit 6D — 70. Signature of Reviewing Official: [signature] — Badge No. — Unit — 71. Reviewer