# Plaintiffs' Exhibit Number

# 3

# Deposition of Sgt. Wade

COPY

1

```
 1                UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF COLUMBIA
 3
 4   - - - - - - - - - - - - - -x
 5   ROLAN GIBSON et al.         :
 6           Plaintiff,          :
 7   vs.                         :  Civil Action No. 06-0551
 8   DISTRICT OF COLUMBIA, et al.:
 9           Defendant.          :
10   - - - - - - - - - - - - - -x
11                                   Washington, D.C.
12                                   Monday, March 5, 2007
13
14
15   Deposition of:
16                   FELECIA WADE,
17   the Deponent, called for examination by counsel for the
18   Defendant, pursuant to notice and agreement as to time and
19   place, at 501 3rd Street, N.W., Washington, D.C., before
20   Timothy Atkinson, a Notary Public in and for the District of
21   Columbia.
22
23
24
25
```

39

1  supervisor before he continued to respond to a call, to a
2  dispatch call?
3       A.   No.
4       Q.   He could just determine that he wanted to respond?
5       A.   If the call was -- assignment was already given to
6  him, he has to continue to that call.
7       Q.   What if he had been assigned to monitor a chase?
8  Would he still continue to monitor the chase even though he
9  heard that his relief is up?
10      A.   Not you're assigned to monitor a chase.
11      Q.   No one is assigned to monitor a chase?
12      A.   No.
13      Q.   You -- as a field supervisor if you determine that a
14 chase should be monitored, you send that call out to all of
15 the officers in your district?
16      A.   Yes.
17      Q.   On the 6-D channel?
18      A.   Yes.
19      Q.   And so all the officers are aware that they can
20 monitor the call, but none of them are specifically assigned
21 to the chase?
22      A.   No.
23      Q.   Okay.  And so if I'm just monitoring a call as an
24 officer and my relief is up, I should report back to the
25 station?

1    A.   Yes.
2    (Whereupon, Deposition Exhibit No. 2 was marked
3    for identification.)
4         BY MS. JOHNSON:
5    Q.   Okay.  I want to show you another general order.
6    This one more so because I'm trying to understand it.  This
7    will be Exhibit 2.  This is a general order regarding
8    Vehicular Driving Safety Program.  Do you, do you remember
9    this general order?  Does it look familiar to you?
10   A.   No.
11   Q.   Okay.  It says on page three under E, that there are
12   quarterly reporting requirements, and I'm guessing it's
13   just -- I don't know if you'll know this since it doesn't look
14   familiar to you, but I just wanted to know if that's kind of
15   an administrative requirement regarding the number of miles on
16   a vehicle or -- was there any reporting requirement regarding
17   how many accidents occurred in your district?
18   A.   What I'm reading here is something that is
19   designated for the vehicle maintenance officer of each
20   district.
21   Q.   Right.
22   A.   So --
23   Q.   You wouldn't have any involve --
24   A.   -- I wouldn't have any involvement in this
25   whatsoever.

1   office.
2       Q.   Oh, had you been patrolling --
3       A.   Yes.
4       Q.   -- the area?
5       A.   Yes.
6       Q.   And so tell me what you heard when you -- before you
7   even got to sit down when you heard this dispatch call, what
8   you recall.
9       A.   What I recall is a vehicle pursuit that came in from
10  another jurisdiction -- district entering the Sixth District.
11      Q.   Did you know it was Park Police?
12      A.   I believe they did say Park Police.  I'm -- I can't
13  recall if I knew it was Park Police at that time or not.
14      Q.   What did you do when you heard that call?
15      A.   I advised 6-D units not to get involved in it, in
16  the chase, in the vehicle pursuit.
17      Q.   Is that all you advised them at that time?
18      A.   At that particular time, I don't, I don't know, but
19  at some point I also told them to not get involved again.  I
20  told them several times and to monitor.
21      Q.   And who called in -- who gave a -- when you got the
22  call regarding the Park Police chase, was it the dispatcher
23  who gave you the -- I'm sorry -- who gave the call?
24      A.   I don't know who it was.  I didn't get the call
25  personally.

84

```
 1  and Watkins' car had its lights and sirens activated?
 2       A.   No, I don't recall.  And as you can see in these
 3  pictures, they are -- they are not on.
 4       Q.   But they could turn them off.  Correct?
 5       A.   The vehicle was still -- the vehicle was on.  If
 6  they were on, their light -- if they had them on, the lights
 7  and sirens would have been on because the vehicle was still
 8  running.
 9       Q.   At this -- well, we don't know if it was still
10  running at the time of this picture.
11       A.   It was still running at the time of this picture.
12       Q.   How do you know that?
13       A.   Because I heard it.
14       Q.   How do you know when these pictures were taken?
15       A.   That's the scene of the accident.  Right?
16       Q.   These are not MPD pictures.
17       A.   Okay.  They may be Park Police, but that's the scene
18  of the accident.
19       Q.   Correct.  So was the vehicle running the entire time
20  you were on the scene of the accident?
21       A.   When I got to the vehicle, I recall the vehicle
22  being -- the engine still being on.
23       Q.   Okay.  Do you know, if at the time you left the
24  scene of the accident the vehicle was still running?
25       A.   No.
```