# Plaintiffs' Exhibit Number

# 4

# Complainant/Witness Statement of Hawkins

METROPOLITAN POLICE DEPARTMENT
Washington, D.C.
COMPLAINANT/WITNESS STATEMENT

P.D. 119 REV. 10/89

**1. COMPLAINT NO.** 167-884

**2. NATURE OF INVESTIGATION** MPA Scout Car Accident

**3. UNIT FILE NO.**

**4. STATEMENT OF:** (Last, First, Middle) Hawkins Jr John S

**5. DOB** 10-3-83

**6. SEX** M

**7. HOME ADDRESS** 9907 Sunan Pl Upper Marlboro MD 20772

**8. HOME PHONE** 301 868-2891

**9. EMPLOYMENT** (Occupation and Location) DPW+T

**10. BUSINESS PHONE**

**11. LOCATION STATEMENT TAKEN** G.W Hospital

**12. NAME OF OFFICER TAKING STATEMENT** S/I Howard Keys

**13. DATE/TIME STARTED** 12-8-04 1835

**14. STATEMENT**

Well me and my friend was sitting on the corner clay st. NE when alot of police vehicles was chasing a Jeep. so we stop and did not move. Next thing I no we was hit.

I was the passenger of the car and cannot recall what direction we was in.

**15.** I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

**16. DATE/TIME ENDED** 12/8/04 6:40

**17. Page** 1 of 1 Pages

**18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:**

**19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:**

95-0618