# Plaintiffs' Exhibit Number

# 5

# Deposition of Officer Gulich

Case 1:06-cv-00551-JMF   Document 42-7   Filed 06/28/2007   Page 2 of 8

COPY

1

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3
 4   - - - - - - - - - - - - - - x
 5   ROLAND GIBSON                :
 6        Plaintiff,              :
 7   vs.                          : Civil Action No: 06-0551
 8   UNITED STATES OF AMERICA     :
 9        Defendant.              :
10   - - - - - - - - - - - - - - x
11                                Washington, D.C.
12                                Monday, March 19, 2007
13
14
15
16   Whereupon,
17                       GARY GULICH,
18   the Witness, called for examination by Counsel for the
19   Defendant, pursuant to notice and agreement of counsel as
20   to time and place, at 501 3rd Street, N.W., Washington, D.C.,
21   where were present on behalf of the parties:
22
23
24
25
```

1    A.   No.  When we stopped, I'm not going to keep my
2 lights on so anybody can -- you're trying to conceal a little,
3 so if the individuals are running towards us.  We're already
4 stopped.  We're stopped at 62nd and Banks waiting for
5 individuals to run down this path.  So there's no reason to
6 have my lights and sirens and stuff on.  I want them,
7 actually, to run towards me and obviously apprehend them to
8 bring them to justice.
9    So no, to the best of my recollection, I know we
10 didn't have our siren on.  Because I'm not going to blare the
11 siren and tell the individuals that we're sitting right here
12 waiting for them to run at us.  To the best of my
13 recollection, the lights and everything were off.
14    Q.   Who was controlling the lights and sirens?  Was it
15 you?
16    A.   To the best of my recollection, I shut them off.  It
17 would have been me.
18    Q.   Do you recall if you turned them on when they were
19 first turned on?
20    A.   On Texas Avenue?
21    Q.   When you first --
22    A.   Yeah, when we first engaged?  I don't really recall.
23 I doubt it was me.
24    Q.   Officer Watkins maybe first turned them on?
25    A.   Yeah, because he's in control of the vehicle.  But

```
 1        A.   I'm going to say that's going to be like maybe the
 2   400 block of 62nd Street.  No, 61st.  I think that's the 400
 3   block of 61st Street.
 4        Q.   Okay.  So you're going Code 1.  And what happened
 5   next?
 6        A.   I'm going Code 1.  I believe that's 62nd and Clay is
 7   where the accident happened.  That's Clay Street, to the best
 8   of my recollection.  There's a stop sign at that -- that's a
 9   controlled intersection.  To the best of my recollection, it's
10   a four-way controlled intersection.  With our lights and
11   sirens, we entered the intersection and was struck on the
12   passenger side, my side of the vehicle, our scout car, of
13   course, by a blue -- I'm going to say a Crown Vic, to the best
14   of my recollection -- Chevy -- or Ford Crown Victoria, which
15   caused our scout car to spin around.  And the rear of our
16   scout car struck a civilian's vehicle that was stopped at the
17   stop sign at the intersection.
18        Q.   Do you remember when you were responding to the
19   shots fired location, were you driving on 62nd or were you
20   driving on Clay Street?
21        A.   62nd.
22        Q.   Do you recall what the speed that the car was going
23   was at that time when you were responding to the shots fired?
24        A.   Our vehicle?
25        Q.   Um-hum.
```

```
 1       A.    Seven to ten miles an hour entering the
 2  intersection, if that.
 3       Q.    So very slow.
 4       A.    We just started entering the intersection.  Yes.
 5  The intersection of 62nd and Banks is approximately I want to
 6  say a half a block -- probably a little less than half a block
 7  from the intersection of Clay and 62nd Street.  So where our
 8  vehicle is, it's less than a half a block from that
 9  intersection, and we were stopped right at that -- basically,
10  that corner.
11       Q.    And so when you were approaching the intersection of
12  62nd and Clay, did Officer Watkins come to a stop at the stop
13  sign?
14       A.    I can't recall if we stopped or not.
15       Q.    And he was making a left turn at that point?
16       A.    Yes.
17       Q.    And did you see the blue Crown Victoria prior to the
18  time it impacted with your car?
19       A.    No.  I -- no, I never saw the vehicle at all until
20  -- obviously until it impacted us.
21       Q.    And did you -- after it impacted you -- well, stop.
22  Let me go back.  Prior to the time that the blue car impacted
23  you, did you see any other vehicle at that intersection of
24  62nd and Clay?
25       A.    Yeah.  I saw the civilian's vehicle.  We would be
```

```
 1      A.   Um-hum.
 2      Q.   And can you put another triangle as to where your
 3 vehicle was at the time you saw the Park Police vehicle?
 4      A.   Sure.
 5      Q.   So you saw them -- basically, you did not see the
 6 Park Police vehicle until the time of the collision?
 7      A.   Yeah.  I never saw it until our vehicle was spinning
 8 around.
 9      Q.   And the Park Police vehicle impacted you on your
10 side, the passenger side?
11      A.   Correct.
12      Q.   Do you recall if there was -- whether or not the
13 door on your side was pushed in at all?
14      A.   To the best of my recollection, the door on my side
15 -- because I exited the vehicle after the vehicle spun all the
16 way around.  And I don't recall any problems with the door
17 opening up, so that would indicate to me -- I don't -- no, I
18 don't think there was any damage to my door.
19      Q.   Do you recall when you spun around where you ended
20 up?
21      A.   Well, yeah, if you want me to mark it.
22      Q.   Yeah, another triangle.
23      A.   We ended up with our, to the best of my
24 recollection, the back of our scout car crushing the
25 civilian's car over here.  We'll put a little car like that.
```

1    A.    I have no idea. I never saw the Jeep over there.
2    Q.    Did you see any cars go down that --
3    A.    Path?
4    Q.    Path.
5    A.    No.
6    Q.    Did you see any cars as you were sitting there at
7 Banks and 61st, or just close to the curb, but Banks and 61st,
8 did you see any cars go by, meaning any police cars, marked or
9 unmarked?
10   A.    I don't recall if any of them did.
11   Q.    Did you hear any sirens?
12   A.    Yes.
13   Q.    When did you hear sirens? Meaning, of course, while
14 you're seated there.
15   A.    The whole time.
16   Q.    So where were they coming from?
17   A.    From, I believe, where the pursuit was ending, on
18 60th Street, going into the dead end.
19   Q.    How long did you sit in that quite position?
20   A.    Maybe two minutes. Approximately two minutes.
21   Q.    And who gave the order or who initiated the
22 acceleration of the vehicle from that point to go towards Clay
23 Street?
24   A.    To initiate -- I don't understand. Who actually
25 drove the car was Officer Watkins.

1  Q. Twenty to thirty seconds to go a half block, and you
2 heard gunshots?
3  A. I said it was less than half a block.
4  Q. And it took you 20 to 30 seconds? Who was pushing
5 the gas pedal?
6  A. Huh?
7  Q. Who was pushing the gas pedal to go a half a block
8 in 20 to 30 seconds?
9  A. Less than half a block. What do you mean, who was
10 pushing the gas pedal?
11  Q. You're not telling me he floored it?
12  A. No.
13  Q. He just feathered it, going 5 or 10 miles an hour to
14 the corner for a half a block?
15  A. No. We accelerated to get up to the intersection,
16 slowed down for the intersection, and entered the
17 intersection. Less than half a block, I mean, 20 or 30
18 seconds, I think, is -- that's the best of my recollection,
19 20, 30 seconds. It's less than half a block. I mean, I'm
20 sure you've been to the scene.
21  Q. Yes.
22  A. And you know where the path is, correct?
23  Q. Actually, that's the only question I'm going to
24 answer. It's your time to ask questions -- answer questions,
25 not ask them.