# Plaintiffs' Exhibit Number

# 9A

# Photo

