# Plaintiffs' Exhibit Number

# 9B

# Photo

