# Plaintiffs' Exhibit Number

# 9C

# Photo

