# Plaintiffs' Exhibit Number

# 9D

# Photo

