# Plaintiffs' Exhibit Number

# 9F

# Photo

