# EXHIBIT A

Gary Gulich

EXHIBITS

Deposition of                                CondenseIt™

COPY

Page 3

(Appearances continued from previous page.)

1       UNITED STATES DISTRICT COURT
2       FOR THE DISTRICT OF COLUMBIA
3
4    - - - - - - - - - - - - - x
5    ROLAND GIBSON         :
6         Plaintiff,        :
7    vs.                    : Civil Action No: 06-0551
8    UNITED STATES OF AMERICA :
9         Defendant.        :
10   - - - - - - - - - - - - - x
11                      Washington, D.C.
12                      Monday, March 19, 2007
13
14
15
16   Whereupon,
17              GARY GULICH,
18   the Witness, called for examination by Counsel for the
19   Defendant, pursuant to notice and agreement of counsel as
20   to time and place, at 501 3rd Street, N.W., Washington, D.C.,
21   where were present on behalf of the parties:
22
23
24
25

Page 2

1    APPEARANCES:
2              On Behalf of the United States:
3         JAMES VRICOS, Esquire
4         Office of the Attorney General
5         Assistant Attorney General
6         441 4th Street, N.W.
7         Sixth Floor South
8         Washington, D.C.  20001
9         202-724-6600
10
11             On Behalf of the Park Police:
12        MICHELLE JOHNSON, Esquire
13        501 3rd Street, N.W.
14        Washington, D.C.  20001
15        202-514-7139
16
17             On Behalf of the U.S. Department of the
18        Interior:
19        PERRI S. ROTHEMICH, Esquire
20        U.S. Department of the Interior
21        Office of the Solicitor
22        1849 C Street, N.W.
23        Washington, D.C.  20240
24        202-208-6201
25   (Appearances continue on the following page.)

1
2         On Behalf of the Plaintiff:
3    JOEL DuBOFF, Esquire
4    8401 Colesville Road
5    Suite 501
6    Silver Spring, Maryland  20910
7    301-495-3131
8
9
10   Also present:
11   PETER A. GENTILE
12   Investigator-Claims Specialist
13   National Park Service
14   United States Park Police
15   1100 Ohio Street, S.W.
16   Washington, D.C.  20024
17   202-354-1830
18
19
20
21
22
23
24
25

Page 4

1                    I N D E X
2    WITNESS:        EXAMINATION:        PAGE:
3    Gary Gulich    Ms. Johnson - Direct      5
4                   Mr. DuBoff - Cross        75
5                   Ms. Johnson - Redirect    96
6                   Mr. Vricos - Cross        100
7                   Mr. DuBoff - Redirect     103
8
9
10                  E X H I B I T S
11   EXHIBIT NO.:   DESCRIPTION:        PAGE:
12      1           Diagram              49
13      2           PD-43                59
14      3           DC Interrogatory Responses  72
15
16
17
18
19
20
21
22
23
24
25

Page 1 - Page 4

1  Q. And that is audible to both you and Officer Watkins?

2  A. Yes. To the best of my recollection, we both had

3  our handheld radios. And to the best of my recollection, the

4  radio in the vehicle, the mobile radio in the vehicle was

5  working and was in there.

6  Q. Is there also noise coming from the handheld

7  devices?

8  A. Depending if you had it on. I personally shut it

9  off so I don't get the feedback. But yeah, there could be.

10  Q. And do you recall after reporting to roll call

11  whether your next step was to get into the vehicle with

12  Officer Watkins? Or did you have another assignment prior to

13  that?

14  A. I have no idea.

15  Q. So you're riding with Officer Watkins in the

16  vehicle. Do you know around what time this was?

17  A. When we started?

18  Q. Um-hum.

19  A. No, I can't recall. I don't know if I had court and

20  got in with Officer Watkins midway through the shift, if I --

21  I can't recall. I mean, there are so many different

22  circumstances that we have that I would come in at different

23  times. I don't recall what time we started patrol.

24  Q. Okay. How did you come to first learn about the

25  Park Police pursuit of a black Jeep?

1  A. I first learned about it -- to the best of my

2  recollection, the vehicle -- how did we learn about that? The

3  best of my recollection, the MPD dispatcher, the 6th District

4  dispatcher, I think, first advised us that Park Police were in

5  pursuit of a vehicle, and it was a black Jeep. It was

6  supposed to be reported stolen, and to the best of my

7  recollection, out of Prince George's County. And at what area

8  it began in or what area they were in, I don't know at that

9  point. But we were advised by the dispatcher that Park Police

10  were in the 6th District.

11  Q. Prior to hearing this announcement from the

12  dispatcher, did you visually see any Park Police vehicles

13  pursuing a Jeep?

14  A. No.

15  Q. And after the dispatcher advised the Park Police

16  we're in pursuit of a vehicle, did you know at that time if it

17  was a black Jeep?

18  A. To the best of my recollection, the description was

19  a black Jeep. It was broadcasted to us.

20  Q. After she made that announcement, what did you and

21  Officer Watkins do?

22  A. Maybe nothing. I don't -- I believe we were on --

23  by Texas Avenue somewhere, just sitting there, maybe

24  completing reports or something. I don't know.

25  Q. So after the dispatcher advised that the Park Police

1  were in pursuit, you didn't attempt to assist the Park Police?

2  A. I don't believe she actually told us where it was.

3  She might have. I don't recall the actual area where they

4  were coming into.

5  Q. So you basically just went about your business.

6  A. Right.

7  Q. And what happened next?

8  A. At some point in the chase, or pursuit, an MPD unit

9  got involved. Because MPD unit, and I believe it was a K-9

10  unit, to the best of my recollection, it was, started

11  transmitting, of course, on our radio frequency different

12  locations of where the pursuit was taking place. I believe

13  that those transmissions started -- I could be wrong, but to

14  the best of my recollection, they started somewhere in the 7th

15  District. I could be wrong. But I think -- or correction.

16  The K-9 unit met up with the other units in the 7th District.

17  Q. And so it was another MPD unit that was broadcasting

18  information about the pursuit.

19  A. Correct.

20  Q. And are MPD officers allowed to take orders from

21  another MPD unit?

22  A. Depending on the rank of the individual, and if it's

23  a supervisor, absolutely.

24  Q. Do you recall the MPD unit that was transmitting

25  regarding the Park Police pursuit, do you recall the vehicle

1  number?

2  A. No.

3  Q. Do you recall if it was a supervisor?

4  A. I have no idea if it was or it wasn't.

5  Q. And what did you and Officer Watkins do at this time

6  when you began hearing the MPD transmission?

7  A. We were on Texas Avenue, and just monitored the

8  transmission of where the pursuit was coming.

9  Q. And when you say monitored, does that mean to just

10  listen?

11  A. Monitored the radio. Just listened to where it was

12  coming. Like I said, to the best of my knowledge at that

13  point, it was in the 7th District. I believe -- I could be

14  incorrect, but I believe -- did it ever go in the 6th

15  District? No, I think it only stayed in the 7th District,

16  then entered the 6th District. Or came back to the 6th

17  District.

18  Q. It had been in the 6th District --

19  A. I believe when the dispatcher -- to the best of my

20  recollection, the dispatcher advised that Park Police has a

21  pursuit in the 6th District, but it's not giving us exact

22  locations. Because there's a huge time delay from their

23  dispatcher talking to our dispatcher to getting to us.

24        At some point, and to the best of my recollection, a

25  K-9 cruiser, or scout car, whatever you want to call it, gets

Case 1:06-cv-00561 Document 44-3 Filed 06/25/2007 Page 4 of 8

1    Q. Do you remember if you went behind a Park Police
2 vehicle?
3    A. I know I was behind a Park Police vehicle.
4    Q. Was it a marked Park Police vehicle?
5    A. Yes.
6    Q. And at this time, at the time that you followed in
7 the pursuit, had the dispatcher authorized units to follow in
8 the pursuit?
9    A. The dispatcher did not, to the best of my knowledge.
10    Q. Had your field supervisor authorized units to follow
11 in the pursuit?
12    A. Yes.
13    Q. And to follow in a pursuit, that would be different
14 than monitoring a pursuit?
15    A. One and the same. Monitoring a pursuit, you monitor
16 it, get in the area of where the pursuit is going to happen.
17 It can be all the way from monitoring it on the radio to
18 monitoring it to get in the area where the pursuit is taking
19 place, absolutely.
20    Q. And so you and Officer Watkins are following these
21 cars that were in pursuit of the black Jeep. And what
22 happened next?
23    A. The vehicle came off Texas Avenue, made a right on
24 East Capitol Street, I believe jumped over the median strip
25 between East Capitol Street -- yeah, that divides East Capitol

1 pretty far back at that point. But somewhere around -- it
2 went on like somewhere around 55th Street, up in that area.
3    Q. Could you still visually see the car?
4    A. No. No, I could -- the only real time I saw the
5 actual vehicle, the black Jeep, was when it passed me on Texas
6 Avenue. Then we went on East Capitol Street, because East
7 Capitol Street's a grade, and I can see -- because obviously,
8 your vehicle is elevated, I could see the black Jeep. After
9 the Park Police vehicle was involved in the accident with the
10 telephone pole, I don't believe I ever actually saw the
11 vehicle again after that, actually saw the black Jeep.
12    Q. At the time that you were -- at the time you were in
13 this line of cars that was pursuing the black Jeep, were you
14 Code 1 with the lights and sirens?
15    A. Yes.
16    Q. And had you gotten any authorization to go Code 1?
17    A. Supervisor said stay in the area. We're going to
18 stay in the area of the chase. But the actual authorization
19 through the dispatcher? No.
20    Q. Do you need authorization to go Code 1?
21    A. No.
22    Q. Okay. So you lose sight of the vehicles, and what
23 happens next?
24    A. Myself -- well, obviously. Me and Officer Watkins
25 parked at 62nd and Banks, very close to Watts Park, Watts

1 Street, I believe, at 47th -- I don't know -- 47th Street,
2 maybe, on the northeast side. 49th? Yeah, maybe it was 49th
3 Street, a marked Park Police unit struck a telephone pole and
4 the pole fell down, obviously disabling that vehicle.
5    Q. Did anyone -- did you and Officer Watkins stop at
6 that point to assist that MPD cruiser?
7    A. No, it was a U.S. Park Police cruiser.
8    Q. I'm sorry. The U.S. Park Police cruiser. Did you
9 stop to assist him?
10    A. I did not. I voiced over the 6th District zone that
11 -- have an ambulance respond to that area, that a vehicle had
12 -- you know, a Park Police unit, it's been involved in a 1050,
13 or a traffic accident. I believe also, the helicopter -- I'm
14 not positive, but I believe the helicopter also had voiced
15 that at some point. But I know I did.
16    Q. And so you continued following the pursuit of cars?
17    A. Yes.
18    Q. And what happened next?
19    A. I believe the vehicle went down 49th. I believe it
20 made a right onto Burroughs Avenue, and maybe a left -- right
21 on Burroughs, right on maybe Division, a left up into Ames,
22 and up into that area. But I wasn't with the pursuit.
23 Basically, at that point, I think once we got up to -- past
24 55th Street, we were pretty far behind. And I'm not even sure
25 if the -- I guess the K-9 unit was still with it. We were

1 Branch Park area. It's the actual park that's located there.
2 Because to the best of my recollection, the transmissions --
3 this vehicle was basically going in a circle. I could be
4 wrong, but I thought it was.
5    Q. The Jeep was going --
6    A. Yes. Thus believing that the individuals were going
7 to bail out of this vehicle. We had stopped on 62nd Street.
8 That's basically 62nd and Banks, which is the cross street.
9 Pursuit continued on. To the best of my recollection, it went
10 down 61st Street, which is a dead end. And there is a path
11 that runs from basically right by this park, Watts Park, or
12 Watts Branch Park, from 62nd to 61st Street. We stopped and
13 waited right there, expecting -- since this pursuit is about
14 ready to end, in my opinion, because it is going into a dead
15 end street, with numerous vehicles -- or numerous officers in
16 tow. So I don't believe that there's much more places to go.
17    Q. And so what happened next when you stopped and
18 parked there?
19    A. We stopped and waited there, waiting for a
20 description of anybody bailing out or any direction of flight.
21 Then I believe it was the K-9 cruiser advised that shots had
22 been fired, that a Park Police officer had shot -- or well,
23 shots fired, at which point myself and Officer Watkins, of
24 course, went Code 1, lights and sirens.
25    Q. Well, you were already Code 1, correct?

Page 45

1  A. No. When we stopped, I'm not going to keep my
2 lights on so anybody can — you're trying to conceal a little,
3 so if the individuals are running towards us. We're already
4 stopped. We're stopped at 62nd and Banks waiting for
5 individuals to run down this path. So there's no reason to
6 have my lights and sirens and stuff on. I want them,
7 actually, to run towards me and obviously apprehend them to
8 bring them to justice.
9     So no, to the best of my recollection, I know we
10 didn't have our siren on. Because I'm not going to blare the
11 siren and tell the individuals that we're sitting right here
12 waiting for them to run at us. To the best of my
13 recollection, the lights and everything were off.
14  Q. Who was controlling the lights and sirens? Was it
15 you?
16  A. To the best of my recollection, I shut them off. It
17 would have been me.
18  Q. Do you recall if you turned them on when they were
19 first turned on?
20  A. On Texas Avenue?
21  Q. When you first --
22  A. Yeah, when we first engaged? I don't really recall.
23 I doubt it was me.
24  Q. Officer Watkins maybe first turned them on?
25  A. Yeah, because he's in control of the vehicle. But

Page 46

1 to the best of my recollection, it was Officer Watkins.
2  Q. Do you recall if you told Officer Watkins to go Code
3 1 at that time when you were on Texas Avenue?
4  A. No.
5  Q. You don't recall?
6  A. No, I don't recall telling him to go Code 1. I
7 certainly didn't say do not go Code 1, but I don't recall
8 saying --
9  Q. Okay. And so the K-9 cruiser advised that shots had
10 been fired.
11  A. Yeah.
12  Q. You went Code 1. Where were you going?
13  A. We were going over to 61st Street to assist,
14 obviously, the officer in his situation, his or her situation.
15 I didn't know if it was a male or female. I didn't know if
16 the Park Police officer -- when shots fired, the first thing
17 that I'm assuming is that the officer is being shot at or some
18 sort of, of course, serious bodily injuries is being conducted
19 against an officer or citizen or something.
20  Q. Did the K-9 unit specifically describe the
21 situation?
22  A. No.
23  Q. You just said shots fired?
24  A. Yeah.
25  Q. And what was the location given of shots fired?

Page 47

1  A. I'm going to say that's going to be like maybe the
2 400 block of 62nd Street. No, 61st. I think that's the 400
3 block of 61st Street.
4  Q. Okay. So you're going Code 1. And what happened
5 next?
6  A. I'm going Code 1. I believe that's 62nd and Clay is
7 where the accident happened. That's Clay Street, to the best
8 of my recollection. There's a stop sign at that -- that's a
9 controlled intersection. To the best of my recollection, it's
10 a four-way controlled intersection. With our lights and
11 sirens, we entered the intersection and was struck on the
12 passenger side, my side of the vehicle, our scout car, of
13 course, by a blue -- I'm going to say a Crown Vic, to the best
14 of my recollection -- Chevy -- or Ford Crown Victoria, which
15 caused our scout car to spin around. And the rear of our
16 scout car struck a civilian's vehicle that was stopped at the
17 stop sign at the intersection.
18  Q. Do you remember when you were responding to the
19 shots fired location, were you driving on 62nd or were you
20 driving on Clay Street?
21  A. 62nd.
22  Q. Do you recall what the speed that the car was going
23 was at that time when you were responding to the shots fired?
24  A. Our vehicle?
25  Q. Um-hum.

Page 48

1  A. Seven to ten miles an hour entering the
2 intersection, if that.
3  Q. So very slow.
4  A. We just started entering the intersection. Yes.
5 The intersection of 62nd and Banks is approximately I want to
6 say a half a block — probably a little less than half a block
7 from the intersection of Clay and 62nd Street. So where our
8 vehicle is, it's less than a half a block from that
9 intersection, and we were stopped right at that -- basically,
10 that corner.
11  Q. And so when you were approaching the intersection of
12 62nd and Clay, did Officer Watkins come to a stop at the stop
13 sign?
14  A. I can't recall if we stopped or not.
15  Q. And he was making a left turn at that point?
16  A. Yes.
17  Q. And did you see the blue Crown Victoria prior to the
18 time it impacted with your car?
19  A. No. I -- no, I never saw the vehicle at all until
20 -- obviously until it impacted us.
21  Q. And did you -- after it impacted you -- well, stop.
22 Let me go back. Prior to the time that the blue car impacted
23 you, did you see any other vehicle at that intersection of
24 62nd and Clay?
25  A. Yeah. I saw the civilian's vehicle. We would be

Page 49

1 going — I want to say we were going to be facing south on
2 62nd Street, and the civilian's vehicle that the back of our
3 car eventually struck was going to be facing — no. We're
4 facing north, so they would have been facing south.
5 (Whereupon, Gulich Deposition Exhibit No. 1 was marked for
6 identification.)
7      BY MS. JOHNSON:
8      Q. I'm going to mark as Exhibit 1 the diagram. I'd like
9 you to mark an X where your vehicle came to. On this diagram,
10 by the way, it indicates that it was 61st and Clay Street
11 where the four-way intersection was. I believe the police
12 reports are consistent with that.
13      A. Okay. Then it certainly could have been 61st.
14      Q. Okay.
15      A. Then I would just adjust my —
16      Q. Yes.
17      A. — testimony one street over that it was 61st, that
18 we were on 61st and Banks. And then I would adjust it that
19 the — to the best of my recollection, okay, the accident is
20 one street over, so it would be 60th that it comes to an end.
21      Q. Okay. That's fine. Could you mark with an X where
22 your vehicle came to the stop at the stop sign? Indicate —
23 these would be the four stop signs at each of these
24 intersections.
25      A. I can't really recall if we stopped or just rolled

Page 50

1 through the stop sign. So I can't necessarily say for a fact
2 that we stopped.
3      Q. Okay. Do you recall whether or not you looked to
4 the left and the right prior to entering the intersection?
5      A. Yeah, I'm sure I looked to the right and left.
6      Q. Do you know if Officer Watkins — did you visually
7 see him?
8      A. Oh, I can't recall if he was looking. I mean, I
9 can't recall.
10      Q. So could you put an X where the stop sign was? I'm
11 assuming the stop sign was to your right?
12      A. Yes.
13      Q. Okay.
14      A. To the best of my knowledge, the stop sign is right
15 there, X with a circle.
16      Q. That's the stop sign.
17      A. Yes.
18      Q. So could you put a triangle where your car was in
19 relation to that stop sign?
20      A. Was when?
21      Q. Prior to entering the intersection.
22      A. Okay.
23      Q. And —
24      MR. VRICOS: Can I just ask that you — I know that
25 it's prior to entering the intersection. Can you say when

Page 51

1 prior to? Immediately prior or —
2      BY MS. JOHNSON:
3      Q. Immediately prior to entering the intersection, you
4 were — you came up, and the stop sign was on your right-hand
5 side; is that correct?
6      A. Yeah.
7      Q. Okay. And prior to entering the intersection, do
8 you recall where the other vehicle, the civilian vehicle was?
9      A. Yes.
10      Q. Could you mark that with a rectangle or a square?
11      A. All right. To the best of my knowledge, the
12 civilian vehicle was over here.
13      Q. And so you were coming up 61st Street, and you were
14 going to make a left onto Clay Street?
15      A. Yes.
16      Q. Why were you making a left onto Clay Street? Do you
17 recall?
18      A. Yeah, of course. To assist the officer that just
19 discharged his weapon on 60th Street. So yeah, we were
20 responding one block over, not knowing if the officer is
21 involved in a gun battle or whatever. I don't know what he
22 was involved in, or she was involved in.
23      Q. And can you put a PP for the location where you
24 first saw the blue Crown Victoria? And that would be the
25 first time you saw that vehicle.

Page 52

1      A. Um-hum.
2      Q. And can you put another triangle as to where your
3 vehicle was at the time you saw the Park Police vehicle?
4      A. Sure.
5      Q. So you saw them — basically, you did not see the
6 Park Police vehicle until the time of the collision?
7      A. Yeah. I never saw it until our vehicle was spinning
8 around.
9      Q. And the Park Police vehicle impacted you on your
10 side, the passenger side?
11      A. Correct.
12      Q. Do you recall if there was — whether or not the
13 door on your side was pushed in at all?
14      A. To the best of my recollection, the door on my side
15 — because I exited the vehicle after the vehicle spun all the
16 way around. And I don't recall any problems with the door
17 opening, so that would indicate to me — I don't — no, I
18 don't think there was any damage to my door.
19      Q. Do you recall when you spun around where you ended
20 up?
21      A. Well, yeah, if you want me to mark it.
22      Q. Yeah, another triangle.
23      A. We ended up with our, to the best of my
24 recollection, the back of our scout car crushing the
25 civilian's car over here. We'll put a little car like that.

## Page 53

```
1    That's the case.
2    Q.  And do you know where the Park Police vehicle was
3 after your vehicle came to a stop?
4    A.  Yeah.  I'll put PP up on -- it was in front of an
5 embankment.  The walkway -- there's rowhouses here.  And it
6 rode up an embankment, a walkway, a walkway, and came to rest maybe -- I
7 don't know -- several feet before hitting the building.
8    Q.  Do you recall prior to the impact with the Park
9 Police whether or not your windows were open in your vehicle?
10   A.  Yes, they were open, to the best of my recollection.
11   Q.  Could you hear any sirens at the time immediately
12 preceding when you entered the intersection?
13   A.  Our siren was on.  I don't recall hearing any other
14 sirens.
15   Q.  And is it your testimony that coming to that
16 intersection, Officer Watkins was going seven to ten miles per
17 hour?
18   A.  Correct.
19   Q.  And so what happened after your car collided with
20 the Park Police car and you ended up hitting the civilian car?
21   A.  You know, we sat in the car for a minute.  I came
22 over the air with a priority that we had just been involved in
23 an accident at 61st and Clay.  And within -- I got out of the
24 car.  But within less than a minute, there was units -- units
25 responded over the air to assist us within a couple minutes,
```

## Page 54

```
1 two to three minutes.  There was plenty of units all around,
2 and they responded over the air to check.  I believe I
3 requested the ambulance to respond.
4    Q.  Do you remember when you got out of your vehicle
5 after the impact whether you could see any black Jeep?
6    A.  No.  To the best of my recollection, I could not see
7 the black Jeep.
8    Q.  And were you able to see the Park Police vehicle
9 when you got out of your car?
10   A.  Which Park Police vehicle?
11   Q.  The Park Police vehicle that had been involved in
12 the collision with you.
13   A.  Yes, yes.
14   Q.  Did you go over there to see if that person was
15 okay?
16   A.  The best I can recall, the officer's door was open
17 and he had gotten out of the vehicle.  I don't know if I spoke
18 to him or if other officers who were responding asked if he
19 was okay.  I believe he had a laceration to his arm, I think
20 his right arm.  I kind of was getting my own bearings.  I
21 mean, the air bag deployed.  I don't really recall going over
22 to him or anything like that, but it was very close range.
23 I'm sure -- I might have yelled over to him, but other units
24 were responding very quickly.
25   Q.  Do you recall if it was the passenger side air bag
```

## Page 55

```
1 that deployed?
2    A.  Both of them deployed, to the best of my knowledge.
3    Q.  And once you guys came -- once you and Officer
4 Watkins came to a stop after the collision, did you say
5 anything to Officer Watkins?
6    A.  I don't recall saying anything to him.
7    Q.  Was he still conscious?
8    A.  Yes.
9    Q.  Was he able to get out of the vehicle at the same
10 time you were?
11   A.  No.  He stayed in the vehicle and was removed by
12 D.C. Fire Department personnel on a backboard and stuff like
13 that.
14   Q.  And you said that the other MPD units were in the
15 area, so they responded almost immediately to your --
16   A.  Yes, very close, that there was units.  Obviously,
17 with the shots fired and the pursuit, there were units all in
18 this general area and units -- I believe, actually, some
19 walked down from the scene.  But I know people walked down
20 from the scene, to be quite honest, yes.  But there was units
21 in that area very quickly.
22   Q.  Do you recall if your supervisor came on to the
23 scene at that time?
24   A.  To the best of my recollection prior, I was
25 transported to the hospital along with Officer Watkins by D.C.
```

## Page 56

```
1 Fire Department.  Yes, my supervisor responded to the scene,
2 to the best of my recollection.  Yes, she was there.
3    Q.  And that was Sergeant Wade?
4    A.  Sergeant Felicia Wade, yes.
5    Q.  And did you -- after you got out of your vehicle
6 after the collision, did you go over to the civilian vehicle?
7    A.  No, no.  I believe there was already an officer over
8 there, basically, by the time I got my composure.  I think
9 there was already units there.  But no, I don't recall ever
10 speaking to the civilian or any -- no, I don't recall speaking
11 to him.
12   Q.  And so once the other officers arrived, what
13 happened next?
14   A.  The best of my recollection, obviously, the fire
15 department pulled up.  Officers asked if I was injured.
16 Supervisors, including I believe at that point it would have
17 been the three-to-eleven, or the next shift march commander,
18 lieutenants, and other individuals were responding along with
19 -- but what happened next, I was placed in an ambulance, which
20 I don't know which number it was, and transported to
21 Washington Hospital Center.
22   Q.  Prior to being transported to the Washington
23 Hospital Center, did you give any statements to any of your
24 supervisors regarding what happened, how the accident had
25 occurred?
```

**Page 57**

1  A. I don't believe anybody really asked us at that
2  point. I think the main question, I think, was was I injured.
3  I said that my arm had been injured very lightly, hit the side
4  of the car. And, you know, they said okay, we want you to go
5  to a hospital to be checked out. You were just involved in an
6  accident. I don't recall really talking to any of the
7  supervisors about anything, because we were loaded up and
8  taken out.
9  Q. Were you transported by ambulance?
10  A. Yes.
11  Q. Were you on a stretcher?
12  A. No.
13  Q. Do you recall if Officer Watkins was transported to
14  the hospital by ambulance?
15  A. Yes, we were transported together.
16  . Q. Was he on a stretcher?
17  A. Yes. They removed him. The fire department removed
18  Officer Watkins from the vehicle with a backboard, placed him
19  on a stretcher, and we responded to Washington Hospital
20  Center.
21  Q. And so you rode in the back of the ambulance with
22  Officer Watkins?
23  A. Yes.
24  Q. Did you have any conversation about the accident?
25  A. No. Because he had a -- he really couldn't talk.

**Page 58**

1  He was -- a bunch of medical apparatus was on him. His neck
2  -- there was a neck brace, other things around his head. And
3  he was, the best of my recollection, actually taped all the
4  way down to that board. So I didn't say nothing really. No.
5  Q. Prior to leaving the scene, did you have any
6  conversations with any other officers regarding the accident?
7  A. No.
8  Q. And do you recall if there were witnesses, civilian
9  witnesses, who were standing around at the time the accident
10  occurred?
11  A. There certainly could have been. I have no
12  recollection of anybody witnessing it besides, obviously, the
13  two people that were struck with our vehicle. I don't recall
14  anybody standing around or anybody outside. It's a city
15  street. I'm sure there quite possibly was. I don't recall
16  anybody. I never spoke to any civilians out there.
17  Q. Were you responsible for completing an investigation
18  into this accident?
19  A. No.
20  Q. Were you responsible for completing any accident
21  reports?
22  A. No.
23  Q. Why did you not complete any accident reports?
24  A. The policy of the Metropolitan Police Department is
25  when a scout car is involved or a patrol vehicle is involved

**Page 59**

1  in a traffic accident, it must be completed by a supervisor,
2  and to the best of my knowledge, the rank of sergeant or
3  above.
4  (Whereupon, Gulich Deposition Exhibit No. 2 was marked for
5  identification.)
6  BY MS. JOHNSON:
7  Q. I'd like to show you -- this is the PD-43 completed
8  by Officer Watkins. This will be Exhibit No. 2. Were you
9  required to complete a PD-43?
10  A. Yes.
11  Q. So you completed one of these as well?
12  A. I did.
13  Q. Do you recall whether or not you discussed your PD-
14  43 with Officer Watkins before completing it?
15  A. The actual PD-43, to the best of my recollection,
16  was completed by my supervisor. It would have been
17  Lieutenant -- I think it was Lieutenant -- to the best of my
18  knowledge, I think this was completed by Lieutenant Burnett or
19  Captain -- I can't recall the captain -- Captain Brian Bray
20  (phonetic) might have completed this. I don't know who did
21  it, but I didn't actually type this up.
22  Q. But you completed your own PD-43.
23  A. No.
24  Q. You didn't.
25  A. No.

**Page 60**

1  Q. Only Officer Watkins completed the PD-43, to your
2  knowledge, regarding this accident?
3  A. I don't know who completed his. I know that mine
4  was completed by a supervisor.
5  Q. Okay. And on the first paragraph of the PD-43, page
6  1, second sentence -- second line, the sentence beginning "At
7  approximately 1530 hours," could you read that from "At
8  approximately" --
9  A. Sure.
10  Q. -- to the end of that first paragraph? You can read
11  the whole thing, if you want.
12  A. Absolutely. "At approximately 1530 hours" --
13  Q. Not out loud.
14  A. Oh.
15  Q. I'm sorry.
16  A. I'm sorry.
17  Q. Read it to yourself. Thank you.
18  (Pause.)
19  THE WITNESS: Okay.
20  BY MS. JOHNSON:
21  Q. Officer Watkins indicates that after you monitor the
22  radio broadcast, he immediately began responding to the area
23  to assist.
24  A. Um-hum.
25  Q. And my question to you is previously, you indicated