# EXHIBIT B

Case 1:06-cv-00551-JMF   Document 44-4   Filed 06/28/2007   Page 1 of 4

## Page 1

```
 1            UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3
 4   - - - - - - - - - - - - - -x
 5   ROLAN GIBSON et al.        :
 6           Plaintiff,         :
 7   vs.                        : Civil Action No. 06-0551
 8   DISTRICT OF COLUMBIA, et al. :
 9           Defendant.         :
10   - - - - - - - - - - - - - -x
11                              Washington, D.C.
12                              Monday, March 5, 2007
13
14
15   Deposition of:
16                    FELECIA WADE,
17   the Deponent, called for examination by counsel for the
18   Defendant, pursuant to notice and agreement as to time and
19   place, at 501 3rd Street, N.W., Washington, D.C., before
20   Timothy Atkinson, a Notary Public in and for the District of
21   Columbia.
22
23
24
25
```

## Page 2

```
 1   APPEARANCES:
 2           On Behalf of the Defendant:
 3           MICHELLE JOHNSON, ESQUIRE
 4           501 3rd Street, N.W.
 5           Washington, D.C.
 6           202-514-7139
 7
 8           On Behalf of the Government of the District of
 9   Columbia:
10           JAMES H. VRICOS
11           Assistant Attorney General
12           441 4th Street, N.W.
13           Sixth Floor South
14           Washington, D.C. 20001
15           202-724-6600
16
17           On Behalf of the Agency:
18           PERRI S. ROTHEMICH
19           U.S. Department of the Interior
20           Office of the Solicitor
21           1849 C Street, N.W.
22           Washington, D.C. 20240
23           202-208-6201
24
25   (Appearances continue on the following page.)
```

## Page 3

```
 1   (Appearances continued from previous page.)
 2           PETER A. GENTILE
 3           Investigator-Claims Specialist
 4           National Park Service
 5           National Capital Region
 6           United States Park Police
 7           1100 Ohio Drive, S.W.
 8           Washington, D.C. 20024
 9           202-354-1830
10
```

## Page 4

```
                        I N D E X
WITNESS:             EXAMINATION:            PAGE:
Felecia Wade         Direct - Ms. Johnson       5
                             Mr. Vricos       105
                             Ms. Johnson      109

                        E X H I B I T S
EXHIBIT NO.:         DESCRIPTION:            PAGE:
    1                General Order             25
    2                General Order             40
    3                PD-43                     55
    3-A              PD-839                    56
    3-B              PD-10                     56
    4                Photograph                74
    5                Photograph                76
    6                Photograph                79
    7                General Order             94
    8                Vehicle Accident Report   94
```



Page 41

Q. Would this -- just looking at this general -- would this have been something probably a sergeant would have been responsible for, it would have been more of [an admini]strative order?
A. And your question again is --
Q. Whether this is something that you as a sergeant for [the] District would have been responsible for knowing [and] enforcing?
A. Reading the way -- part of it.
Q. [Oka]y. Which part of it?
A. [A] through C.
Q. Okay, infractions -- disciplinary actions?
A. Yes.
Q. Do you recall when you were a sergeant at Sixth [District] whether you had taken any disciplinary action against [anyone] pursuant to this general order?
...
Q. [Oka]y. I want to go now to the date, December 8, [were] you still working the day and evening shifts?
A. Yes.
Q. And as a sergeant who was your supervisor? Who was [your dire]ct supervisor?
A. Lieutenant Campbell.
Q. And how does the chain of command work? You have a lieutenant. Is there someone above him?

Page 42

A. [Hi]gher, the captain.
Q. The captain. What about a command officer?
A. Above the captain.
Q. Do you recall how many sergeants were working on the [date of] December 8, 2004?
A. No, I do not.
Q. Were you the field supervisor on that day?
A. I was one of them.
Q. And you had arrived at 6 o'clock in the morning that [day?] I think you said you worked 6 --
A. I cannot recall what time I arrived to work on that [day.]
Q. Okay. How did you come to hear about the chase of [the] black Jeep?
A. By monitoring the radio.
Q. By what?
A. Monitoring the radio.
Q. Were you in the station?
A. The sergeant's office.
Q. Is the dispatcher also in the Sixth District [sta]tion?
A. No.
Q. Where is the dispatcher located?
A. Communications.
Q. Where is that?

Page 43

1  A. At that time I believe it was on McMillan Drive.
2  Q. Was there any other sergeant in the office with you
3  at the station on that time -- at that time?
4  A. Yes.
5  Q. Who else was --
6  A. I can't recall. There were several people in there
7  but I can't recall.
8  Q. And was Lieutenant Gamble the lieutenant on duty on
9  that day at that time?
10 A. No.
11 Q. Who was the lieutenant on duty on December 8th,
12 2004?
13 A. I don't know. I, I don't know who was working on
14 that day.
15 Q. Okay. Were you doing paper work in the station?
16 A. No.
17 Q. What were you doing?
18 A. Just arrived in.
19 Q. You had just arrived. So was it literally as you're
20 sitting down to your desk you heard the call regarding the
21 Park Police chase?
22 A. I hadn't gotten a chance to sit down yet.
23 Q. And there must have been another sergeant who had
24 been on duty before you came on. Correct?
25 A. I was on duty, I just arrived in the sergeant's

Page 44

1  office.
2  Q. Oh, had you been patrolling --
3  A. Yes.
4  Q. -- the area?
5  A. Yes.
6  Q. And so tell me what you heard when you -- before you
7  even got to sit down when you heard this dispatch call, what
8  you recall.
9  A. What I recall is a vehicle pursuit that came in from
10 another jurisdiction -- district entering the Sixth District.
11 Q. Did you know it was Park Police?
12 A. I believe they did say Park Police. I'm -- I can't
13 recall if I knew it was Park Police at that time or not.
14 Q. What did you do when you heard that call?
15 A. I advised 6-D units not to get involved in it, in
16 the chase, in the vehicle pursuit.
17 Q. Is that all you advised them at that time?
18 A. At that particular time, I don't, I don't know, but
19 at some point I also told them to not get involved again. I
20 told them several times and to monitor.
21 Q. And who called in -- who gave a -- when you got the
22 call regarding the Park Police chase, was it the dispatcher
23 who gave you the -- I'm sorry -- who gave the call?
24 A. I don't know who it was. I didn't get the call
25 personally.

Page 45

1  Q. Right, it's on the radio?
2  A. Right.
3  Q. Right. But was it on the Sixth District channel?
4  A. Yes.
5  Q. So other law enforcement agencies can call in and
6  make announcements on the Sixth District Channel?
7  A. I don't know what they're capabilities are, but some
8  can.
9  Q. And when you advised the 6-D units not to get
10 involved in the chase, did you also advise them at the time
11 that they can monitor the chase?
12 A. Yes.
13 Q. And so at this point are you, are you sitting down
14 at your desk?
15 A. No.
16 Q. You're still listening to the Sixth District
17 dispatcher channel?
18 A. Yes.
19 Q. And what was the next thing you heard after you
20 heard the initial call about the chase?
21 A. I heard directions given. I just heard the vehicle
22 pursuit going on.
23 Q. Do you remember when you first sat down and heard
24 about the chase whether you heard anything about shots being
25 fired?

Page 46

1  A. I never sat down. But I -- at some point I did hear
2  shots, shots were fired.
3  Q. Do you recall if you heard that when you first heard
4  of the chase?
5  A. No.
6  Q. You don't recall or you didn't hear that?
7  A. I do not believe I heard that at the beginning of
8  the chase.
9  Q. Okay. And so you are broadcasting to the Sixth
10 District units as you're listening to the chase?
11 A. Yes.
12 Q. And aside from advising them not to get involved,
13 and you said you advised them that they can monitor, did you
14 give them any other instructions?
15 A. No.
16 Q. Do you recall receiving any calls, any calls in to
17 you from an officer seeking to participate in the chase?
18 A. No.
19 Q. Did you receive -- do you recall receiving any
20 calls -- let me rephrase. You're able to hear the calls made
21 to the dispatcher from the officers?
22 A. Yes.
23 Q. Do you recall any of the officers calling in to
24 dispatch requesting authority to participate in the chase?
25 A. I do not recall.

Page 47

1  Do you recall any officers contacting you regarding
2  authority to participate in the chase?
3  A. No.
4  Q. Do you recall any officers seeking to have authority
5  to go Code-1, which is lights and sirens?
6  A. No.
7  Q. Would they have needed to call you if they wanted to
8  go Code-1 in regard to monitoring this, this chase?
9  A. What do you mean?
10 Q. Would they -- does an officer need authority to go
11 Code-1?
12 A. Yes.
13 Q. Do you recall from the time the call regarding this
14 chase started to when the accident occurred, receiving any
15 calls in from Officer Watkins?
16 A. To me?
17 Q. To you or to the dispatch.
18 A. No.
19 Q. Do you recall any calls coming in from Officer
20 Gulich either to you or to the dispatcher?
21 A. No.
22 Q. Did you ever advise the Sixth District units that
23 they should not pursue the chase into P.G. County?
24     MR. VRICOS. Objection, asked and -- oh, I'm sorry.
25 I'm sorry, you can answer that question.

Page 48

1     WITNESS. I -- again, I said, I advised the Sixth
2  District units not to get involved in the vehicle pursuit.
3     BY MS. JOHNSON:
4  Q. So when you, when you told them not to get involved
5  in the vehicular pursuit, there should not have been, based on
6  your instructions, any MPD officers actively chasing the black
7  Jeep?
8  A. Correct.
9  Q. They should have just been monitoring the chase?
10 A. Correct.
11 Q. Now, what does it mean to assist another law
12 enforcement agency?
13 A. Just, just that, to, to assist.
14 Q. Can I assist by chasing the vehicle that the other
15 law enforcement agency is pursuing?
16 A. No.
17 Q. Can I assist by going Code-1?
18 A. No.
19 Q. Okay. So after you receive -- you heard the initial
20 call regarding this vehicular pursuit, do you remember how
21 long it was before you heard there were shots fired?
22 A. No.
23 Q. It wasn't like an hour later, was it?
24 A. No.
25 Q. Was it like 20 minutes?