## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROLAND GIBSON, et al.,** | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 06-0551 (JMF) |
| **THE UNITED STATES OF AMERICA, et al.,** | ) | |
| Defendants. | ) | |

## ORDER

This matter having come before the Court on the District of Columbia's Motion for Judgment on the Pleadings or for Summary Judgment, it is hereby

**ORDERED** that the District of Columbia's Motion is **DENIED**.

**SO ORDERED** on this _____ day of _____, 2007.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE