# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLAN GIBSON,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil No. 06-0551 (JMF) |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS BY SIX DAYS

The District of Columbia ("District"), with the consent of the parties, hereby moves this Court to extend the due date to file reply briefs in the above-captioned litigation to July 12, 2007. A Memorandum of Points and Authorities, along with a proposed Order, are attached hereto.

Pursuant to Local Rule 7.1(m), on July 5, 2007, undersigned counsel consulted with counsel for the Plaintiffs and counsel for the United States and obtained their consent to the relief sought herein.

Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division


_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

           /s/
_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLAN GIBSON,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) Civil No. 06-0551 (JMF) |
| v. | ) |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS BY SIX DAYS**

The District of Columbia, with the consent of the parties, hereby moves this Court to enlarge the time period by which the parties must file reply briefs relating to the pending dispositive motions by six days. In support of this Motion, the District states as follows:

1. On March 22, 2006, the plaintiffs filed the Complaint in the instant case.

2. On May 25, 2007, the United States and the District of Columbia each filed Motions for Summary Judgment.

3. On June 28, 2007, the parties filed their Memorandums in Opposition to the pending Motions for Summary Judgment.

4. The current due date for the filing of Reply briefs is July 6, 2007.

5. Due to staffing changes at the Office of the Attorney General, undersigned counsel has recently assumed new responsibilities. Additionally, the undersigned has had numerous filing deadlines in unrelated matters. As a result, undersigned counsel has experienced considerable time restraints and thus an additional six days is required to file the District's reply brief.

6. All parties consent to the relief requested herein, and no party will be prejudiced by the granting of this motion.

WHEREFORE, for the reasons stated herein, the District requests that this Court extended the deadline to file reply briefs by six (6) days.

Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

/s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

/s/
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLAN GIBSON,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil No. 06-0551 (JMF) |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**ORDER**

Upon consideration of the Consent Motion to Extension of Time to File Reply Briefs by Six Days, Memorandum of Points and Authorities, and the facts and law considered, it is hereby

ORDERED: that Motion is HEREBY GRANTED; and it is

FUTHER ORDERED that the deadline for filing reply briefs is extended by six (6) days.

So ORDERED this _____ day of _____, 2007.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE