IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROLAND GIBSON, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-0551 (JMF) |
| THE DISTRICT OF COLUMBIA, et al., | ) ) ) | |
| Defendants. | ) ) | |

**THE PARTIES' JOINT MOTION FOR AN EXTENSION OF TIME
TO FILE THEIR PRE-TRIAL STATEMENT**

Plaintiffs Roland Gibson and John Hawkins, the District of Columbia, and the United States of America, through the undersigned counsel, respectfully request a three-day extension of time for the parties to file their Joint Pretrial Statement. Good cause exists for the grant of this extension of time. In support of this request, the parties assert:

1. This is a tort claim brought by Plaintiffs against the United States of America and the District of Columbia for injuries Plaintiffs allege they sustained when a United States Park Police vehicle and a Metropolitan Police Department vehicle collided in an intersection.

2. Both Defendants, the United States and the District of Columbia, have filed motions seeking summary judgment on Plaintiffs' claims. Defendants' reply briefs were filed yesterday, July 12, 2007.

3. A three day jury trial is scheduled to begin in this matter on August 20, 2007.[1] A pre-trial conference is scheduled to occur on July 26, 2007, at 9:00 a.m.

---

[1] Pursuant to the Federal Tort Claims Act, Plaintiffs are not entitled to a jury trial as it concerns the United States. 28 U.S.C. § 2402.

4. Pursuant to the Court's Pretrial Procedures Order, counsel are expected to file a Joint Pretrial Statement eleven days prior to the pretrial conference. Accordingly, the parties' Joint Pretrial Statement is currently due today, July 13, 2007.

5. Due to demands in numerous cases, the undersigned counsel have not yet had an opportunity to meet and confer concerning the topics to be discussed in the Joint Pretrial Statement. Accordingly, the undersigned counsel seek an extension up to and including July 18, 2007, in which to file their joint pretrial statement. A proposed Order accompanies this Motion.

Dated: July 13, 2007

Respectfully submitted,

| | |
|---|---|
| /s/ Joel DuBoff | /s/ Jeffrey A. Taylor |
| Joel DuBoff | Jeffrey A. Taylor, DC BAR #498610 |
| DuBoff & Associates | United States Attorney |
| 8401 Colesville Road, Suite 501 | |
| Silver Spring, MD 20910 | /s/ Rudolph Contreras |
| (301) 495-3131 (Office) | Rudolph Contreras, D.C. BAR #434122 |
| (301) 587-1872 (Facsimile) | Assistant United States Attorney |
| | |
| COUNSEL FOR PLAINTIFFS | /s/ Michelle Johnson |
| | Michelle Johnson, D.C. BAR # 491910 |
| LINDA SINGER | Assistant United States Attorney |
| Attorney General for the District of Columbia | United States Attorney's Office |
| | Civil Division |
| GEORGE C. VALENTINE | 555 Fourth Street, NW |
| Deputy Attorney General | Washington D.C., 20530 |
| Civil Litigation Division | (202) 514-7139 |
| | |
| /s/ Phillip A. Lattimore, III | COUNSEL FOR DEFENDANT THE |
| Phillip A. Lattimore, III [422968] | UNITED STATES |
| Chief, General Litigation Sec. III | |
| | |
| /s/ James H. Vricos | |
| James H. Vricos [474026] | |
| Assistant Attorney General | |
| 441 Fourth Street, N.W. | |
| Sixth Floor South | |
| Washington, D.C. 20001 | |

(202) 724-6600
(202) 727-3625 (fax)
Email: James.Vricos@dc.gov

COUNSEL FOR DEFENDANT
THE DISTRICT OF COLUMBIA