IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLAND GIBSON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-0551 (JMF) |
| THE DISTRICT OF COLUMBIA, et al., | ) |
| Defendants. | ) |

**ORDER**

This matter having come before this Court on the Parties' Joint Motion for an Extension of Time to File Their Joint Pretrial Statement, it is hereby

**ORDERED** that the parties' motion is **GRANTED**. It is further

**ORDERED** that the parties' deadline for filing their joint pretrial statement is extended up to and including July 18, 2007.

**SO ORDERED** this ____ day of _____, 200__.

_____
United States Magistrate Judge