UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROLAN GIBSON, et al.,** | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 06-551 (JMF) |
| **DISTRICT OF COLUMBIA, et al.,** | ) | |
| Defendants. | ) | |

### ORDER

It appearing that, although a praecipe has not yet been filed with the Court, the parties have reached a settlement in this case. It is therefore, hereby,

**ORDERED** that this case is **DISMISSED**. The dismissal shall be without prejudice for a period of 30 days from the date of this Order. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed <u>with</u> prejudice.

**SO ORDERED.**

_____/s/_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: August 15, 2007